# Exhibit 3

6/18/2025
2:57:26PM

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 2025MR000097 | HALPERN, GREGORY J VS CITADEL SECURITIES LLC, ET AL | 05/01/2025 | OPEN |
| | | DCN: | |

### Charges

No charges associated with this case,

### Judgments

No judgments associated with the case.

### Future Scheduled Dates

| 07/02/2025 | 9:00 am | 201 | MOTION - EXTEND TIME | BERG, JOEL D |
|---|---|---|---|---|
| 07/31/2025 | 9:00 am | 201 | CONFERENCE - SCHEDULING | BERG, JOEL D |

### Related Cases

No related cases to this case.

### Parties

| | |
|---|---|
| ATTORNEY FOR DEFENDANT | BRYAN CAVE LEIGHTON PAISNER |
| ATTORNEY FOR DEFENDANT | CHAPMAN & CUTLER LLP |
| DEFENDANT | BLAISURE, HAROLD |
| DEFENDANT | CANACCORD GENUITY |
| DEFENDANT | CHARLES SCHWAB & CO |
| DEFENDANT | CITADEL SECURITIES LLC |
| DEFENDANT | CLAYTON, JAY |
| DEFENDANT | CREDIT SUISSE INC |
| DEFENDANT | DEUTSCHE BANK SECURITIES |
| DEFENDANT | DOES 1 100 |
| DEFENDANT | DTCC |
| DEFENDANT | E TRADE SECURITIES LLC |
| DEFENDANT | FITZGERALD, CANTOR |
| DEFENDANT | GOLDMAN SACHS GROUP INC |
| DEFENDANT | HILDEBRAND, ALFRED |
| DEFENDANT | INVESTOR HUB |
| DEFENDANT | JPMORGAN CHASE & CO |
| DEFENDANT | KNIGHT SECURITIES |
| DEFENDANT | LYNCH, MERRILL |
| DEFENDANT | MAFA, DEVINE |
| DEFENDANT | NASH, CONSTANCE |
| DEFENDANT - PRO SE | TURNER, MICHAEL |
| DEFENDANT | SCHAPIRO, MARY |
| DEFENDANT | SECURITIES & EXCHANGE COMMISSION |
| DEFENDANT | UBS ASSET MANAGEMENT INC |
| DEFENDANT | VECHERY, HARVEY |
| DEFENDANT | VIRTU FINANCIAL INC |
| DEFENDANT | WHITE, MARY JO |
| DEFENDANT | YAHOO |
| PLAINTIFF - PRO SE | HALPERN, GREGORY J |

6/18/2025
2:57:26PM

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 2025MR000097 | HALPERN, GREGORY J VS CITADEL SECURITIES LLC, ET AL | 05/01/2025 | OPEN |
| | | DCN: | |

**Papers Filed**

| | |
|---|---|
| 05/01/2025 | NOTICE - FILING |
| 05/01/2025 | COMPLAINT |
| 05/01/2025 | DEMAND - JURY |
| 05/02/2025 | PETITION - AMENDED |
| 06/04/2025 | NOTICE - MOTION |
| 06/04/2025 | MOTION - STRIKE |
| 06/06/2025 | NOTICE - MOTION |
| 06/06/2025 | MOTION - EXTEND TIME |
| 06/06/2025 | APPEARANCE |
| 06/06/2025 | APPEARANCE |
| 06/06/2025 | NOTICE - MOTION |
| 06/06/2025 | MOTION - EXTEND TIME |
| 06/12/2025 | NOTICE |
| 06/13/2025 | APPEARANCE - PRO SE |
| 06/16/2025 | NOTICE |
| 06/16/2025 | NOTICE - FILING |
| 06/16/2025 | MOTION - DEFAULT |

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 2025MR000097 | HALPERN, GREGORY J VS CITADEL SECURITIES LLC, ET AL | 05/01/2025 | OPEN |
| | | DCN: | |

**Financial Journal Entries**

| Journal Type | Amount | Date | JrlTypeCode |
|---|---|---|---|
| SUPREME COURT E-BUSINESS FEE | $9.00 | 05/02/2025 | SCEBF |
| ACCESS TO JUSTICE FEE | $2.00 | 05/02/2025 | ATJF |
| ARBITRATION FEES | $8.00 | 05/02/2025 | ARBF |
| COUNTY-COURT FUND | $5.00 | 05/02/2025 | CF |
| COUNTY-COURT SECURITY FUND | $50.00 | 05/02/2025 | CSF |
| COUNTY-LAW LIBRARY FEE | $25.00 | 05/02/2025 | LIB |
| COUNTY-CIRCUIT CLERK FEE | $170.00 | 05/02/2025 | COST |
| CIRCUIT CLERK OP & ADMIN FEE | $5.00 | 05/02/2025 | CCOAF |
| COURT DOCUMENT STORAGE FEE | $20.00 | 05/02/2025 | CDF |
| COURT AUTOMATION FEE | $20.00 | 05/02/2025 | CAF |
| JURY DEMAND-CIVIL CASE | $212.50 | 05/02/2025 | JURYC |
| COPIES COST | $23.25 | 05/08/2025 | COPY |
| COPIES COST | $47.00 | 05/09/2025 | COPY |
| COPIES COST | $64.50 | 05/14/2025 | COPY |
| COUNTY-CIRCUIT CLERK FEE | $5.00 | 05/20/2025 | COST |
| COPIES COST | $23.25 | 05/30/2025 | COPY |
| COURT AUTOMATION FEE | $20.00 | 06/06/2025 | CAF |
| COURT DOCUMENT STORAGE FEE | $20.00 | 06/06/2025 | CDF |
| CIRCUIT CLERK OP & ADMIN FEE | $5.00 | 06/06/2025 | CCOAF |
| COUNTY-CIRCUIT CLERK FEE | $67.00 | 06/06/2025 | COST |
| ARBITRATION FEES | $8.00 | 06/06/2025 | ARBF |
| ACCESS TO JUSTICE FEE | $2.00 | 06/06/2025 | ATJF |
| SUPREME COURT E-BUSINESS FEE | $9.00 | 06/06/2025 | SCEBF |
| COUNTY-LAW LIBRARY FEE | $18.00 | 06/06/2025 | LIB |
| COUNTY-COURT SECURITY FUND | $40.00 | 06/06/2025 | CSF |
| ARBITRATION FEES | $8.00 | 06/06/2025 | ARBF |
| ACCESS TO JUSTICE FEE | $2.00 | 06/06/2025 | ATJF |
| SUPREME COURT E-BUSINESS FEE | $9.00 | 06/06/2025 | SCEBF |
| COURT AUTOMATION FEE | $20.00 | 06/06/2025 | CAF |
| COURT DOCUMENT STORAGE FEE | $20.00 | 06/06/2025 | CDF |
| CIRCUIT CLERK OP & ADMIN FEE | $5.00 | 06/06/2025 | CCOAF |
| COUNTY-CIRCUIT CLERK FEE | $67.00 | 06/06/2025 | COST |
| COUNTY-LAW LIBRARY FEE | $18.00 | 06/06/2025 | LIB |
| COUNTY-COURT SECURITY FUND | $40.00 | 06/06/2025 | CSF |
| COPIES COST | $39.75 | 06/06/2025 | COPY |
| COPIES COST | $41.25 | 06/06/2025 | COPY |
| COPIES COST | $9.00 | 06/09/2025 | COPY |
| COPIES COST | $173.50 | 06/10/2025 | COPY |
| COPIES COST | $4.50 | 06/13/2025 | COPY |
| COURT AUTOMATION FEE | $20.00 | 06/16/2025 | CAF |
| COURT DOCUMENT STORAGE FEE | $20.00 | 06/16/2025 | CDF |
| CIRCUIT CLERK OP & ADMIN FEE | $5.00 | 06/16/2025 | CCOAF |
| COUNTY-CIRCUIT CLERK FEE | $67.00 | 06/16/2025 | COST |
| COUNTY-LAW LIBRARY FEE | $18.00 | 06/16/2025 | LIB |
| COUNTY-COURT SECURITY FUND | $40.00 | 06/16/2025 | CSF |
| ARBITRATION FEES | $8.00 | 06/16/2025 | ARBF |
| ACCESS TO JUSTICE FEE | $2.00 | 06/16/2025 | ATJF |
| SUPREME COURT E-BUSINESS FEE | $9.00 | 06/16/2025 | SCEBF |
| COPIES COST | $6.50 | 06/16/2025 | COPY |
| COPIES COST | $28.50 | 06/16/2025 | COPY |
| COPIES COST | $12.75 | 06/17/2025 | COPY |
| COPIES COST | $11.75 | 06/17/2025 | COPY |

6/18/2025
2:57:26PM

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 2025MR000097 | HALPERN, GREGORY J VS CITADEL SECURITIES LLC, ET AL | 05/01/2025 | OPEN |
| | | DCN: | |

COPIES COST                  $20.00   06/17/2025     COPY

### Court Events

| Date | Location | Judge | Reporter |
|---|---|---|---|
| 07/02/2025 | 201 | BERG, JOEL D | |
| Reason: | MOTION - EXTEND TIME | | |
| Result: | | | |
| 07/31/2025 | 201 | BERG, JOEL D | |
| Reason: | CONFERENCE - SCHEDULING | | |
| Result: | | | |

I hereby certify the above to be a
true and correct copy of the
original court document.

DATED   June 18, 2025

Katherine M. Keefe /TS

Clerk of the Circuit Court of the 22nd Judicial Circuit
McHenry County, Illinois

** FILED **  Env: 32527973
McHenry County, Illinois
2025MR000097
Date: 5/1/2025 2:01 PM
Katherine M. Keefe
Clerk of the Circuit Court

# No.

## IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF:<br>GREGORY J. HALPERN<br>Plaintiff,<br>**vs.**<br>CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100<br>Defendants. | **COMPLAINT FOR: DECLARATORY RELIEF, DAMAGES, AND DEMAND FOR A JURY TRIAL**<br><br>2025MR000097<br><br>COUNT I – FRAUD<br>COUNT II - SECURITIES FRAUD<br>COUNT III – CIVIL CONSPIRACY<br>(Against All Defendants)<br>COUNT IV – BREACH OF FIDUCIARY DUTY<br>COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants)<br>COUNT VI – DECLARATORY RELIEF<br>COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO)<br>COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

## JURY DEMAND

The undersigned hereby demands a 12-member Jury Trial.

DATED at Spring Grove, Illinois, this 1st day of May 2025.

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: greghalpern1@proton.me
PHONE: (847)565-9732
FAX: (815)604-8075

- 1 -

CERTIFIED COPY - McHenry County Circuit Clerk - DEMAND - JURY - 06/10/2025 - 12:21:34 PM - 2025MR000097 - Transaction 1024794

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 7 of 240 PageID #:251
Page 2

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET        Case Number    2025MR000097

Document Date:        5/1/2025

Document Type:        DEMAND - JURY

Number of Pages:        2

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

** FILED **  Env: 32527973
McHenry County, Illinois
2025MR000097
Date: 5/1/2025 2:01 PM
Katherine M. Keefe
Clerk of the Circuit Court

# No.

# IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
# MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF:<br>GREGORY J. HALPERN<br>Plaintiff,<br>vs.<br><br>CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100<br>Defendants. | COMPLAINT FOR: DECLARATORY RELIEF, DAMAGES, AND DEMAND FOR A JURY TRIAL  2025MR000097<br><br>COUNT I – FRAUD<br>COUNT II - SECURITIES FRAUD<br>COUNT III – CIVIL CONSPIRACY (Against All Defendants)<br>COUNT IV – BREACH OF FIDUCIARY DUTY<br>COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants)<br>COUNT VI – DECLARATORY RELIEF<br>COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO)<br>COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

## NOTICE OF FILING

TO: cnash@greene-fuel.com, john@bajastream.com,alfred.hilderbrand@yahoo.com, divinemafa@gmail.com, hvechery@keybrands.com, mt@globextransfer.com,media@citadelsecurities.com,contact@knightsecuritiesltd.com,investor_relations@virtu.com,cfsupport@cantor.com, WMAdvisoryCompliance@canaccord.com,designated.brokerage@schwab.com,accessibility@morganstanley.com,CSG@etrade.com,jpm.adr.set tlements@jpmorgan.com,prospectus-ny@ny.email.gs.com,abuse@bankofamerica.com,william.bell@ubs.com,info@credit-suisse.com, deutsche.bank@db.com,TAServices@dtcc.com,DRS@dtcc.com,NSCCSupport@dtcc.com,contact@investorhub.com,help@sec.gov,mwhite@se c.gov,jclayton@sec.gov,mschapiro@sec.gov, pam.bondi@doj.gov, Jordan@house.gov, U.S.Attorney for the_District_of_Columbia, USADC.ServiceCivil@usdoj.gov,chuck_grassley@grassley.senate.com

PLEASE TAKE NOTICE that on May 1, 2025, the undersigned will electronically file this COMPLAINT FOR DECLARATORY RELIEF, DAMAGES, & DEMAND FOR JURY TRIAL with the Clerk of the Circuit Court of the 22nd Judicial Circuit, McHenry County, 2200 N. Seminary Ave, Woodstock, IL 60098, copies of which are herewith served upon you.

DATED at Spring Grove, Illinois, this 1st day of May, 2025.

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 1 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - FILING - 06/10/2025 - 12:21:32 PM - 2025MR000097 - Transaction 1024792

## PROOF OF SERVICE BY EMAIL TRANSMISSION

The undersigned certifies, under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, that the undersigned served this Notice of Filing, Plaintiff's COMPLAINT FOR DECLARATORY RELIEF, DAMAGES, & DEMAND FOR JURY TRIAL, by emailing a copy to the addressees indicated above before 8:00 p.m. on May 1, 2025; and further that the statements set forth in this Proof of Service are true and correct.

DATED at Spring Grove, Illinois, this 1st day of May 2025.

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 2 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - FILING - 06/10/2025 - 12:21:32 PM - 2025MR000097 - Transaction 1024792

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 10 of 240 PageID #:254
Page 3 of 3

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET   Case Number   2025MR000097

Document Date:      5/1/2025
Document Type:      NOTICE - FILING
Number of Pages:    3

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE        June 10, 2025

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | | For Court Use Only |
|---|---|---|
| __MCHENRY__ COUNTY | **SUMMONS** | |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| | **Defendants / Respondents** *(First, middle, last name)* |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | CANACCORD GENUITY LLC |
| | __2025MR000097__ |
| | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2025MR000087

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:** |
| | a.   Defendant/Respondent's primary address/information for service: |
| | Name *(First, Middle, Last)*:   **Canaccord Genuity LLC** |
| | Registered Agent's name, if any: |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | Street Address, Unit   One Pennsylvania Plaza, 29th Floor |
| | City, State, ZIP: |
| | New York, NY 10119 |
| | Telephone:   (212) 389-8000       Email: WMAdvisoryCompliance@canaccord.com |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | b.   If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE: |
| | Method of service on Defendant/Respondent: |
| | ☐ Sheriff       ☑ Sheriff outside Illinois:  New York County (Manhattan) NY |
| | *County & State* |
| | ☐ Special process server      ☐ Licensed private detective |

| | |
|---|---|
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐   **I am serving more than 1 Defendant/Respondent.** |
| | I have attached  1. *Additional Defendant/Respondent Address* |
| | *and Service Information* forms. |
| | **2.** **Information about the lawsuit:** |
| | a.   Amount claimed:   $  greater than $50,000. |
| | ☑ |
| | b.   I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3.** **Contact information for the Plaintiff/Petitioner:** |
| | Name *(First, Middle, Last)*:  Gregory J. Halpern Pro Se |
| | Street Address, Unit #:  11008 Morning Dove Lane |
| | City, State, ZIP:  Spring Grove, Illinois 60081 |
| In **3**, enter your complete address, telephone number, and email, if you have one. | Telephone:  847-565-9732       Email:  g.halpern@yahoo.com |

| | |
|---|---|
| | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
|---|---|

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** |
| | ☑ a.   To respond to this *Summons*, you must file *Appearance* and *Answer/Response* |
| | forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: |
| | Address:   2200 N. Seminary Ave. |
| | City, State, ZIP:   Woodstock, Illinois 60098 |

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

☐ b. **Attend court:**
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
    *Date*                *Time*               *Courtroom*
**In-person at:**

| In 4b, fill out: <br>• The court date and time the clerk gave you. <br>• The courtroom and address of the court building. <br>• The call-in or video information for remote appearances (if applicable). <br>• The clerk's phone number and website. <br><br>All of this information is available from the Circuit Clerk. |
|---|

_____
*Courthouse Address*     *City*            *State*      *ZIP*
**OR**
**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
       By telephone:_____
             *Call-in number for telephone remote appearance*
       By video conference:_____
                 *Video conference website*

       _____
       *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
              *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
    *Website*

| STOP! <br>The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:**

DATE 5/8/2025 3:13 PM    Electronically Issued

*Katherine M Keefe*
KATHERINE M. KEEFE, Clerk of Court
**MXK**
By:_____
*Deputy Clerk*

**Clerk of the Court:**

                                                     *Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                       *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT <br> <u>McHenry</u> COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | For Court Use Only |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE <br> **Plaintiff / Petitioner** *(First, middle, last name)* <br> v. | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | CANACCORD <br> GENUITY LLC <br> **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2025MR000097 <br> **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male  ☐ Female  ☐ Non-Binary     Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
☐ Male  ☐ Female  ☐ Non-Binary     Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
☐ Male  ☐ Female  ☐ Non-Binary     Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____
City, State, ZIP: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

   _____

   _____

   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

   _____

   _____

   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

   _____

   _____

   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the** *Proof of Service of Summons* **is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:*  ☐ Sheriff
_____  ☐ Sheriff outside Illinois: _____

*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**

Service and Return: _____ $ _____
Miles _____ $ _____
Total $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

*3/21/23*
*1:00 P.m.*
*<PS#1370*
*+l*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | | |
|---|---|---|
| **MCHENRY** COUNTY | **SUMMONS** | For Court Use Only |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| | **Defendants / Respondents** *(First, middle, last name)* |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **CITADEL SECURITIES LLC** |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | |

**2025MR000097**

**Case Number**

---

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

| **Plaintiff/Petitioner:** |
|---|

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:** |

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last):* **CITADEL SECURITIES llc**

Registered Agent's name, if any:

Street Address, Unit   830 Brickell Plaza

City, State, ZIP:

Miami, FL 33131

Telephone:   (305) 929-6851      Email: <u>media@citadelsecurities.com</u>

| | |
|---|---|
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | |

b. If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:

Method of service on Defendant/Respondent:

☐ Sheriff      ☑ Sheriff outside Illinois:  <u>Miami-Dade County Florida</u>
*County & State*

☐ Special process server      ☐ Licensed private detective

| | |
|---|---|
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ **I am serving more than 1 Defendant/Respondent.**

I have attached   1. *Additional Defendant/Respondent Address* and *Service Information* forms. |

**2.** **Information about the lawsuit:**

a. Amount claimed:   $ greater than $50,000.

☑

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

| | |
|---|---|
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3.** **Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last):* Gregory J. Halpern Pro Se

Street Address, Unit #:  11008 Morning Dove Lane |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | City, State, ZIP:  Spring Grove, Illinois 60081

Telephone:  847-565-9732      Email:   g.halpern@yahoo.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

**4.** **Instructions for person receiving this *Summons (Defendant)*:**

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an | ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day* |

| | |
|---|---|
| **In 4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. **Attend court:** **On:** _____ at _____ ☐ a.m. ☐ p.m. in _____<br>   *Date*                *Time*                              *Courtroom*<br>**In-person at:** |

**In 4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

_____ _____ _____ _____
*Courthouse Address*        *City*        *State*      *ZIP*

**OR**

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
         *Call-in number for telephone remote appearance*

By video conference: _____
              *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
           *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
   *Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ |

DATE **5/8/2025 3:58 PM** Electronically Issued

*Katherine M. Keefe*
KATHERINE M. KEEFE, Clerk of Court

**MJD**

By _____
*Deputy Clerk*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
         *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT <br><br> <u>McHenry</u>　　　COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |
|---|---|---|

| **Instructions** | GREGORY J HALPERN PRO SE |
|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | **CITADEL SECURITIES LLC** <br><br> **Defendant / Respondent** *(First, middle, last name)* <br><br> ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | |

<u>2025MR000097</u>
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
　　　　　　　*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

　　　☐ Personally on the Defendant/Respondent:
　　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

　　　　　Address, Unit#: _____
　　　　　City, State, ZIP: _____

　　　☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
　　　　member or lives there:
　　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

　　　　　Address, Unit#: _____
　　　　　City, State, ZIP: _____
　　　　　And left it with: _____
　　　　　　　　　　　　　　*First, Middle, Last*
　　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　　and by sending a copy to this defendant in a postage-paid, sealed envelope to the
　　　　　above address on this date: _____ .

　　　☐ On the Corporation's agent, _____
　　　　　　　　　　　　　　　　　　　　　*First, Middle, Last*
　　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:**                                               **FEES**

                                                      Service and Return:  $ _____
*Signature by:*  ☐ Sheriff                            Miles _____          $ _____
                 ☐ Sheriff outside Illinois:          Total                    $ _____

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*County and State*
☐ Special process server
☐ Licensed private
  detective

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT ___MCHENRY___ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. <br> **Defendants / Respondents** *(First, middle, last name)* | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | DEPOSITORY TRUST & CLEARING CORP. | ___2025MR000097___ <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

| **Plaintiff/Petitioner:** |
|---|

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2025MR000097

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:** |

**1.** **Defendant/Respondent's address and service information:**

    a.   Defendant/Respondent's primary address/information for service:

       Name *(First, Middle, Last)*: **Depository Trust & Clearing Corp. (DTCC)**

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

       Registered Agent's name, if any:

       Street Address, Unit   570 Washington Boulevard

       City, State, ZIP:

           Jersey City, NJ 07310

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

       Telephone:  (212) 855-1000     Email:   TAServices@dtcc.com

    b.   If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:

       Method of service on Defendant/Respondent:

       ☐ Sheriff      ☑ Sheriff outside Illinois:  Hudson County, New Jersey
                                                          *County & State*

       ☐ Special process server      ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐  **I am serving more than 1 Defendant/Respondent.**

   I have attached  1. *Additional Defendant/Respondent Address and Service Information* forms.

**2.** **Information about the lawsuit:**

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

    a.   Amount claimed:  $ greater than $50,000.

☑

    b.   I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3.** **Contact information for the Plaintiff/Petitioner:**

   Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se

   Street Address, Unit #:  11008 Morning Dove Lane

   City, State, ZIP:  Spring Grove, Illinois 60081

   Telephone:  847-565-9732     Email:  g.halpern@yahoo.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

**4.** **Instructions for person receiving this *Summons* (Defendant):**

Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

☑ a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

    Address:  2200 N. Seminary Ave.

    City, State, ZIP:   Woodstock, Illinois 60098

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ | b. | Attend court:<br>On: _____<br>   *Date*<br>**In-person at:** | at _____<br><br> | _____<br>*Time* | ☐ a.m. ☐ p.m. in _____<br>                *Courtroom* |

In 4b, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable)
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

*Courthouse Address*          *City*                              *State*        *ZIP*
OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                  *Call-in number for telephone remote appearance*

By video conference: _____
                       *Video conference website*

_____ *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                       *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
     *Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ |

DATE **5/19/2025 12:00 AM** Electronically Issued

*Katherine M. Keefe*
KATHERINE M. KEEFE, Clerk of Court
MJD

By _____
      Deputy Clerk

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                  *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | For Court Use Only |
|---|---|---|
| <u>McHenry</u> **COUNTY** | | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE _____ **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | **DEPOSITORY TRUST & CLEARING CORP.** **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2025MR000097
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
            *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____
    City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
                *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on this date: _____ .

  ☐ On the Corporation's agent, _____
                         *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:

                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT ___MCHENRY___ COUNTY | SUMMONS | *For Court Use Only* |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>KNIGHT SECURITIES | **2025MR000097** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them.*

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:**<br><br>    a.   Defendant/Respondent's primary address/information for service:<br><br>        Name *(First, Middle, Last)*: <u>KNIGHT SECURITIES</u><br><br>        Registered Agent's name, if any:<br>        Street Address, Unit   <u>525 Washington Boulevard</u> |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. |         City, State, ZIP:<br>            <u>Jersey City, NJ 07310</u><br><br>        Telephone:  <u>(201) 222-9400</u>     Email: <u>contact@knightsecuritiesltd.com</u> |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. |     b.   If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:<br><br>        Method of service on Defendant/Respondent:<br>        ☐ Sheriff      ☑ Sheriff outside Illinois: <u>Hudson County NY</u><br>                                              *County & State*<br>        ☐ Special process server    ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐  **I am serving more than 1 Defendant/Respondent.**<br>    I have attached  <u>1.</u> *Additional Defendant/Respondent Address*<br>    *and Service Information* forms.<br><br>**2.**   **Information about the lawsuit:**<br>    a.   Amount claimed:  $ <u>greater than $50,000.</u><br><br>☑<br>    b.   I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3.**   **Contact information for the Plaintiff/Petitioner:**<br>    Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se<br>    Street Address, Unit #:  <u>11008 Morning Dove Lane</u><br>    City, State, ZIP:  <u>Spring Grove, Illinois 60081</u><br>    Telephone:  <u>847-565-9732</u>    Email:  <u>g.halpern@yahoo.com</u> |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.**   **Instructions for person receiving this *Summons* (Defendant):**<br><br>  ☑ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>      Address:  <u>2200 N. Seminary Ave.</u><br><br>      City, State, ZIP:   <u>Woodstock, Illinois 60098</u> |

| | |
|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in_____<br>　　　*Date* 　　　　　*Time* 　　　　　　*Courtroom*<br>**In-person at:** |

In 4b, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

_____
*Courthouse Address* 　　　*City* 　　　　*State* 　　*ZIP*
OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
　　　　　　*Call-in number for telephone remote appearance*

By video conference: _____
　　　　　　　　*Video conference website*

*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
　　　　　　　*Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
　　*Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:**<br><br>**Clerk of the Court:** |

DATE _____ 5/8/2025 4:09 PM 　**Electronically Issued**

*Katherine M Keefe*

KATHERINE M. KEEFE, Clerk of Court
**JAG**

By _____ *Deputy Clerk*

Seal of Court

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 **days** before the court date.

Date of Service: _____
　　　　　　*(Date to be entered by an officer or process server on the copy of this*
　　　　　　*Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><br><u>McHenry</u> **COUNTY** | **PROOF OF SERVICE OF**<br>**SUMMONS AND**<br>**COMPLAINT/PETITION** | *For Court Use Only* |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | KNIGHT SECURITIES |
| | **Defendant / Respondent** *(First, middle, last name)* |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | 2025MR000097 |
| | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                        *First, Middle, Last*
        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address: _____
        City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

Under the Code of Civil Procedure, <u>735 ILCS 5/1-109</u>, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
Signature by:  ☐ Sheriff
               ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**

Service and Return: $ _____
Miles _____   $ _____
Total              $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | | SUMMONS | For Court Use Only |
|---|---|---|---|
| MCHENRY COUNTY | | | A TRUE COPY (SEAL) MORNINGSTAR PROCESS SERVERS DEBARY, FLORIDA DATE: 05-12-2025 TIME: 11:00 (A.M/P.M. BY: _____ PROCESS SERVER |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE | |
| | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| | **Defendants / Respondents** *(First, middle, last name)* | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | MICHAEL TURNER | |
| | | 2025MR000097 |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | | |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

| | | |
|---|---|---|
| In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** | **Defendant/Respondent's address and service information:** |

**1.** **Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: MICHAEL TURNER

Registered Agent's name, if any: Globex Transfer, LLC
Street Address, Unit 780 Deltona Blvd., Suite 202

In 1b, enter a second address for the first Defendant/ Respondent, if you have one.

City, State, ZIP:
Deltona, FL 32725

Telephone: (813)344-4490     Email: mt@globextransfer.com

In 1c, check how you are sending your documents to this Defendant/ Respondent.

b. If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:

Method of service on Defendant/Respondent:
☐ Sheriff     ☑ Sheriff outside Illinois: VOLUSIA COUNTY, FLORIDA
County & State

☐ Special process server     ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**
I have attached   1. *Additional Defendant/Respondent Address*
and Service *Information* forms.

In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.

**2.** **Information about the lawsuit:**
a. Amount claimed:   $ greater than $50,000.

☑
b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In 3, enter your complete address, telephone number, and email address, if you have one.

**3.** **Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se
Street Address, Unit #: 11008 Morning Dove Lane
City, State, ZIP: Spring Grove, Illinois 60081
Telephone: 847-565-9732     Email: g.halpern@yahoo.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check 4a or 4b. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.

**4.** **Instructions for person receiving this Summons (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:
Address: 2200 N. Seminary Ave.

City, State, ZIP: Woodstock, Illinois 60098

| | |
|---|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b. Attend court: |

On: _____ at _____ ☐ a.m. ☐ p.m. in_____
    *Date*              *Time*            *Courtroom*

**In-person at:**

| | |
|---|---|
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br><br>All of this information is available from the Circuit Clerk. | |

_____ _____ _____ ____
*Courthouse Address*      *City*         *State*   *ZIP*

**OR**

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone:_____
                *Call-in number for telephone remote appearance*

By video conference:_____
                  *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
              *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
    *Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:**<br><br>**Clerk of the Court:** |

DATE 5/5/2025 12:00 AM Electronically issued

*[signature]* KATHERINE M. KEEFE
KATHERINE M. KEEFE, Clerk of Court
**MXK**
By:_____
Deputy Clerk

*Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
              *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme C____ and must be accepted in all Illinois Courts.
Forms are free a____ ____rts.info/forms.

| | | |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><br>__MCHENRY__ **COUNTY** | **SUMMONS** | *For Court Use Only* |

| | | |
|---|---|---|
| **Instructions ▼** | | |
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE | |
| | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>HARVEY VECHERY | |
| | | **2025MR000097** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

---

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them.*

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce

- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity

- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



Enter th     Number given by the Circuit Clerk: <u>2025MR000097</u>

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.**    **Defendant/Responde**   **?ress and service information:**<br><br>     a.    Defendant/Respondent's primary address/information for service:<br>         Name *(First, Middle, Last)*:    HARVEY VECHERY<br><br>         Registered Agent's name, if any:<br>         Street Address, Unit    1397 Vista Moraga |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. |          City, State, ZIP:    Los Angeles, CA 90049<br><br>         Telephone:    (626)337-9903      Email: <u>hvechery@keybrands.com</u> |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. |      b.    If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:<br><br>         Method of service on Defendant/Respondent:<br>         ☐ Sheriff      ☑ Sheriff outside Illinois:   LOS ANGELES, CALIFORNIA<br>                                             *County & State*<br>         ☐ Special process server      ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms that you attached. | ☐   **I am serving more than 1 Defendant/Respondent.**<br><br>     I have attached    1. *Additional Defendant/Respondent Address* *and Service Information* forms.<br><br>**2.**    **Information about the lawsuit:**<br>     a.    Amount claimed:    $   greater than $50,000.<br><br>   ☑<br><br>     b.    I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3.**    **Contact information for the Plaintiff/Petitioner:**<br>     Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se<br>     Street Address, Unit #:   11008 Morning Dove Lane<br>     City, State, ZIP:   Spring Grove, Illinois 60081 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. |      Telephone:   847-565-9732      Email:   g.halpern@yahoo.com<br><br>**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.**    **Instructions for person receiving this *Summons* (Defendant):**<br><br>   ☑   a.    To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>         Address:   2200 N. Seminary Ave.<br><br>         City, State, ZIP:   Woodstock, Illinois 60098 |

<table>
<tr><td>

In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*.

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

</td><td>

☐ b. **Attend court:**
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
    *Date*         *Time*            *Courtroom*
**In-person at:**

_____
*Courthouse Address*    *City*       *State*    *ZIP*
OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
    By telephone: _____
           *Call-in number for telephone remote appearance*
    By video conference: _____
                *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
             *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
    *Website*

</td></tr>
</table>

DATE **5/5/2025 12:00 AM** Electronically Issued

*Katherine M Keefe*
KATHERINE M KEEFE, Clerk of Court

**MXK**

By: _____
     *Deputy Clerk*

Seal of Court

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ |

---

**STOP!** The officer or process server will fill in the Date of Service

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
- If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
        *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the                          the Circuit Clerk: 2025MR000097

**This form is approved by the Illinois Supr** .....nd must be accepted in all Illinois Courts.
Forms are free at iicourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| McHenry          COUNTY | | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | HARVEY VECHERY |
| | **Defendant / Respondent** *(First, middle, last name)* |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | 2025MR000097 |
| | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
　　　　　　*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

　　☐ Personally on the Defendant/Respondent:
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

　　　　Address, Unit#: _____
　　　　City, State, ZIP: _____

　　☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

　　　　Address, Unit#: _____
　　　　City, State, ZIP: _____
　　　　And left it with: _____
　　　　　　　　　　　　*First, Middle, Last*
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

　　☐ On the Corporation's agent, _____
　　　　　　　　　　　　　　　　　　*First, Middle, Last*
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____

　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

　　　　Address: _____
　　　　City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

---

| |
|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. |

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

| |
|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |

**By:**

_____

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| | | | For Court Use Only |
|---|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><br>____MCHENRY____ **COUNTY** | | **SUMMONS** | |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| | **Defendants / Respondents** *(First, middle, last name)* |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | VIRTU FINANCIAL<br>INC. |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2025MR000097**

**Case Number**

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response* document. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2025MR000097

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br><br>a. Defendant/Respondent's primary address/information for service:<br><br>Name *(First, Middle, Last):* VIRTU FINANCIAL INC. |

Registered Agent's name, if any:

Street Address, Unit   1633 Broadway, 41st Floor

| | |
|---|---|
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | City, State, ZIP:<br><br>New York, NY 10019<br><br>Telephone:  (646) 682-6000     Email: investor_relations@virtu.com |

| | |
|---|---|
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | b. If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:<br><br>Method of service on Defendant/Respondent:<br><br>☐ Sheriff     ☑ Sheriff outside Illinois:  New York County (Manhattan) NY<br>                                                                       *County & State*<br><br>☐ Special process server     ☐ Licensed private detective |

| | |
|---|---|
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ **I am serving more than 1 Defendant/Respondent.**<br><br>I have attached   1. *Additional Defendant/Respondent Address and Service Information* forms.<br><br>**2. Information about the lawsuit:**<br><br>a. Amount claimed:  $ greater than $50,000.<br><br>☑<br><br>b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |

| | |
|---|---|
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3. Contact information for the Plaintiff/Petitioner:**<br><br>Name *(First, Middle, Last):* Gregory J. Halpern Pro Se<br><br>Street Address, Unit #:  11008 Morning Dove Lane<br><br>City, State, ZIP:  Spring Grove, Illinois 60081<br><br>Telephone:  847-565-9732     Email:  g.halpern@yahoo.com |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | |

| | |
|---|---|
| | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br><br>☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br><br>Address:  2200 N. Seminary Ave.<br><br>City, State, ZIP:  Woodstock, Illinois 60098 |

SU-S 1503 6

(03/24)

| | | | |
|---|---|---|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. Attend court:<br>On: _____<br>    *Date*<br>**In-person at:** | at _____ | ☐ a.m. ☐ p.m. in_____<br>   *Time*         *Courtroom* |

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

*Courthouse Address*      *City*                  *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

    By **telephone:**_____
                        *Call-in number for telephone remote appearance*

    By video conference:_____
                        *Video conference website*

    *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                        *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
    *Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | DATE   5/16/2025 2:01 PM Electronically Issued<br><br>*Katherine M. Keefe*<br>KATHERINE M. KEEFE, Clerk of Court<br>JG<br>By _____<br>*Deputy Clerk* |

**Witness this Date:**

**Clerk of the Court:**

                                                      *Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____

                *(Date to be entered by an officer or process server on the copy of this*
                *Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: <u>2025MR000097</u>

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>McHenry_____ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/ Respondents. | VIRTU FINANCIAL INC.<br><br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| 2025MR000097 |
|---|
| **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                        *First, Middle, Last*
        ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address: _____
        City, State, ZIP: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the** *Proof of Service of Summons* **is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**               **FEES**

| | |
|---|---|
| Under the Code of Civil Procedure, <u>735 ILCS 5/1-109</u>, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff<br>☐ Sheriff outside Illinois: _____<br><br>_____<br>*County and State*<br>☐ Special process server<br>☐ Licensed private detective |

FEES
Service and Return: $ _____
Miles _____ $ _____
Total $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT <br><br> __MCHENRY__ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. <br> **Defendants / Respondents** *(First, middle, last name)* | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | YAHOO | **2025MR000097** <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br><br>a. Defendant/Respondent's primary address/information for service:<br><br>Name *(First, Middle, Last)*:    YAHOO<br><br>Registered Agent's name, if any:<br><br>Street Address, Unit   701 First Avenue |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | City, State, ZIP:<br>   Sunnyvale, CA 94089<br><br>Telephone:   (408) 349-3300     Email: help@yahoo.com |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | b. If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:<br><br>Method of service on Defendant/Respondent:<br>☐ Sheriff    ·   ☑ Sheriff outside Illinois:  SANTA CLARA COUNTY, CA<br>                                            *County & State*<br>☐ Special process server       ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ **I am serving more than 1 Defendant/Respondent.**<br><br>I have attached   1. *Additional Defendant/Respondent Address*<br>*and Service Information* forms.<br><br>**2. Information about the lawsuit:**<br>a. Amount claimed·  $ greater than $50,000.<br><br>☑<br>b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se         .<br>Street Address, Unit #:  11008 Morning Dove Lane<br>City, State, ZIP: Spring Grove, Illinois 60081 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | Telephone:  847-565-9732       Email:  g.halpern@yahoo.com |
| | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this Summons *(Defendant)*:**<br><br>☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address:  2200 N. Seminary Ave.<br><br>City, State, ZIP:   Woodstock, Illinois 60098 |

| | | |
|---|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:<br>On:<br>    *Date*<br>**In-person at:** | at      *Time*     ☐ a.m. ☐ p.m. in _____<br>                                               *Courtroom* |

In 4b, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

*Courthouse Address*      *City*                  *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone:_____
*Call-in number for telephone remote appearance*

By video conference:_____
*Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
*Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
*Website*

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ |

DATE   5/19/2025 12:00 AM Electronically Issued

*Katherine M Keefe*
KATHERINE M KEEFE, Clerk of Court
MJD
By_____
Deputy Clerk

---

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
   - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| McHenry **COUNTY** | | |

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE | |
| | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| | YAHOO | |
| Enter the names of all people you are suing as Defendants/ Respondents. | **Defendant / Respondent** *(First, middle, last name)* | |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |
| Enter the Case Number given by the Circuit Clerk. | . | 2025MR000097 |
| | | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:

        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address, Unit#: _____

        City, State, ZIP: _____

        And left it with: _____
                      *First, Middle, Last*

        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____

        and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                             *First, Middle, Last*

        ☐ Male   ☐ Female   ☐ Non-Binary   Approx. Age: _____ Race: _____

        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

        Address: _____

        City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

**FEES**

| | | | |
|---|---|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | _____ *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective | Service and Return: | $ _____ |
| | | Miles _____ | $ _____ |
| | | Total | $ _____ |

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

** FILED **   Env: 32998882
McHenry County, Illinois
2025MR000097
Date: 6/4/2025 3:14 PM
Katherine M. Keefe
Clerk of the Circuit Court

# IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| **IN RE CIVIL MATTER OF:**<br><br>GREGORY J. HALPERN<br><br>Plaintiff,<br><br>**vs.**<br><br>CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E\*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100<br>Defendants. | **COMPLAINT FOR: DECLARATORY RELIEF, DAMAGES, AND DEMAND FOR A JURY TRIAL**<br><br>2025MR000097<br><br>COUNT I – FRAUD<br><br>COUNT II - SECURITIES FRAUD<br><br>COUNT III – CIVIL CONSPIRACY (Against All Defendants)<br><br>COUNT IV – BREACH OF FIDUCIARY DUTY<br><br>COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants)<br><br>COUNT VI – DECLARATORY RELIEF<br><br>COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO)<br><br>COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

## NOTICE OF MOTION

TO: cnash@greene-fuel.com,john@bajastream.com,alfred.hilderbrand@yahoo.com,divinemafa@gmail.com, hvechery@keybrands.com, mt@globextransfer.com,media@citadelsecurities.com,contact@knightsecuritiesltd.com,investor_relations@virtu.com,cfsupport@cantor.com ,WMAdvisoryCompliance@canaccord.com,designated.brokerage@schwab.com,accessibility@morganstanley.com,CSG@etrade.com,jpm.ad r.settlements@jpmorgan.com,prospectus-ny@ny.email.gs.com,abuse@bankofamerica.com,william.bell@ubs.com,info@credit-suisse.com, deutsche.bank@db.com,TAServices@dtcc.com,DRS@dtcc.com,NSCCSupport@dtcc.com,contact@investorhub.com,help@sec.gov,mwhite @sec.gov,jclayton@sec.gov,mschapiro@sec.gov, pam.bondi@doj.gov, Jordan@house.gov,chuck_grassley@grassley.senate.com

PLEASE TAKE NOTICE that on June 4, 2025, the undersigned will electronically file this Plaintiff **MOTION TO STRIKE DEFENDANT'S JUNE 4, 2025 LETTER AS AN IMPROPER AND FRIVOLOUS RESPONSE TO LAWFUL SERVICE AND TO DEEM SERVICE COMPLETE** with the Clerk of the Circuit Court of the 22nd Judicial Circuit, McHenry County, 2200 N. Seminary Ave, Woodstock, IL 60098, copies of which are herewith served upon you.

DATED at Spring Grove, Illinois, this 4th day of June 2025.

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 1 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:37 PM - 2025MR000097 - Transaction 1024796

Page 2 of

### PROOF OF SERVICE BY EMAIL TRANSMISSION

The undersigned certifies, under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, that the undersigned served this Notice of Filing, Plaintiff's **MOTION TO STRIKE DEFENDANT'S JUNE 4, 2025 LETTER AS AN IMPROPER AND FRIVOLOUS RESPONSE TO LAWFUL SERVICE AND TO DEEM SERVICE COMPLETE** by emailing a copy to the addressees indicated above before 8:00 p.m. on June 4, 2025; and further that the statements set forth in this Proof of Service are true and correct.

DATED at Spring Grove, Illinois, this 4th day of June 2025.

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 2 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:37 PM - 2025MR000097 - Transaction 1024796

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 51 of 240 PageID #:295
Page 3 of 3

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/4/2025
Document Type:      NOTICE - MOTION
Number of Pages:    3

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 52 of 240 PageID #:296
Page 1 of 131

** FILED **  Env: 32998882
McHenry County, Illinois
2025MR000097
Date: 6/4/2025 3:14 PM
Katherine M. Keefe
Clerk of the Circuit Court

# IN THE CIRCUIT COURT OF THE 22ⁿᵈ JUDICIAL CIRCUIT
## MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF: | COMPLAINT FOR: DECLARATORY |
| GREGORY J. HALPERN | RELIEF, DAMAGES, AND DEMAND |
| Plaintiff, | FOR A JURY TRIAL |
| vs. | 2025MR000097 |
| CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100 Defendants. | COUNT I – FRAUD COUNT II - SECURITIES FRAUD COUNT III – CIVIL CONSPIRACY (Against All Defendants) COUNT IV – BREACH OF FIDUCIARY DUTY COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants) COUNT VI – DECLARATORY RELIEF COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO) COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S JUNE 4, 2025 LETTER AS AN IMPROPER AND FRIVOLOUS RESPONSE TO LAWFUL SERVICE AND TO DEEM SERVICE COMPLETE

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 1 of 131

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S JUNE 4, 2025 LETTER AS AN IMPROPER AND FRIVOLOUS RESPONSE TO LAWFUL SERVICE AND TO DEEM SERVICE COMPLETE

NOW COMES Plaintiff, Gregory J. Halpern, Pro Se, pursuant to the Illinois Code of Civil Procedure and applicable case law, and respectfully moves this Court to **strike the correspondence** dated June 4, 2025, sent by Attorney Sarah M. Papadelias on behalf of purported defendant "InvestorsHub.com, Inc.," (See Exhibit I) and in support thereof states as follows:

## PROPER SERVICE OF SUMMONS AND COMPLAINT

1. Plaintiff filed the above-captioned case on May 1, 2025, and the Court set a Scheduling Conference for July 31, 2025, as documented on the face of the court-stamped Complaint.

2. On May 27, 2025, Defendant ADVFN PLC (iHub) was personally served with a copy of the Summons and Complaint at its registered place of business in Essex, England, via an authorized agent named Monique Blackwood, as reflected in the May 19th **Summons Issued** by this court and the May 28th Sworn Affidavit **Proof of Service**. (See Exhibits II & III)

3. ADVFN and its wholly owned U.S. operating subsidiary, **InvestorsHub.com, Inc. (iHub)**, are part of the same parent-controlled enterprise as established in ADVFN's own public filings, ADVFN lists InvestorsHub.com, Inc. as a "principal trading subsidiary." (See Exhibit IV)

- 2 -

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 54 of 240 PageID #:298
Page 9 of 192

**THE JUNE 4, 2025 LETTER IS AN IMPROPER ATTEMPT TO EVADE JURISDICTION**

4.  On June 4, 2025, Attorney Sarah M. Papadelias of Shullman Fugate PLLC sent a letter purporting to reject service and disavow jurisdiction, despite the fact that:

    a. Defendant ADVFN PLC (iHub) was already lawfully served;

    b. The letter does not constitute a valid **Answer, Appearance, or Motion** under Illinois Supreme Court Rules;

    c. No responsive pleading or Motion to Quash Service has been filed with this Court.

5.  The letter instead threatens sanctions under Section 230 of the Communications Decency Act—an affirmative defense which cannot be used to preempt service or excuse a default, and which is **premature, misapplied, and not dispositive** under Illinois pleading standards.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

*   Striking the June 4, 2025, correspondence from the record as an improper, frivolous, and non-pleading communication;

*   Deeming Defendant ADVFN PLC (iHub) properly served;

*   Setting a firm deadline for a responsive pleading no later than **June 28, 2025**, consistent with Illinois law and the executed service date;

- 3 -

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 55 of 240 PageID #:299
Page 4 of 131

- Reserving all further remedies—including default judgment and attorneys' fees (if applicable)—pending Defendant's continued failure to appear.

**Respectfully submitted,**

DATED at Spring Grove, Illinois, this 4th day of June 2025.

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

# EXHIBITS

- Plaintiff hereby incorporates the following exhibits in support of its Motion stated herein:

- **Exhibit I – June 4, 2025 correspondence**, sent by Attorney Sarah M. Papadelias

- **Exhibit II** May 19th **Summons Issued** by this court

- **Exhibit III –** May 28th Sworn Affidavit **Proof of Service**

- **Exhibit IV – ADVFN-IHUB-Investor Hub Public Disclosures 2024 & 2025**

- 4 -

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

- **Exhibit I – June 4, 2025 correspondence**, sent by Attorney Sarah M. Papadelias

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 5 of 131



100 S. Ashley Drive Suite 600, Tampa, FL 33602 · 813.435.1615

June 4, 2025

**VIA EMAIL & U.S. MAIL**
Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, IL 60081
g.halpern@yahoo.com
greghalpern1@proton.me

      Re:    *Halpern v. Citadel Securities, LLC et al.*

Dear Mr. Halpern:

      Shullman Fugate PLLC represents InvestorsHub.com, Inc. ("iHub"). I am writing to discuss the lawsuit that you have filed titled *Halpern v. Citadel Securities, LLC et al.*, currently pending in McHenry County, Illinois (the "Lawsuit").

      The summons is directed at "ADVFN PLC (iHub)." ADVFN is not named in the Lawsuit and is not the same entity as iHub. Further, ADVFN is not authorized to accept service on behalf of iHub (which has not been properly named in the lawsuit) and there has been no showing under either Illinois or Florida law that ADVFN has a sufficient agency relationship in order to be served in place of iHub. Because service is insufficient, and because neither party is correctly named in the Lawsuit, neither iHub nor ADVFN will be responding to the Lawsuit.

      But even if iHub were properly named and served, Section 230 of the Communications Decency Act provides immunity from claims, such as this one, for hosting allegedly defamatory material. *See* 47 U.S.C. § 230; *Huon v. Denton*, 841 F.3d 733, 741 (7th Cir. 2016) (finding that "for purposes of defamation, a company … cannot be considered the publisher of information simply because the company hosts an online forum for third-party users to submit comments"). Accordingly, any attempt to bring iHub into a defamation action premised upon content hosted on its website is frivolous, and iHub will vigorously defend any such suit, including seeking sanctions and/or attorneys' fees as appropriate.

      Sincerely,

      Shullman Fugate PLLC

      *Sarah Papadelias*

      Sarah M. Papadelias
      spapadelias@shullmanfugate.com

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

- **Exhibit II** May 19th **Summons Issued** by this court

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 7 of 131

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE | 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.
Page 1 of 2

SU-S 1503.3

Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT ___MCHENRY___ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | GREGORY J HALPERN PRO SE | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* ADVFN PLC (IHUB) | **2025MR000097** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

---

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

---

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

---

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document: 13 Filed: 06/30/25 Page 60 of 240 PageID #:304

Filed - McHenry County Circuit Clerk - 06/30/2025
Page 9 of 131

<table>
<tr><td>

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

</td><td>

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last)*: ___ADVFN PLC (IHUB)___

      Registered Agent's name, if any: Ongar Business Centre
      Street Address, Unit   The Gables Fyfield Road, Suite 28
      City, State, ZIP: Ongar, Essex, ENGLAND CM5 0GA

      Telephone: +44 (0) 203 8794 460   Email: ir@advfnplc.com

   b. If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:

      Method of service on Defendant/Respondent:
      ☐ Sheriff        ☑ Sheriff outside Illinois: __ESSEX COUNTY__
                                                    *County*
      ☐ Special process server      ☐ Licensed private detective

</td></tr>
</table>

<table>
<tr><td>

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

In **3**, enter your complete address, telephone number, and email address, if you have one.

</td><td>

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached   1. *Additional Defendant/Respondent Address and Service Information* forms.

2. **Information about the lawsuit:**
   a. Amount claimed:   $ greater than $50,000.

   ☑
   b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

3. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se
   Street Address, Unit #:   11008 Morning Dove Lane
   City, State, ZIP:   Spring Grove, Illinois 60081
   Telephone:   847-565-9732      Email:   g.halpern@yahoo.com

</td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

<table>
<tr><td>

**Important information for the person getting this form**

</td><td>

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

</td></tr>
</table>

<table>
<tr><td>

Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

</td><td>

4. **Instructions for person receiving this *Summons (Defendant)*:**

   ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
      Address:   2200 N. Seminary Ave.

      City, State, ZIP:   Woodstock, Illinois 60098

</td></tr>
</table>

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 61 of 240 PageID #:305

Page 16 of 182

| In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | □ | b. | Attend court: |
|---|---|---|---|

On: _____ at _____ □ a.m. □ p.m. in _____
       *Date*           *Time*                 *Courtroom*

**In-person at:**

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

_____
*Courthouse Address*      *City*      *State*      *ZIP*

**OR**

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
              *Call-in number for telephone remote appearance*

By video conference:_____
                       *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
               *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
  *Website*

| **STOP!** The Circuit Clerk will fill in this section. | DATE 5/19/2025 12:00 AM Electronically Issued |
|---|---|

*Katherine M Keefe*
KATHERINE M. KEEFE, Clerk of Court
**MJD**
By_____
        *Deputy Clerk*

**Witness this Date:** _____

**Clerk of the Court:** _____

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                  *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT  McHenry _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE _____<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v. |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | ADVFN PLC (IHUB)<br><br>**Defendant / Respondent** *(First, middle, last name)*<br><br>☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | |

2025MR000097
_____
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
                        *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

    ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____
    City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
                        *First, Middle, Last*
    ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on this date: _____ .

☐ On the Corporation's agent, _____
                                  *First, Middle, Last*
    ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 11 of 131

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*   ☐ Sheriff
                  ☐ Sheriff outside Illinois:

                  _____
                  *County and State*
                  ☐ Special process server
                  ☐ Licensed private detective

**FEES**

Service and Return:  $ _____
Miles _____    $ _____
Total                $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

- **Exhibit III –** May 28th Sworn Affidavit **Proof of Service**

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 13 of 131

| ATTORNEY OR PARTY | |
|---|---|
| GREGORY J HALPERN<br>GREGORY J HALPERN<br>11008 Morning Dove Lane,  Spring Grove, IL 60081 | |
| TELEPHONE NO.: (847) 565-9732 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : | |
| **IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT FOR MCHENRY COUNTY, ILLINOIS** | |
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , IL<br>BRANCH NAME: | |
| PLAINTIFF:  GREGORY J HALPERN | CASE NUMBER:<br><br>2025MR000097 |
| DEFENDANT:  ADVFN PLC (IHUB) | |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT**

PARTY SERVED:     **ADVFN PLC (IHUB)**

PERSON SERVED:    **Monique Blackwood  - Authorized to Accept**

DATE & TIME OF DELIVERY:   **5/27/2025**
**10:30 PM**

ADDRESS, CITY, AND STATE:   **The Gables Fyfield Road, Suite 28**
**Ongar, Essex England,  CM50GA**

MANNER OF SERVICE:

WITNESS FEES:
  **Were offered or demanded and paid:  $ .00.**

Fee for Service: **$  .00**
  County:
  Registration No.:
  **Process Server One - EFile**
  **Expert LLC**
  **13395 Voyager Parkway Suite 130**
  **PMB 311**
  **Colorado Springs, CO 80921**
  **(855) 545-1303**

I declare under penalty of perjury under the laws of the
United States that the foregoing information contained
in the return of service and statement of service fees is
true and correct and that this declaration was executed
on **May 28, 2025**

Signature: _Sene Cassama_
              **Sene Cassama**

**PROOF OF SERVICE**

DefaultProof/34249

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 66 of 240 PageID #:310
Page 15 of 132

- **Exhibit IV – ADVFN-IHUB-Investor Hub Public Disclosures 2024 & 2025**

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**27 March 2025**

**For immediate release**

**ADVFN PLC**
**("ADVFN" or the "Group")**
**Unaudited Interim Results for the Six Months Ended 31 December 2024**

ADVFN today announces its unaudited interim results for the six months ended 31 December 2024 (the "Period").

**Chief Executive's Statement**

Since the change in management and Board in the second half of 2022, ADVFN has witnessed an increasingly challenging market environment. The AIM market, the broader stock market, and ADVFN specifically have faced significant headwinds. One of the biggest challenges has been a decline in ADVFN's revenue, driven primarily by a slowdown in sales, a challenge we have observed across our sector.

Nonetheless, we have made significant progress in optimising our cost structure and improving operational efficiency. This has been a long and challenging process, but we have successfully reduced annual costs from £8 million to approximately less than £5 million and have maintained this saving as more long-term projects take effect in Q1 2025. These efforts have ensured that ADVFN is becoming a sustainable, flexible and more efficient organisation.

As a legacy company, we have worked relentlessly to adapt and position ADVFN as a technology-focused company. These efforts should not be underestimated, as they have required more time and resources than initially expected. Our efforts have been dedicated to:

- Restructuring and optimising our corporate structure while hiring and onboarding top-tier talents.
- Restructuring, optimising and heavily investing in our platform to make it more scalable, agile and frictionless.
- Building cutting-edge technologies and introducing state-of-the-art tools that redefine how our users interact with our platform.
- Laying the groundwork for growth and long-term success.

Headline financial performance for the six month-period ended 31 December 2024 ("Period") with a comparison to the six-month period ended 31 December 2023 ("Prior Period") is as follows:

**Revenue:** £2.019 million (Prior Period: £2.294 million)

**Gross Profit:** £1.919 million (Prior Period: £2.185 million)

**Operating Loss: £479k** (Prior Period: £611k loss)

**Administrative Expenses: £2.398 million** (Prior Period: £2.796 million)

**Net Loss: £393k** (Prior Period: £531k loss)

**Cash and Cash Equivalents:** £3.535 million

**Total Liabilities:** £1.290 million

1

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE , 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 68 of 240 PageID #:312

ADVFN PLC

**Total Equity:** £3.238 million

The past 12 months have been a period of transformation - AI-driven tools, new apps, Options Flow, and TraderChat, are just the beginning. These advancements take time and patience, but I am confident in our team's dedication and hard work. We remain committed to building the best platform for our users and delivering long-term value for our shareholders. While ADVFN has made significant strides in optimising its cost structure and reducing operational losses, the focus moving forward will shift entirely to growth with a strong focus on Monthly and Annual Recurrent Revenue Subscriptions. Our new optimised operating model ensures that every £1 of marginal unit of revenue contributes meaningfully to profitability, targeting an 80% gross margin and a 65%-70% operational margin. This shift from cost-cutting to revenue growth will be the key driver of our future success.

While revenue and profit ratios have remained relatively stable, we still face some challenges as revenues declined in 2024, albeit at a much slower pace. Nevertheless, there are encouraging signs: traffic has increased by nearly 30%. The products and developments I have been highlighting over the past year are now starting to take effect on our platform, and even more innovations are on the horizon.

At the same time, the results for the Period reflected increased legal costs from a dispute (now settled) with a former Board member, which significantly burdened our bottom line.

While product optimisation and operational efficiency have been the cornerstones of our success, we recognise that these elements alone will not sustain our long-term growth. In today's dynamic market environment, there is substantial opportunity to accelerate our expansion through strategic mergers and acquisitions. We have observed that companies operating on a scale similar to ADVFN, across diverse countries and markets, with consistent revenue trends and robust advertising strategies are uniquely positioned to create significant value when combined with our strengths. Therefore, our strategy moving forward is built on three key pillars: a steadfast commitment to enhancing our core products, the integration of advanced AI capabilities, and a pursuit of M&A opportunities to acquire complementary platforms. By pursuing these strategic initiatives, we aim not only to drive growth but also to generate synergies that will significantly enhance our revenue potential over the mid-long term.

Given this general trading and market background, we have carefully assessed the benefits and drawbacks of remaining an AIM-listed company. This evaluation has been ongoing for some time to determine how best to achieve our corporate goals and unlock the company's full potential.

To achieve our ambitions as a small company, we need full focus from the executive management team on operational and funding priorities, and to shift our efforts from administrative and regulatory priorities arising from our ongoing listing obligations, to development and product innovation. Additionally, the Company's falling share price and low levels of liquidity have deterred potential partners from accepting shares or options as consideration, restricting deal-making flexibility. As a result of the low market valuation, nearly every potential acquisition would have required us to give up substantial equity, even for smaller transactions, on unattractive terms for our existing shareholders. The persistently low liquidity and suppressed share price have yielded minimal benefits for our shareholders, making it hard to justify remaining public from a strategic standpoint

Accordingly, the Board has unanimously decided to pursue the delisting of the company from AIM and a circular will be sent to shareholders in due course. Over the past months, we have carefully

2

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 69 of 240 PageID #:313
Page 68 of 152

ADVFN PLC

evaluated all possible options and the steps necessary for this transition and I want to assure you that this decision has been made with a clear focus on the company's best interests and goals.

Recognising the concerns and uncertainties that may arise from this transition, I want to assure our shareholders that we are taking deliberate steps to facilitate liquidity and maintain open, transparent communication. To support ongoing shareholder engagement, we intend to transition to the JPJ Bargain Match Engine, ensuring that some liquidity potentially remains available despite the shift to a private structure.

In addition, we will launch a dedicated shareholder portal, accessible via email login, to serve as a central hub for updates, FAQs, and a direct channel for addressing any concerns promptly. This shareholder portal will also host important reports, announcements, and periodic events to keep shareholders informed and engaged.

Over the coming weeks, I will personally dedicate my full attention to addressing shareholder concerns and ensuring a smooth transition. Every shareholder who remains with us post-transition will have direct access to the ADVFN team and myself, and we will be available for individual communication to provide clarity and support.

I would like to reaffirm our commitment to taking the right steps for ADVFN's long-term success while treating every shareholder with the utmost care and respect. I invite you to embark on this journey with us, confident that together we will achieve our shared vision and long-term goals.

I want to express my heartfelt gratitude for your unwavering support and active engagement. It has been truly inspiring to see that so many of you deeply care about the company, offering invaluable insights along the way.

While our journey as a public company may be coming to an end, our dedication and ambition remain stronger than ever. The team and I are fully committed to building a company that not only thrives, but is one in which you will be proud to be a shareholder. I sincerely hope you will continue this journey with us so that together we can achieve our shared vision and long-term goals.

Thank you for being a vital part of this story.


**Amit Tauman**
*CEO*
27 March 2025

A copy of this announcement is available on the Company's website, www.advfnplc.com.

The information contained within this announcement is deemed by the Company to constitute inside information as stipulated under the Market Abuse Regulations (EU) No. 596/2014 as it forms part of UK Domestic Law by virtue of the European Union (Withdrawal) Act 2018. The person who arranged for the release of this announcement on behalf of the Company was Amit Tauman, Director.


**For further information please contact:**

| | |
|---|---|
| **ADVFN plc** | +44 (0) 203 8794 460 |
| Amit Tauman (CEO) | |
| **Beaumont Cornish Limited** (Nominated Adviser) | +44 (0) 207 628 3396 |

3

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

Michael Cornish

Roland Cornish

**Peterhouse Capital
Limited** (Broker)                  +44 (0) 207 469 0930

Duncan Vasey

*Beaumont Cornish Limited ("Beaumont Cornish") is the Company's Nominated Adviser and is authorised and regulated by the FCA. Beaumont Cornish's responsibilities as the Company's Nominated Adviser, including a responsibility to advise and guide the Company on its responsibilities under the AIM Rules for Companies and AIM Rules for Nominated Advisers, are owed solely to the London Stock Exchange. Beaumont Cornish is not acting for and will not be responsible to any other persons for providing protections afforded to customers of Beaumont Cornish nor for advising them in relation to the proposed arrangements described in this announcement or any matter referred to in it.*

4

ADVFN PLC

**Condensed interim consolidated income statement**

| | Notes | 6 months to 31 Dec 2024 £'000 Unaudited | 6 months to 31 Dec 2023 £'000 Unaudited (RESTATED) | 12 months to 30 June 2024 £'000 Audited |
|---|---|---|---|---|
| Revenue | | 2,019 | 2,294 | 4,441 |
| Cost of sales | | (100) | (109) | (218) |
| Gross profit | | 1,919 | 2,185 | 4,223 |
| Administrative expenses | 4 | (2,458) | (2,796) | (5,335) |
| Operating loss | | (539) | (611) | (1,112) |
| Finance income | | 86 | 80 | 198 |
| Finance expense | | - | (1) | (1) |
| Other income | | - | - | 2 |
| Loss before tax | | (453) | (532) | (913) |
| Taxation | | - | 1 | 63 |
| **Loss from continuing operations** | | (453) | (531) | (850) |
| Loss from discontinued operations | | - | - | (68) |
| **Total loss for the period attributable to shareholders of the parent** | | (453) | (531) | (918) |
| **Loss per share from continuing operations** | | | | |
| Basic | | (0.98p) | (1.16p) | (1.85p) |
| Diluted | | (0.98p) | (1.16p) | (1.85p) |
| **Loss per share from total operations** | | | | |
| Basic | 5 | (0.98p) | (1.16p) | (1.99p) |
| Diluted | | (0.98p) | (1.16p) | (1.99p) |

5

ADVFN PLC

**Condensed interim consolidated statement of comprehensive income**

|  | 6 months to 31 Dec 2024 £'000 Unaudited | 6 months to 31 Dec 2023 £'000 Unaudited (RESTATED) | 12 months to 30 June 2024 £'000 Audited |
|---|---|---|---|
| Loss for the period | (453) | (531) | (918) |
| **Other comprehensive (loss)/income:** |  |  |  |
| Items that will be reclassified subsequently to profit or loss: |  |  |  |
| Exchange differences on translation of foreign operations | (49) | 28 | 48 |
| **Total other comprehensive (loss)/income** | (49) | 28 | 48 |
| **Total comprehensive loss for the period attributable to shareholders of the parent** | (502) | (503) | (870) |

6

ADVFN PLC

**Condensed interim consolidated balance sheet**

| | | 31 Dec 2024 £'000 | 31 Dec 2023 £'000 (RESTATED) | 30 June 2024 £'000 |
|---|---|---|---|---|
| | | Unaudited | Unaudited | Audited |
| **Assets** | | | | |
| **Non-current assets** | | | | |
| Property, plant and equipment (including right of use assets) | | 101 | 145 | 115 |
| Intangible assets | 3 | 479 | 174 | 311 |
| Other receivables | | 25 | 22 | 22 |
| | | 605 | 341 | 448 |
| **Current assets** | | | | |
| Trade and other receivables | | 388 | 460 | 561 |
| Cash and cash equivalents | | 3,535 | 4,798 | 4,091 |
| | | 3,923 | 5,258 | 4,652 |
| **Total assets** | | 4,528 | 5,599 | 5,100 |
| **Equity and liabilities** | | | | |
| **Equity** | | | | |
| Issued capital | | 93 | 92 | 93 |
| Share premium | | 6,705 | 6,676 | 6,705 |
| Share based payments reserve | | 48 | 32 | 48 |
| Foreign exchange translation reserve | | 315 | 344 | 364 |
| Retained earnings | | (3,984) | (3,144) | (3,531) |
| | | 3,177 | 4,000 | 3,679 |
| **Non-current liabilities** | | | | |
| Borrowing – bank loans | | 4 | 15 | 9 |
| | | 4 | 15 | 9 |
| **Current liabilities** | | | | |
| Trade and other payables | | 1,337 | 1,574 | 1,402 |
| Borrowing – bank loans | | 10 | 10 | 10 |
| | | 1,347 | 1,584 | 1,412 |
| **Total liabilities** | | 1,351 | 1,599 | 1,421 |
| **Total equity and liabilities** | | 4,528 | 5,599 | 5,100 |

7

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

**Condensed interim consolidated statement of changes in equity**

| | Share capital | Share premium | Share based payment reserve | Foreign exchange translation reserve | Retained earnings | Total equity |
|---|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **At 1 July 2023 as previously stated** | **92** | **6,676** | **22** | **316** | **(1,828)** | **5,278** |
| Effect of prior year adjustment (Note 2) | - | - | - | - | (785) | (785) |
| **Balance at 1 July 2023 – As restated** | **92** | **6,676** | **22** | **316** | **(2,613)** | **4,493** |
| **Transactions with equity shareholders:** | | | | | | |
| Issue of options | - | - | 10 | - | - | 10 |
| | - | - | 10 | - | - | 10 |
| Loss for the period after tax | - | - | - | - | (531) | (531) |
| **Other comprehensive income** | | | | | | |
| Exchange differences on translation of foreign operations | - | - | - | 28 | - | 28 |
| Total other comprehensive income | - | - | - | 28 | - | 28 |
| **Total comprehensive income/(loss)** | - | - | - | 28 | (531) | (503) |
| **At 31 December 2023** | **92** | **6,676** | **32** | **344** | **(3,144)** | **4,000** |
| **Transactions with equity shareholders:** | | | | | | |
| Issue of shares (Note 2) | 1 | 29 | - | - | - | 30 |
| Issue of options | - | - | 16 | - | - | 16 |
| | 1 | 29 | 16 | - | - | 46 |
| Loss for the period after tax | - | - | - | - | (387) | (387) |
| **Other comprehensive income** | | | | | | |
| Exchange differences on translation of foreign operations | - | - | - | 20 | - | 20 |
| Total other comprehensive income | - | - | - | 20 | - | 20 |
| **Total comprehensive income/(loss)** | - | - | - | 20 | (387) | (367) |
| **At 30 June 2024** | **93** | **6,705** | **48** | **364** | **(3,531)** | **3,679** |
| Loss for the period after tax | - | - | - | - | (453) | (453) |
| **Other comprehensive income** | | | | | | |
| Exchange differences on translation of foreign operations | - | - | - | (49) | - | (49) |
| Total other comprehensive loss | **-** | **-** | **-** | **(49)** | **-** | **(49)** |
| **Total comprehensive loss** | **-** | **-** | **-** | **(49)** | **(453)** | **(502)** |
| **At 31 December 2024** | **93** | **6,705** | **48** | **315** | **(3,984)** | **3,177** |

8

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

**Condensed interim consolidated cash flow statement**

|  | 6 months to 31 Dec 2024 £'000 Unaudited | 6 months to 31 Dec 2023 £'000 unaudited | 12 months to 30 June 2024 £'000 audited |
|---|---|---|---|
| **Cash flows from continuing operating activities** |  |  |  |
| Loss for the period from continuing operations | (453) | (531) | (850) |
| Net finance (income)/expense in the income statement | (86) | (79) | (197) |
| Depreciation of property, plant and equipment | 18 | 16 | 49 |
| Amortisation of intangible assets (Note 3) | 31 | 84 | 156 |
| Disposal of intangible assets (Note 3) | - | - | 30 |
| Share based payments | - | 10 | 26 |
| Issue of shares as directors' compensation (Note 2) | - | - | 30 |
| Decrease / (Increase) in trade and other receivables | 171 | (16) | (91) |
| Decrease in trade and other payables | (66) | (328) | (501) |
| Net cash used by continuing operations | (385) | (844) | (1,348) |
| **Cashflow from discontinued operating activities** |  |  |  |
| Loss for the year from discontinued operations | - | - | (68) |
| Net cash used by discontinued operations | - | - | (68) |
| Income tax received | - | 25 | - |
| Net cash used by operating activities | (385) | (819) | (1,416) |
| **Cash flows from financing activities** |  |  |  |
| Bank interest received | 86 | 80 | 198 |
| Repayment of loans | (5) | (5) | (9) |
| Other interest paid | - | (1) | (1) |
| Net cash (used)/generated by financing activities | 81 | 74 | 188 |
| **Cash flows from investing activities** |  |  |  |
| Payments for property, plant and equipment | (4) | (2) | (6) |
| Purchase of intangibles | (199) | (40) | (279) |
| Net cash used by investing activities | (203) | (42) | (285) |
| Net decrease in cash and cash equivalents | (507) | (787) | (1,513) |
| (Loss)/gain on foreign exchange | (49) | 28 | 47 |
| Net decrease in cash and cash equivalents | (556) | (759) | (1,466) |
| Cash and cash equivalents at the start of the period | 4,091 | 5,557 | 5,557 |
| Cash and cash equivalents at the end of the period | 3,535 | 4,798 | 4,091 |

9

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 76 of 240 PageID #:320
Page 25 of 131

ADVFN PLC

**Notes to the interim financial statements**

1. **Legal status and activities**

   The principal activity of ADVFN PLC ("the Company") and its subsidiaries (together "the Group") is the development and provision of financial information, primarily via the internet, research services and the development and exploitation of ancillary internet sites.

   The principal trading subsidiaries are All IPO Plc (strike off applied for), InvestorsHub.com Inc and N A Data Inc,

   The Company is a public limited company which is quoted on the AIM of the London Stock Exchange and is incorporated and domiciled in the UK. The address of the registered office is Suite 28, Essex Business Centre, The Gables, Fyfield Road, Ongar, Essex, CM5 0GA.

   The registered number of the company is 02374988.

2. **Basis of preparation of the half-year report**

   These condensed interim financial statements have been prepared in accordance with IAS 34, "Interim Financial Reporting".

   The financial information does not include all the information required for full annual financial statements. The same accounting policies and methods of computation have been followed in the interim financial statements as compared with the full audited financial statements and should be read in conjunction with the consolidated financial statements of the Group for the year ended 30 June 2024, which were prepared under applicable law and in accordance with UK-adopted international accounting standards.

   The unaudited consolidated interim financial information is for the six-month period ended 31 December 2024. These financial statements were approved for issue on 26 March 2025.

   The financial statements are presented in Sterling (£) rounded to the nearest thousand except where specified.

   The interim financial information has been prepared on the going concern basis which assumes the Group will continue in existence for the foreseeable future.

   No material uncertainties that cast significant doubt about the ability of the Group to continue as a going concern have been identified by the directors. Accordingly, the directors believe it is appropriate for the interim financial statement to be prepared on the going concern basis.

   The principal risks and uncertainties of the Company remain the same as those reported in the consolidated financial statements of the Group for the year ended 30 June 2024.

   **Estimates and Judgements**
   The critical estimates and judgements remain the same as those applied to the consolidated financial statements for the Group for the year ended 30 June 2024.

   **Shares issued**
   On 16 May 2024, 280,000 shares were issued to non-executive directors in lieu of salary. The shares had a nominal value of £0.002 per share and were issued at the market value on the date of issue of 10.5p per share, resulting in an increase in share capital of £560 and share premium of £28,840. The shares rank pari passu with the existing shares in issue.

   **Trade and other receivables**
   These assets are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. They arise principally through the provision of goods and services to customers but also incorporate other types of contractual monetary assets.

   They are initially recognised at fair value and measured subsequent to initial recognition at amortised cost using the effective interest method, less any impairment loss.

   The Group's financial assets comprise trade receivables, other receivables (excluding prepayments) and cash and cash equivalents.

   **Trade and other payables**
   Trade payables are recognised initially at their fair value, net of transaction costs and subsequently measured at amortised costs less settlement payments.

   Other liabilities are recognised initially at their fair value, net of transaction costs and subsequently measured at amortised costs less settlement payments.

10

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

**Notes to the interim financial statements**

**Prior year adjustment**

The financial statements for the year ended June 2023 have been restated to correct for a prior period error. The intangible assets and the retained earnings have both been reduced by £785,000 which represents an intangible asset acquired as part of the historic acquisition of All IPO Plc. This asset had, incorrectly, not been amortised since its acquisition. Note 12 (Group), intangible assets, shows the effect of the restatement on the cost of the website development costs as at 1 July 2022. There is no impact on the basic or diluted earnings per share.

Assets had also been incorrectly allocated between the group companies, and this has been corrected in the Company as shown in note 3. There was no net impact of this on the Company financial statements.

**Adoption of new and amended standards and interpretations.**

The following standards and interpretations apply for the first time to financial reporting periods commencing on or after 1 January 2023:

| New standard or amendment | Effective date (annual periods beginning on or after): |
|---|---|
| IFRS 17 - Insurance Contracts 1 January 2023 | 1st January 2023 |
| Amendments to IFRS 17 - Insurance Contracts; and Extension of the Temporary Exemption from Applying IFRS 9 (Amendments to IFRS 4 Insurance Contracts) | 1st January 2023 |
| Disclosure of Accounting Policies - Amendments to IAS 1 IFRS Practice Statement 2 | 1st January 2023 |
| Definition of Accounting Estimates – Amendments to IAS 8 | 1st January 2023 |
| Deferred Tax related to Assets and Liabilities arising from a Single Transaction – Amendments to IAS 12 | 1st January 2023 |
| International Tax Reform – Pillar Two Model Rules (Amendments to IAS 12) | 1st January 2023 |

None of the standards or amendments which became effective in the year had a significant impact on the company.

**New standard or amendment – issued but not yet effective in the year**

As at 30 June 2024, the following standards and interpretations had been issued but were not mandatory for annual reporting periods ending on 30 June 2024.

| New standard or amendment | Effective date (annual periods beginning on or after): |
|---|---|
| Classification of Liabilities as Current or Non-current – Amendments to IAS 1, Non-current liabilities with Covenants – Amendments to IAS 1 | 1st January 2024 |
| Lease Liability in a Sale and Leaseback – Amendments to IFRS 16 | 1st January 2024 |
| Supplier finance arrangements – Amendments to IAS 7 and IFRS 7 | 1st January 2024 |
| Amendments to IAS 21 to clarify the accounting when there is a lack of exchangeability | 1st January 2025 |
| Classification and Measurement of Financial Instruments (Amendments IFRS 7 and IFRS 9) | 1st January 2026 |
| IFRS 18 Presentation and Disclosure in Financial Statements | 1st January 2027 |
| IFRS 19 Subsidiaries without Public Accountability: Disclosures | 1st January 2027 |

11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 78 of 240 PageID #:322
Page 29 of 132

ADVFN PLC

**Notes to the interim financial statements**

The following IFRS Sustainability standards had been issued but were not mandatory for annual reporting periods ending on 30 June 2024.

| New standard | Effective date (annual periods beginning on or after): |
|---|---|
| IFRS S1: General requirements for disclosure of sustainability-related financial information | 1st January 2024 |
| IFRS S2: Climate-related disclosures | 1st January 2024 |

The company have not early adopted and standards or amendments which are not yet effective.

The Directors continue to monitor developments in the relevant accounting standards but do not believe that these changes will significantly impact the Group.

The interim financial information has not been audited nor has it been reviewed under ISRE 2410 of the Auditing Practices Board. The financial information presented does not constitute statutory accounts as defined by section 434 of the Companies Act 2006. The Group's statutory accounts for the year to 30 June 2024 have been filed with the Registrar of Companies. The auditors, Saffery Champness LLP reported on these accounts and their report was unqualified and did not contain a statement under section 498(2) or Section 498(3) of the Companies Act 2006.

12

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

### 3. Intangible assets

| | Licences | Brands & subscriber lists | Website development costs | Mobile application | Crypto-currencies | Total |
|---|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **Cost or valuation** | | | | | | |
| At 01 July 2024 (restated) | 100 | 1,522 | 2,035 | 10 | 1 | 3,668 |
| Additions | - | - | 199 | - | - | 199 |
| Disposals | - | - | - | - | - | - |
| At 31 December 2024 | 100 | 1,522 | 2,234 | 10 | 1 | 3,867 |
| **Amortisation** | | | | | | |
| At 1 July 2024 (restated) | 100 | 1,522 | 1,725 | 10 | - | 3,357 |
| Charge for the period | - | - | 31 | - | - | 31 |
| Disposals | - | - | - | - | - | - |
| At 31 December 2024 | 100 | 1,522 | 1,756 | 10 | - | 3,388 |
| **Net book value** | | | | | | |
| At 31 December 2024 | - | - | 478 | - | 1 | 479 |
| **Cost or valuation** | | | | | | |
| At 01 July 2023 (restated) | 162 | 2,129 | 1,939 | 10 | 1 | 4,241 |
| Additions | - | - | 40 | - | - | 40 |
| Disposals | - | - | - | - | - | - |
| At 31 December 2023 | 162 | 2,129 | 1,979 | 10 | 1 | 4,281 |
| **Amortisation** | | | | | | |
| At 1 July 2023 (restated) | 162 | 2,129 | 1,722 | 10 | - | 4,023 |
| Charge for the period | - | - | 84 | - | - | 84 |
| Disposals | - | - | - | - | | - |
| At 31 December 2023 | 162 | 2,129 | 1,806 | 10 | - | 4,107 |
| **Net book value** | | | | | | |
| At 31 December 2023 | - | - | 173 | - | 1 | 174 |

13

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 28 of 131

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

ADVFN PLC

**Notes to the financial statements**

3. Intangible assets (continued)

| | Licences | Brands & subscriber lists | Website development costs | Mobile application | Crypto-currencies | Total |
|---|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **Cost or valuation** | | | | | | |
| At 1 July 2023 (as previously stated) | 162 | 2,129 | 2,724 | 10 | 1 | 5,026 |
| Prior year adjustment (note 2) | - | - | (785) | - | - | (785) |
| At 1 July 2023 **as restated** | 162 | 2,129 | 1,939 | 10 | 1 | 4,241 |
| Additions | - | - | 278 | - | - | 278 |
| Disposals | (62) | (607) | (182) | - | - | (851) |
| At 30 June 2024 | 100 | 1,522 | 2,035 | 10 | 1 | 3,668 |
| **Amortisation** | | | | | | |
| At 1 July 2023 | 162 | 2,129 | 1,722 | 10 | - | 4,023 |
| Charge for the year | - | - | 156 | - | - | 156 |
| Disposals | (62) | (607) | (153) | - | - | (822) |
| At 30 June 2024 | 100 | 1,522 | 1,725 | 10 | - | 3,357 |
| **Net book value** | | | | | | |
| **At 30 June 2024** | - | - | 310 | - | 1 | 311 |

The opening balances as at 1 July 2023 have been restated. Details of the restatement can be found in Note 2.

All additions are internally generated by capitalisation of development work on websites and software projects.

The directors are satisfied that no indication of impairment exists in respect of these assets.

14

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 81 of 240 PageID #:325
Page 30 of 131

ADVFN PLC

**Notes to the financial statements**

### 4. Administrative expenses

|  | 6 months to 31 Dec 2024 £'000 | 6 months to 31 Dec 2023 £'000 | 12 months to 30 June 2024 £'000 |
|---|---|---|---|
| Depreciation of property, plant and equipment | 18 | 16 | 49 |
| Amortisation of intangible assets | 31 | 84 | 156 |
| Employee costs | 1,195 | 1,218 | 2,228 |
| Legal & professional | 235 | 127 | 333 |
| Other administrative expenses | 979 | 1,351 | 2,569 |
| Total administrative expenses | 2,458 | 2,796 | 5,335 |

### 5. Loss per share

|  | 6 months to 31 Dec 2024 £'000 | 6 months to 31 Dec 2023 £'000 | 12 months to 30 June 2024 £'000 |
|---|---|---|---|
| Loss for the year attributable to equity shareholders from continuing operations | (453) | (531) | (850) |
| Loss for the year attributable to equity shareholders from total operations | (453) | (531) | (918) |
|  | Shares | Shares | Shares |
| **Number of shares** |  |  |  |
| Number of shares in issue | 46,284,758 | 46,004,758 | 46,284,758 |
| Weighted average number of shares used as the denominator for calculating basic and diluted loss per share | 46,284,758 | 46,004,758 | 46,039,279 |
| Loss per share for the year attributable to equity shareholders from continuing operations: |  |  |  |
| Basic and diluted | (0.98p) | (1.16p) | (1.85p) |
| Total loss per share for the year attributable to equity shareholders: |  |  |  |
| Basic and diluted | (0.98p) | (1.16p) | (1.99p) |

Where a loss has been recorded for the year the diluted loss per share does not differ from the basic loss per share.

Where a profit has been recorded but the average share price for the year remains under the exercise price the existence of options is not normally dilutive. However, whilst the average exercise price of all outstanding options is above the average share price, there are a number of options which are not. Under these circumstances those options where the exercise price is below the average share price are treated as dilutive.

On 16 May 2024, 280,000 shares were issued (note 2).

### 6. Dividends

The directors are not recommending payment of an interim dividend in the current financial year.

### 7. Events after the balance sheet date

There were no relevant events after the balance sheet date.

ENDS

15

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 82 of 240 PageID #:326

**THIS DOCUMENT IS IMPORTANT AND REQUIRES YOUR IMMEDIATE ATTENTION. If you are in any doubt about the contents of this document or the action you should take you should consult a person authorised under the Financial Services Act 1986 who specialises in advising on the acquisition of shares and other securities.**

**Application will be made for the admission of the entire issued share capital of ADVFN.COM PLC to trading on the Alternative Investment Market of the London Stock Exchange ("AIM"). It is expected that dealings in the Ordinary Shares will commence on 20 March 2000.**

**AIM is a market designed primarily for emerging or smaller companies to which a higher investment risk than that associated with established companies tends to be attached. A prospective investor should be aware of the potential risks in investing in such companies and should make the decision to invest only after careful consideration and consultation with their own independent financial adviser. The rules of AIM are less demanding than those of the Official List. It is emphasised that no application is being made for admission of the Ordinary Shares to the Official List. Further, the London Stock Exchange has not itself approved the contents of this document.**

This document, which comprises a Prospectus, has been drawn up in accordance with the Public Offers of Securities Regulations 1995 (the "POS Regulations") and the AIM Rules. A copy of this document has been delivered for registration to the Registrar of Companies in England and Wales in accordance with Regulation 4(2) of the POS Regulations.

To the best of the knowledge and belief of the Directors (who have taken all reasonable care to ensure that such is the case) the information contained in this document is in accordance with the facts and does not omit anything likely to affect the import of such information. The Directors, whose names are set out on page 3, accept responsibility accordingly, including individual and collective responsibility for compliance with the AIM Rules.

**The whole of the text of this document should be read. Your attention is also drawn to the risk factors set out in Part 2 of this document.**

---

# ADVFN.COM PLC

*(Incorporated and registered in England and Wales under the Companies Act 1985 with registered number 2374988)*

### Placing of 40,000,000 Ordinary Shares at 10p per share

### and

### Admission to trading on the Alternative Investment Market

| Nominated Adviser | Nominated Broker |
|---|---|
| **Grant Thornton** | **Insinger Townsley** |

---

### Share capital immediately following the Placing

| Authorised | | | Issued | |
|---|---|---|---|---|
| *Number* | *£* | | *Number* | *£* |
| **500,000,000** | **5,000,000** | ordinary shares of 1p each | **250,000,000** | **2,500,000** |

---

Grant Thornton, which is regulated by the Institute of Chartered Accountants in England and Wales, is the Company's Nominated Adviser for the purposes of the AIM Rules. Its responsibilities as the Company's Nominated Adviser under the AIM Rules are owed solely to the London Stock Exchange and are not owed to the Company or any Director. Grant Thornton will not be responsible to anyone other than the Company for providing the protections afforded to clients of Grant Thornton or for advising any other person on the Placing and the transactions and arrangements described in this document.

Insinger Townsley, which is regulated by The Securities and Futures Authority Limited and is a member of the London Stock Exchange, is acting exclusively for the Company in connection with the Placing. Insinger Townsley will not be responsible to anyone other than the Company for providing the protections afforded to clients of Insinger Townsley or for advising any other person on the Placing and the transactions and arrangements described in this document.

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 32 of 132

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 83 of 240 PageID #:327

# CONTENTS

|  |  | *Page* |
|---|---|---|
| **DIRECTORS, SECRETARY AND ADVISERS** | | 3 |
| **DEFINITIONS** | | 4 |
| **EXPECTED TIMETABLE** | | 5 |
| **PLACING STATISTICS** | | 5 |
| **PART 1** | **LETTER FROM THE CHAIRMAN OF ON-LINE PLC** | 6 |
| **PART 2** | **INFORMATION ON ADVFN.COM PLC** | 9 |
| | Introduction | 9 |
| | ADVFN | 9 |
| | Business mission | 10 |
| | The 2C technology | 10 |
| | The market for 2C | 12 |
| | Strategy and prospects | 13 |
| | Current trading | 13 |
| | The Internet market | 13 |
| | Wireless Application Protocol | 13 |
| | Proprietary rights, domain names, copyright and other intellectual property rights | 13 |
| | Directors | 14 |
| | Use of proceeds of the Placing | 15 |
| | Dealing restrictions | 15 |
| | Dividend policy | 15 |
| | Corporate governance | 15 |
| | CREST | 15 |
| | Risk factors | 16 |
| **PART 3** | **ACCOUNTANTS' REPORT ON ADVFN.COM PLC** | 18 |
| **PART 4** | **ADDITIONAL INFORMATION** | 29 |

2

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 84 of 240 PageID #:328
Page 83 of 132

## DIRECTORS, SECRETARY AND ADVISERS

| | |
|---|---|
| **Directors** | Michael John Hodges (*Chairman*)<br>Michael John Boydell (*Managing Director*)<br>David John Crump (*Finance Director*)<br>Clement Hadrian Chambers (*Marketing Director*)<br>Jonathan Bruce Mullins (*Development Director*)<br>Martin Anthony Talks (*Legal Director*)<br>Philip David Thacker (*Non-executive Director*)<br>Luke Oliver Johnson (*Non-executive Director*)<br><br>all of Crown House, Linton Road, Barking, Essex IG11 8HJ |
| **Company Secretary and Registered Office** | David John Crump ACA<br>Crown House<br>Linton Road<br>Barking<br>Essex IG11 8HJ |
| **Nominated Adviser** | Grant Thornton<br>Grant Thornton House<br>Melton Street<br>Euston Square<br>London NW1 2EP |
| **Nominated Broker** | Insinger Townsley<br>44 Worship Street<br>London EC2A 2JT |
| **Auditors and Reporting Accountants** | Grant Thornton<br>Lees House<br>21 Dyke Road<br>Brighton BN1 3GD |
| **Solicitors to the Company** | Hobson Audley<br>7 Pilgrim Street<br>London EC4V 6LB |
| **Solicitors to the Placing** | Berwin Leighton<br>Adelaide House<br>London Bridge<br>London EC4R 9HA |
| **Registrars** | IRG plc<br>Balfour House<br>390/398 High Road<br>Ilford<br>Essex IG1 1NQ |

3

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

# DEFINITIONS

The following definitions apply throughout this document unless the context requires otherwise

| | |
|---|---|
| "Act" | the Companies Acts 1985 to 1989 |
| "Admission" | admission becoming effective of the entire issued ordinary share capital of the Company (including the New Ordinary Shares) to trading on AIM |
| "ADVFN" | www.advfn.com, the Company's website |
| "AIM Rules" | the rules of AIM contained in Chapter 16 of the rules of the London Stock Exchange |
| "AIM" | the Alternative Investment Market of the London Stock Exchange |
| "Company" or "ADVFN.COM" | ADVFN.COM PLC, formerly On Line Entertainment Limited |
| "CREST" | the computerised settlement system which facilitates the transfer of title of shares in uncertificated form, operated by CRESTCo Limited |
| "Directors" or "Board" | the directors of the Company, whose names are set out on page 3 |
| "Insinger Townsley" | a division of Insinger de Beaufort (an unlimited company, which is a subsidiary of Bank Insinger de Beaufort N.V.) which is regulated by The Securities and Futures Authority Limited |
| "Issue Price" | 10p per New Ordinary Share |
| "London Stock Exchange" | London Stock Exchange Limited |
| "New Ordinary Shares" | the 40,000,000 new Ordinary Shares to be issued pursuant to the Placing |
| "On-line" | On-line PLC |
| "Ordinary Shares" | ordinary shares of 1p each in the capital of the Company |
| "Placing Agreement" | the conditional agreement dated 10 March 2000 between Insinger Townsley, Grant Thornton, the Company, the Directors and On-line relating to the Placing, details of which are set out in paragraph 5(a) of Part 4 |
| "Placing" | the conditional placing by Insinger Townsley, as agent for the Company, of the New Ordinary Shares |
| "POS Regulations" | the Public Offers of Securities Regulations 1995 |
| "UK" | United Kingdom of Great Britain and Northern Ireland |
| "WAP" | wireless application protocol, a universal open standard for providing Internet content and advanced services to mobile phones and other wireless devices |

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 34 of 131

## EXPECTED TIMETABLE

| | |
|---|---|
| Admission and dealings commence in the Ordinary Shares | 8.00 am on 20 March 2000 |
| Despatch of definitive share certificates for the Ordinary Shares and CREST member accounts credited with Ordinary Shares (where applicable) | by 23 March 2000 |

## PLACING STATISTICS

| | |
|---|---|
| Issue Price | 10p |
| Number of Ordinary Shares in issue following Admission | 250,000,000 |
| Market capitalisation at the Issue Price | £25,000,000 |
| Number of New Ordinary Shares subject to the Placing | 40,000,000 |
| The New Ordinary Shares as a percentage of the enlarged share capital | 16 per cent. |
| Net proceeds of the Placing receivable by the Company | £3,625,000 |

CERTIFIED COPY - Attleboro County Circuit Clerk - MOTION - STRIKE - 06/02/2025 12:31:38 PM - 2025MR000097 - Transaction 1024797

# PART 1

## LETTER FROM THE CHAIRMAN OF ON-LINE PLC



*Directors*
Michael Hodges (*Chairman*)
Clement Chambers (*Marketing Director*)
David Crump (*Finance Director*)
Jonathan Mullins (*Development Director*)
Andrew Hewson (*Publishing Director*)
Philip Thacker (*Non-executive Director*)
Geoff Young (*Non-executive Director*)

10 March 2000

Dear Shareholder

### Admission to AIM of ADVFN.COM PLC (formerly On Line Entertainment Limited) and Placing to raise £3,625,000 net of expenses

#### Introduction

On-line announced on 3 March 2000 the proposed admission to AIM of its subsidiary ADVFN.COM PLC, formerly On Line Entertainment Limited, together with the terms of a Placing to raise £3,625,000 net of expenses for ADVFN.COM. On-line owns 90.5 per cent. of the issued share capital of ADVFN.COM.

The purpose of this document is to describe the proposals to you in further detail.

#### Business development strategy and reasons for the Placing

On-line, which began trading on AIM in December 1996, was one of the first internet companies to be floated on AIM. At that stage, On-line's business was focused on the development of internet and CD-ROM based computer games. Whilst this has continued with the recent release of GiantKillers, On-line has, over the past nine months, also carried out development work on ADVFN.

ADVFN is an acronym for Advanced Financial Network. The website www.advfn.com was built, designed and developed by a team of programmers at On-line following requests from a group of private investors to create a new kind of investor community on the Internet, being one driven by the user. ADVFN provides a combination of free and premium services which include:

- Real-time or delayed share information direct from the London Stock Exchange

- a Bulletin Board which has received positive press coverage from both Investors Chronicle and the Financial Times

- User Configurable Alerts which notify subscribers by e-mail when stock prices change

- Comprehensive fundamental data on UK companies from Hemmington Scott Limited

- Stock monitor pages

- Fast quotes – real time prices on individual shares

---

**On-line PLC** Crown House, Linton Road, Barking, Essex, IG11 8HJ  Tel: +44(0)20 8591 1125  Fax: +44(0)20 8591 0110
**Internet:** http://www.on-line.co.uk  VAT No. 685 1637 08

On-line PLC is a company registered in England & Wales: Registered Number 3203042 Registered Office: Crown House  Linton Rd  Barking  Essex IG11 8HJ

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 36 of 131

- Top Lists – lists of the top 30 stocks in a number of categories, including percentage rises and falls, volume and price changes

- Regulatory News Service

- Portfolios – information on share portfolios created by the user

- Charts – for example, historical share prices displayed in graph form

- 'Metatrade' market monitor service – a graph which plots the relationship between overall market activity and price volatility

- Real time individual trade reports

In addition, On-line has developed a technology called 2C which will be available through the www.advfn.com website and through Quote.com for use with UK and US stock prices. 2C, which can be seen at www.2c2c.com, is a three-dimensional data visualisation tool allowing a user to analyse graphically stock data, to compare stocks using numerous variables and to spot trends within large groups of stocks.

On-line is primarily a computer games company, and the directors of On-line believe that computer games and the financial products of ADVFN.COM do not have any synergy. For this reason the directors of On-line wish to enhance shareholder value by taking ADVFN.COM public as a separate entity, thus allowing the market fully to value this opportunity and also enabling ADVFN.COM to raise further funds to finance its future development.

## Recent group restructuring

ADVFN.COM was the wholly owned subsidiary of On-line which carried out various trading activities, including both the games development and publishing and the development work on ADVFN. Pursuant to certain agreements (details of which are contained in paragraphs 5(b) and 5(c) of Part 4) all assets and liabilities which did not relate directly to ADVFN were transferred from ADVFN.COM to On-line and certain contracts relating to ADVFN were transferred from On-line to ADVFN.COM. On 25 February 2000, GlobalNet Financial.com, Inc. and NewMedia SPARK Plc, were each allotted 100 ordinary shares of £1 each at an aggregate subscription price of £1,000,000 representing an aggregate 9.5 per cent. holding in ADVFN.COM (prior to the Placing).

On 29 February 2000 each of the ordinary shares of £1 each in ADVFN.COM was subdivided into 100 Ordinary Shares and a bonus issue was effected on the basis of 999 Ordinary Shares for every one Ordinary Share then held. On 25 February 2000 the Company changed its name to ADVFN.COM Limited. In addition, on 2 March 2000 ADVFN.COM reregistered as a public limited company with the name ADVFN.COM PLC.

ADVFN.COM now proposes to issue the New Ordinary Shares by way of the Placing. Following the Placing, On-line will retain 76 per cent. of ADVFN.COM.

## Information about the Placing

The proceeds of the Placing are expected to amount to approximately £3,625,000, net of expenses. The Placing of the New Ordinary Shares has been fully underwritten by Insinger Townsley.

Insinger Townsley has entered into the Placing Agreement with, *inter alia*, ADVFN.COM whereby it has conditionally agreed to place the New Ordinary Shares at the Issue Price. Details of the Placing Agreement are set out in paragraph 5(a) of Part 4 of this document.

## Marketability of Ordinary Shares

It is intended that an application will be made for the entire issued share capital of ADVFN.COM, including the New Ordinary Shares, to be admitted to trading on AIM. It is expected that Admission will become effective and that dealings will commence on 20 March 2000.

AIM is intended to give greater exposure to emerging or smaller companies wishing to have their shares traded. Shares of companies admitted to AIM are traded on a segment of the enhanced version of the Stock

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Exchange Alternative Trading Services, SEATS PLUS, which enables buyers and sellers to trade with each other through the London Stock Exchange's trading system.

**Further information**

Your attention is drawn to Parts 2 to 4 of this document which contain further information in relation to the Placing and ADVFN.COM.

Yours faithfully

MICHAEL HODGES
*Chairman*

## PART 2

## INFORMATION ON ADVFN.COM PLC



### Introduction

ADVFN.COM operates a financial website which provides up-to-date financial information for investors. In addition, it has developed a technology, known as "2C", which has the ability to present data by way of three-dimensional images.

### ADVFN

ADVFN, the Advanced Financial Network, is a web site specifically designed for people interested in UK stocks and shares. In June 1999, a group of private investors asked the On-line directors to create a new kind of investment community – one driven by the user. ADVFN was developed to create a site providing up-to-date financial information for investors to make informed investment decisions in connection with UK stock markets.

The ADVFN web site features:

- Real-time or delayed share information direct from the London Stock Exchange
- a Bulletin Board which has received positive press coverage from both Investors Chronicle and the Financial Times
- User Configurable Alerts which notify subscribers by e-mail when stock prices change
- Comprehensive fundamental data on UK companies from Hemmington Scott Limited
- Stock monitor pages
- Fast quotes – real time prices on individual shares
- Top Lists – lists of the top 30 stocks in a number of categories, including percentage rises and falls, volume and price changes
- Regulatory News Service
- Portfolios – information on share portfolios created by the user
- Charts – for example, historical share prices displayed in graph form
- 'Metatrade' market monitor service – a graph which plots the relationship between overall market activity and price volatility
- Real time individual trade reports

ADVFN.COM's mission is to provide investors with tools, information and a Bulletin Board. The tools provided are intended to be powerful and easy to use. Ultimately investors' profits are derived from being better informed and tools are one way to give investors the means to make a better choice.

The information provided by ADVFN.COM is designed to be accurate and up to date. The value of information declines as time passes, therefore, ADVFN.COM seeks to provide up-to-date information. Certain data, for example share price information, is delivered directly from the London Stock Exchange rather than through an intermediary, which reduces the risk of any time delay.

The Bulletin Board will allow users to engage in open debate. The ADVFN Bulletin Board is software running on the ADVFN website. Users can swap ideas and messages and the Bulletin Board is a forum for user interaction. The Directors believe that it is also a "lock in mechanism" which will serve to increase user loyalty because the greater the traffic on the Bulletin Board the more interesting and compelling it becomes.

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 91 of 240 PageID #:335
Page 90 of 132

**Business mission**

The Company will through ADVFN seek to continue to foster an active community of users by providing them with information which is up-to-date and relevant and by giving them an opportunity to communicate and interact with each other. Income will be generated from both advertising revenue and subscription revenue. The Directors believe that advertising support will enable the Company to provide access to ADVFN at no cost to users. Premium subscription services are also being offered as an additional source of revenue and as a way of attracting a high quality customer base. The subscription services have proved significantly more popular than the Directors expected.

The Directors believe that ADVFN has already established itself as a leading destination for private investors in the UK. The magazine Investors Chronicle said "If you want to choose just one service to pay for, this could be it." *Investors Chronicle 28 January 2000*

The Directors believe that ADVFN can compete with other financial websites because it has built an enthusiastic community centered around a Bulletin Board community.

The Financial Times said the Company has a "premium bulletin board clearly populated by some well-informed investors." *The Financial Times 15 January 2000*

ADVFN has already established an active Bulletin Board in the UK with advertising impressions on the site running at approximately 2.5 million per month from a user base (at 24 February 2000) of 7,482 users. This traffic rate is up 750 per cent. from approximately 333,000 advertising impressions in December 1999.

The Directors believe that the majority of ADVFN users are likely to be share owning individuals and ADVFN has an opportunity to act as an intermediary between its users and other interested parties who may wish to address them, including financial service companies. The Directors believe that in due course ADVFN should be able to command a premium for the provision of this service.

**The 2C technology**



Development of 2C was commenced in late 1998. 2C is a technology which has been developed in-house at On-line. It can be seen at www.2c2c.com.

2C is a data visualisation product, forming the heart of a powerful new type of application. It has the ability to harness a large quantity of data and present it by way of three-dimensional images. Initially it has been developed using stock market data and is to be showcased through the ADVFN website.

The Directors believe that the 2C technology will also prove useful to other information providers and the Company is currently in discussions with GlobalNet Financial.com Inc. (NASDAQ:GLBN), Lycos through Quote.com and Hemmington Scott Limited with a view to forming strategic relationships.

Peter Bernstein, economist and author of the best-selling financial history 'Against the Gods: The remarkable story of risk', said of 2C: "This program is an ingenious and original stock-picking tool, especially for those seeking outliers and anomalies in the market. Properly applied, it also leads to portfolio optimisation decisions."

The Directors believe that the volume of information currently available to investors is potentially overwhelming and 2C addresses this problem directly by graphically presenting the data to enable easier interpretation. For example, the American Internet magazine Wired has used images generated by 2C to illustrate its share indices and the USA markets.

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Set out below are examples of the types of image produced by 2C.



*Universe of information*

Each sphere represents a share. The Universe graphically represents certain fundamental data about each share (such as market capitalisation, PE ratios, gross margin etc.).

In this screenshot, the clockwise angle around the 'Sun' is the gross margin of each share. Starting at the blue line (at 10 o'clock) with a zero gross margin going up to the red line (at 8 o'clock) with a gross margin of 100 per cent., the more red a share is the higher its gross margin.

The distance of each sphere from the 'Sun' represents the revenue per employee for each company. Each concentric ring represents approximately $70,000/employee.

To give an example: Microsoft is the largest sphere at the bottom of the picture, and it lies between the 9th and 10th rings, indicating revenue per employee of approximately 9 to 10 times $70,000 (being $630,000-$700,000).

The size of the sphere relates to its market capitalisation. A sphere with twice the diameter of another has ten times the market capitalisation value of the smaller. The graphic indicates that Yahoo (the share to the right of Microsoft) has in the region of a tenth of Microsoft's market capitalisation.

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 41 of 131



*A new slant on charting*

The above image shows the change (as a percentage) of a set of indices and shares over 1999.

The indices are:

| | |
|---|---|
| A selection of Technology shares | (indicated in green) |
| A selection of Non-Technology shares | (indicated in red) |
| The Guinness Flight Wired Index | (indicated in cyan) |

The individual shares are:

Microsoft and Intel corp.                    (indicated in orange and yellow)

At the beginning of the year, each of these element's values are set to 100 per cent. From then on the graph charts the increase or decrease of that element as a percentage of that start value. This allows a user to measure the performance of a given share against the performance of an index. On the right of the graph, the end-of-year values are shown.

For example, the shares in the Tech selection of shares increased by an average of 127.5 per cent.

**The market for 2C**

The Directors believe there will be a market for the Company's 2C technology amongst both retail and professional investors.

There are currently a number of high profile financial websites. 2C is a powerful tool and a number of third parties, including Quote.com and UK-invest, have expressed interest in utilising 2C for their websites.

The Company is also in discussions with various parties to position 2C in the derivatives and options market and onto 'trading floors'. In addition, 2C can be used to visualise other kinds of data and the Company will look to broaden its application to the visualisation of other kinds of databases in the future.

12

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

## Strategy and prospects

The Directors intend to establish ADVFN.COM as the operator of a leading independent community of UK private investors. The Directors believe that they can capture a wider user base with an investment of £2-3 million which they believe will in turn increase advertising and subscription revenue.

It is anticipated that the increase in the size of the user base will increase the value of the Company and will make the site more attractive to financial institutions wishing to address an internet audience. The Directors also intend to licence the 2C software in order to generate a future income stream.

## Current trading

The financial information shown in Part 3 of this document gives the historical trading record of ADVFN.COM for the three accounting periods ended 30 June 1999. As described elsewhere in this document, all assets and liabilities which did not relate directly to ADVFN have, after this date, been transferred from ADVFN.COM to On-line.

The financial information shown in Part 3 relates predominantly to the computer games activities of On-line and is therefore not directly relevant to the business which is being floated. Since 30 June 1999 the business of ADVFN itself has generated minimal revenue, as the website only became active to any significant extent in December 1999.

## The Internet market

International Data Corporation ("IDC") estimates that Worldwide Web users in Western Europe will grow from approximately 41 million in 1998 to approximately 136 million by the end of 2002. During the same period, IDC forecasts that UK Worldwide Web users will grow from 9 million at the end of 1998 to 23 million by 2002 representing an increase from 15 per cent. to 38 per cent. of users as a share of the entire population.

Forrester Research, in a report dated November 1998, projects that the number of Europeans using online financial services will increase from approximately 0.8 million at the end of 1998 to approximately 9.9 million at the end of 2002 with the number of online users in the UK expected to increase from approximately 0.1 million at the end of 1998 to approximately 1.2 million at the end of 2002.

## Wireless Application Protocol

The increase in persons accessing the Internet through wireless devices, such as the mobile phone, will be a natural extension of the fixed-line Internet. WAP is the new standard that allows many wireless devices to access and interact with information and services on the Internet. There has been an explosive growth of mobile phone ownership in Europe and it is predicted that WAP will soon penetrate this growing market. The Directors intend to expand their service in order for it to be accessed by WAP enabled technology. By doing so the Directors believe they will:

- Increase brand loyalty

- Open new customer channels

- Differentiate the service from competitors

- Increase the reach of the service

- Create additional cross-selling opportunities

- Generate new revenue streams

The opportunities to enhance further the ADVFN WAP service will be afforded as higher speed Internet access is available from WAP enabled mobile devices.

## Proprietary rights, domain names, copyright and other intellectual property rights

The Company relies on a combination of copyright, domain name registration and contractual restrictions to establish and protect the Company's technology and proprietary rights and information. The Company is a party to a number of software licences with third parties that allow the Company to use their software in

providing and maintaining the Company's services. The Company intends to maintain or negotiate renewals of existing software licences and authorisations and procure other licences, as appropriate, in the future.

The Company has registered the following domain names:
www.advfn.com
www.advfn.co.uk
www.advfn.org
www.2c2c.com
www.2c2c.net
www.2seemore.com

The Company is in the process of applying to register "ADVFN" and "2C" as Community Trademarks in the E.U.

### Directors

*Michael Hodges, Chairman, aged 37*

Michael Hodges has 16 years experience in consumer software. He has worked with multi-user and Internet projects for the last eleven years. He founded On-line and took it public in 1996. He is currently Chairman and CEO of On-line.

*Michael Boydell, Managing Director, aged 43*

Michael Boydell has had considerable management experience. He has worked for a wide range of companies including Thorn Plc, National Nederlande B.V. and as a director of Hamptons PLC where he was involved in running a team of 147 people across 28 offices. He has a significant profile amongst Internet investors and the professional market having gained investment experience as a consultant with Merrill Lynch. He is also currently a consultant to a number of other companies, including On-line, which he has been advising on its financial Internet ventures.

*David Crump, Finance Director, aged 44*

David Crump trained as a Chartered Accountant with Touche Ross qualifying in 1978. Since then he has gained a broad range of experience in entertainment, media and IT businesses, including the flotation of SCI Entertainment Group during his 4 years as Finance Director, and more recently as Finance Director of On-line which he joined during 1998.

*Clement Chambers, Marketing Director, aged 36*

Co-founder of On-line, Clement Chambers has been involved in the consumer software industry for 18 years, primarily as a publisher of computer games entertainment software. Whilst at On-line he has been responsible for the marketing and business development and has helped build On-line into the company that it is today. He is also co-inventor of 2C and has been the driving force behind the establishment of ADVFN.

*Jonathan Mullins, Development Director, aged 29*

Jonathan Mullins has a degree in computer science from the University of East Anglia. He has been developing on-line services, products and infrastructure for over six years. Currently Technical Director of On-line he has been responsible for the construction of the ADVFN.COM website and for the co-invention of 2C.

*Martin Talks, Legal Director, aged 34*

Martin Talks trained as a solicitor with Freshfields, qualifying in 1993. Since then he has worked in private practice, then as Head of Legal Worldwide for Odebrecht Oil and Gas Services Limited and most recently as Corporate Counsel for The Dialog Corporation plc, where he was responsible for all legal matters outside the USA. The Dialog Corporation plc is one of the world's largest providers of online information and a pioneer in the fast growing knowledge management industry.

*Philip Thacker, Non-executive Director, aged 38*

Philip Thacker was director of Japanese business at The Dialog Corporation from 1995 to 2000. Whilst at Dialog, Philip Thacker achieved a £15 million technology and software licensing agreement with Fujitsu; Japan's largest computer maker. Also, since 1997 Philip Thacker was an adviser at the British Trade International (The Department of Trade and Industry (DTI)) "Action Japan" campaign on UK exports of software, telecoms and high technology products to Japan. In early 2000 this advisory role at the Department of Trade and Industry was expanded to cover the entire Asia Pacific Region. Prior to joining Dialog, Philip Thacker spent 6 years with one of Japan's largest commercial banks conducting cross-border mergers and acquisitions.

*Luke Johnson, Non-executive Director, aged 38*

Luke Johnson is the non-executive chairman of Belgo Group plc and the co-manager of Intrinsic Value PLC, a listed investment trust. He worked as a stockbroking analyst at Kleinwort Benson Securities from 1984 to 1988, and has subsequently served as a director of a number of public companies. He served variously as an executive director, chairman and non-executive director of PizzaExpress PLC from 1993 until 1999. He was involved in the flotation and subsequent sale of various public companies, including American Port Services plc, Abacus Recruitment plc and My Kinda Town plc. He was a founder and serves as a non-executive director of NewMedia SPARK plc and is also a non-executive director of Lionheart PLC.

**Use of proceeds of the Placing**

The proceeds are intended to be utilised for general working capital including the marketing and advertising spend required to build the Company's subscription base and implement the business strategy as set out in this document.

**Dealing restrictions**

On Admission, the Directors of ADVFN.COM will be interested in an aggregate of 3,020,000 Ordinary Shares representing 1.2 per cent. of the issued share capital of the Company. Details of these shareholdings are set out in paragraph 3(a) of Part 4 of this document. On-line will hold 190,000,000 Ordinary Shares representing 76 per cent. of the issued share capital on Admission.

The Directors, on behalf of themselves, their families and others deemed to be connected with them (including On-line), have undertaken to Insinger Townsley not to dispose of such interests (except in certain limited circumstances) for a period of 12 months following Admission and for a further period of 12 months on an orderly market basis through Insinger Townsley without the prior written consent of Insinger Townsley, such consent not to be unreasonably withheld or delayed. GlobalNet Financial.com Inc. and NewMedia SPARK plc, both of which each hold 10,000,000 Ordinary Shares, have also undertaken not to dispose of such shares prior to 1 October 2000.

**Dividend policy**

The Company intends to pursue a dividend policy which reflects the Company's profitability subject to the funds required to be retained to finance future growth.

**Corporate governance**

The Company has appointed an audit committee comprising Luke Johnson and David Crump and a remuneration committee comprising Luke Johnson and Michael Hodges, both committees with formally delegated duties and responsibilities.

The Company has adopted the Model Code for Directors' dealings applicable to AIM companies and will take all reasonable steps to ensure compliance by the Directors and any relevant employee.

**CREST**

The Directors have applied for the Ordinary Shares to be admitted to CREST. Accordingly, settlement of transactions in the New Ordinary Shares following Admission may take place within the CREST system if the relevant shareholders so wish.

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 46 of 131

CREST is a voluntary system and holders of Ordinary Shares who wish to receive and retain share certificates will be able to do so.

**Risk factors**

**In addition to the other relevant information set out in this document, the following specific factors should be considered carefully in evaluating whether to make an investment in the Company. The investment offered in this document may not be suitable for all of its recipients. If you are in any doubt about the action you should take, you should consult a person authorised under the Financial Services Act 1986 who specialises in advising on the acquisition of shares and other securities.**

There are various risk and other factors associated with an investment of the type described in this document. In particular:

1. The Company has not yet generated any significant revenue. It is expected that the Company will incur future losses as it expends its resources on marketing, administration and development of its services. The Company cannot assure investors that it will achieve or sustain profitability.

2. Certain of the Company's competitors have significantly greater financial, technical and marketing resources than the Company. In addition, a number of new and potential entrants in the Internet segment of the financial services industry have long operating histories and very broad name recognition. These competitors may engage in more extensive research and development, undertake more far reaching marketing campaigns, adopt more aggressive pricing policies and make more attractive offers to existing and potential employees, outside contributors, companies with which the Company has strategic relationships and advertisers.

3. The Company's competitors may develop content that is equal or superior to the Company's or that achieves greater market acceptance than the Company's or that provides a more comprehensive portfolio of services than the Company does. It is also possible that new competitors may emerge and rapidly acquire significant market share. Increased competition could result in price reductions, reduced margins or loss of market share, any of which could materially adversely affect the Company's business, results of operations and financial condition.

4. The Company is vulnerable to disasters and system failures, both internally and at third-party providers, which may disrupt its service, damage its reputation, result in it losing users or require it to make compensation payments.

5. The Company depends on third parties to provide it with news and information content for its website, database software and telecommunications capability in order to deliver the Company's services. If third parties fail to perform or terminate agreements with the Company, it may lose users or be unable to provide its service through no fault of its own.

6. Because the Company conducts transactions on the Internet, the continued growth of Internet usage and the viability of the Internet as a commercial marketplace is important to the growth of the Company's business.

7. The market for Internet advertising is uncertain and the Company's advertising revenue may decrease. In addition, the widespread adoption of software that blocks online advertising may reduce the Company's advertising revenue.

8. Because the Company's advertising revenues are highly dependent on its ability to generate specified levels of page impressions, these revenues would be adversely affected if the Company failed to maintain the required number of page impressions.

9. The Company depends on its key executives and personnel. Loss of their services would adversely affect the Company's growth and operations.

10. Changing government regulation and legal uncertainties could add additional unexpected legal and regulatory compliance costs to carrying on the Company's business on the Internet.

11. The Company may have to defend itself against litigation or other actions arising from the misuse of the ADVFN website, which could adversely affect the Company's reputation and operations through no fault of its own.

12. The financial services regulatory regime in the UK and other jurisdictions is currently being reviewed and new legislation is expected to be adopted. It is possible that some or all of the activities currently

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 46 of 131

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

undertaken by the Company may become subject to regulation or increased regulation. This may in turn adversely impair the Company's ability to offer all or some of its products and to generate revenues.

13. The Company relies on existing software licences and authorisations from third parties to provide and maintain its services. If the Company cannot renew or obtain other licences, it could materially adversely affect the Company's business and financial condition.

14. Failure of computer systems and software products to be Year 2000 compliant could impact the Company's business negatively.

15. The market perception of securities related to the Internet may change and, accordingly, the value of the Ordinary Shares and of any investments made by the Company may decline.

**Although the Directors will seek to minimise the impact of the above risk factors, investment in the Company should only be made by investors able to sustain the loss of their entire investment.**

# PART 3

## ACCOUNTANTS' REPORT ON ADVFN.COM PLC

**Chartered Accountants**
The UK Member Firm of
Grant Thornton International

# Grant Thornton 🍇

Lees House
21 Dyke Road
Brighton
East Sussex BN1 3GD

The Directors
ADVFN.COM PLC
Crown House
Linton Road
Barking
Essex IG11 8HJ

and

Insinger Townsley
44 Worship Street
London EC2A 2JT

and

Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

10 March 2000

## ADVFN.COM PLC ("the Company")

**1. Introduction**

1.1 We report on the financial information set out in paragraphs 3 to 8. This financial information has been prepared for inclusion in the prospectus dated 10 March 2000 of ADVFN.COM PLC.

*Basis of preparation*

1.2 The financial information set out in paragraphs 3 to 8 below is based on the audited financial statements of On Line Entertainment Limited for the three accounting periods ended 30 June 1999 to which no adjustments were considered necessary other than inclusion of the cash flow statements and earnings/(loss) per share calculations. As explained in more detail in paragraph 2.2 below, On Line Entertainment Limited has been re-registered as ADVFN.COM PLC.

*Responsibility*

1.3 Such financial statements are the responsibility of the directors of the Company who approved their issue.

1.4 The directors of the Company are responsible for the contents of the prospectus dated 10 March 2000 in which this report is included.

1.5 It is our responsibility to compile the financial information set out in our report from the financial statements, to form an opinion on the financial information and to report our opinion to you.

*Basis of opinion*

1.6 We conducted our work in accordance with the Statements of Investment Circular Reporting Standards issued by the Auditing Practices Board. Our work included an assessment of evidence relevant to the amounts and disclosures in the financial information. The evidence included that previously obtained by us relating to the audit of the financial statements underlying the financial information. It also included an assessment of significant estimates and judgements made by those responsible for the preparation of the financial statements underlying the financial information and whether the

18

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 100 of 240 PageID #:344

accounting policies are appropriate to the entity's circumstances, consistently applied and adequately disclosed.

1.7 We planned and performed our work so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial information is free from material misstatement whether caused by fraud or other irregularity or error.

*Opinion*

1.8 In our opinion the financial information gives, for the purposes of the prospectus dated 10 March 2000, a true and fair view of the results and cash flows of the Company for the 18 month period ended 30 June 1997, year ended 30 June 1998 and year ended 30 June 1999 and the state of affairs of the Company at the end of each of those periods.

*Consent*

1.9 We consent to the inclusion in the prospectus dated 10 March 2000 of this report and accept responsibility for this report for the purposes of paragraph 45(1)(b)(iii) of Schedule 1 to the Public Offers of Securities Regulations 1995.

## 2. Statutory Information

2.1 The Company was incorporated as On Line Entertainment Limited on 24 April 1989, under company registration number 2374988. 1,668 ordinary shares of £1 each had been issued up to 30 June 1999.

2.2 Since 30 June 1999 the following changes have occurred:

(a) The undertaking and assets of the Company, other than the ADVFN business, were transferred to On-line PLC with effect from 31 December 1999 for a consideration of £750,000.

On 25 February 2000 the Company changed its name to ADVFN.COM Limited.

On 25 February 2000 the authorised share capital of the Company was increased to £5,000,000.

On 25 February 2000 On-line PLC subscribed for an additional 232 ordinary £1 shares at par.

On 25 February 2000 GlobalNet Financial.com Inc. and NewMedia SPARK plc each subscribed for 100 ordinary shares of £1 each at £5,000 per share.

On 29 February 2000 each £1 ordinary share was subdivided into 100 1p ordinary shares and the Company effected a 999 for 1 bonus issue to be made by applying £2,097,900 from the share premium account.

On 2 March 2000 the Company re-registered as a public company with the name ADVFN.COM PLC.

Further details of the Placing are set out in Part 1 of the Prospectus.

(b) As noted above, the former activities of the Company reported upon in sections 3 to 8 below have been transferred to On-line PLC with effect from 31 December 1999. The balance sheet of the Company immediately after the transfer of assets at 31 December 1999 is:

|  | £ | £ |
|---|---|---|
| Intangible fixed assets |  |  |
| Development costs |  | 568,096 |
| Current assets |  |  |
| Cash at bank | 20,462 |  |
| Creditors: amounts falling due within one year |  |  |
| Amount due to parent undertaking | (496,916) |  |
| Net current liabilities |  | (476,454) |
| Total assets less current liabilities |  | 91,642 |
| Share capital |  | 1,668 |
| Share premium account |  | 47,074 |
| Profit and loss account |  | 42,900 |
| Shareholders' funds |  | 91,642 |

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/40/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 50 of 132

### 3. Accounting policies

The accounting policies adopted by the Company are as follows:

*Basis of preparation*

The financial statements are prepared in accordance with applicable Accounting Standards and under the historical cost convention.

The principal accounting policies of the Company, which are set out below, have remained unchanged from those adopted throughout the three accounting periods ended 30 June 1999, except that:

(a) The policies on leasehold improvements and pension costs only became relevant with effect from the year ended 30 June 1998.

(b) The policy for foreign currencies only became relevant in the year ended 30 June 1999.

(c) The rate of amortisation of development costs for the period ended 30 June 1997 was in part dependent on future expected sales, as described in the policy below.

(d) There was a policy in respect of attributable profit on long term projects mentioned in the periods ended 30 June 1997 and 30 June 1998, although in practice the Company did not enter into relevant contracts during the periods.

*Turnover*

Turnover is the total amount receivable by the Company for goods supplied and services provided, excluding VAT.

*Depreciation*

Depreciation is calculated so as to write down the cost of tangible fixed assets, less their estimated residual values, on a straight line basis over their expected useful economic lives at the following annual rates:

| | |
|---|---|
| Leasehold improvements | 33% |
| Computer equipment | 33% |
| Motor vehicles | 33% |
| Office equipment | 20% |

*Stocks*

Stocks are stated at the lower of cost and net realisable value.

*Deferred tax*

Deferred tax is provided for using the tax rates estimated to arise when the timing differences reverse and is accounted for to the extent that it is probable that a liability or asset will crystallise. Unprovided deferred tax is disclosed as a contingent liability.

*Leased assets*

Assets held under finance leases are capitalised in the balance sheet and depreciated over their expected useful lives. The interest element of leasing payments represents a constant proportion of the capital balance outstanding and is charged to the profit and loss account over the period of the lease.

All other leases are regarded as operating leases and the payments made under them are charged to the profit and loss account when the liability arises.

*Pension costs*

Pension costs in respect of defined contribution schemes are charged against profits in the year in which they are paid.

*Development costs and intellectual property rights*

Intellectual property rights comprise the rights to royalties from the exploitation of games developed for third parties by the Company. They are stated at cost less amounts written off.

20

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/09/2025 12:21:38 PM - 2025MR000097 - Transaction 1024797

Development costs represent the cost associated with the development of computer games and financial software which are intended for commercial exploitation. Where the directors consider that the recovery of costs associated with the development of such products is reasonably certain, they are recorded in the balance sheet in the year in which they are incurred and matched to income as it arises. Such costs are amortised over a maximum of three years.

In the period ended 30 June 1997 such costs were amortised in line with expected sales arising from the project at a rate of 50 per cent. of future income generated, or if shorter, over three years.

*Foreign currencies*
Transactions in foreign currencies are translated at the exchange rate ruling at the date of the transaction.

Monetary assets and liabilities in foreign currencies are translated into sterling at the exchange rate ruling at the balance sheet date.

## 4.  Profit and loss accounts

|  | Note | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|---|
| **Turnover** | 7.1 | 668,710 | 659,023 | 1,007,830 |
| Cost of sales |  | (34,227) | (24,106) | (29,955) |
| Gross profit |  | 634,483 | 634,917 | 977,875 |
| Administrative expenses |  |  |  |  |
| Amortisation of intangible assets |  | — | (151,797) | (431,336) |
| Other administrative expenses |  | (487,936) | (748,341) | (784,482) |
|  |  | (487,936) | (900,138) | (1,215,818) |
| **Operating profit/(loss)** |  | 146,547 | (265,221) | (237,943) |
| Interest payable and similar charges | 7.3 | (7,679) | (6,387) | (2,063) |
| **Profit/(loss) on ordinary activities before taxation** | 7.1 | 138,868 | (271,608) | (240,006) |
| Tax on profit/(loss) on ordinary activities | 7.4 | — | — | — |
| Profit retained/(loss) sustained) for the period | 7.13, 7.14 | 138,868 | (271,608) | (240,006) |
| Earnings/(loss) per share | 7.5 | 83 | (163) | (144) |

There were no recognised gains or losses other than the profit or loss for the financial periods.

There were no acquisitions or discontinued activities during the above financial periods.

## 5. Balance sheets

|  | Note | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|---|
| **Fixed assets** |  |  |  |  |
| Intangible assets | 7.6 | 92,838 | 67,333 | 1 |
| Tangible assets | 7.7 | 76,621 | 36,949 | 118,789 |
|  |  | 169,459 | 104,282 | 118,790 |
| **Current assets** |  |  |  |  |
| Stocks | 7.8 | 52,040 | — | 12,088 |
| Debtors | 7.9 | 122,620 | 203,031 | 229,068 |
| Cash at bank and in hand |  | 54,503 | 3,955 | 50,756 |
|  |  | 229,163 | 206,986 | 291,912 |
| **Creditors: amounts falling due within one year** | 7.10 | (341,468) | (560,195) | (355,100) |
| **Net current liabilities** |  | (112,305) | (353,209) | (63,188) |
| **Total assets less current liabilities** |  | 57,154 | (248,927) | 55,602 |
| **Creditors: amounts falling due after more than one year** | 7.11 | (42,393) | (7,920) | (552,455) |
| **Net assets/(liabilities)** |  | 14,761 | (256,847) | (496,853) |
| **Capital and reserves** |  |  |  |  |
| Called up share capital | 7.12 | 1,668 | 1,668 | 1,668 |
| Share premium account |  | 47,074 | 47,074 | 47,074 |
| Profit and loss account | 7.13 | (33,981) | (305,589) | (545,595) |
| **Shareholders' funds** | 7.14 | 14,761 | (256,847) | (496,853) |

## 6. Cash flow statements

|  | Note | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|---|
| **Net cash inflow/(outflow) from operating activities** | 7.15 | 210,664 | 78,755 | (45,706) |
| **Returns on investment and servicing of finance** |  |  |  |  |
| Interest paid |  | (7,679) | (6,387) | (2,063) |
| **Taxation** |  |  |  |  |
| Corporation tax paid |  | — | — | — |
| **Capital expenditure** |  |  |  |  |
| Payments to acquire intangible fixed assets |  | (92,837) | (88,440) | (364,004) |
| Payments to acquire tangible fixed assets |  | (90,031) | (20,439) | (120,303) |
| Proceeds from sale of tangible fixed assets |  | 10,698 | 30,690 |  |
|  |  | (172,170) | (78,189) | (484,307) |
| **Net cash inflow/(outflow) before financing** |  | 30,815 | (5,821) | (532,076) |
| **Financing** |  |  |  |  |
| Capital element of new finance leases and hire purchase contracts |  | 67,572 | — | 101,205 |
| Receipt from borrowing from parent undertaking |  | — | — | 500,000 |
| Capital element of finance leases and hire purchase contracts repaid |  | (15,707) | (44,727) | (22,328) |
| Net cash inflow/(outflow) from financing |  | 51,865 | (44,727) | 578,877 |
| **Increase/(decrease) in cash** | 7.16 | 82,680 | (50,548) | 46,801 |

22

## 7. Notes to the Financial Information

### 7.1 Turnover and profit/(loss) on ordinary activities before taxation

Turnover is derived from the development and exploitation of internet content and computer games. None of the turnover shown below relates to the activities of ADVFN.

An analysis of turnover by geographical market is as follows:

|  | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| UK | 182,810 | 52,233 | 91,602 |
| Overseas | 485,900 | 606,790 | 916,228 |
|  | 668,710 | 659,023 | 1,007,830 |
| Profit/(loss) on ordinary activities before taxation is stated after charging: |  |  |  |
| Auditors' remuneration | — | 4,000 | 4,000 |
| Amortisation of development costs | — | 151,797 | 431,336 |
| Depreciation charge for the period: |  |  |  |
| Tangible owned fixed assets | 7,429 | 11,097 | 16,677 |
| Tangible fixed assets held under finance leases and hire purchase contracts | 7,979 | 18,324 | 21,786 |
| Release of net overprovision for debtors and creditors | (31,656) | — | — |
| Operating lease payments |  |  |  |
| – Land and buildings | 11,700 | 7,800 | 7,800 |
| – Plant and machinery | 2,215 | – | – |

### 7.2 Directors and employees

Staff costs during the periods were as follows:

|  | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| Wages and salaries | 141,426 | 151,350 | 208,626 |
| Social security costs | 11,666 | 14,599 | 19,572 |
| Pension costs | — | 6,838 | 1,256 |
|  | 153,092 | 172,787 | 229,454 |

The directors received no remuneration from the Company subsequent to them entering into service contracts with On-line PLC on 21 August 1996. In the 18 months ended 30 June 1997 they received management remuneration of £10,857; additionally consultancy fees of £7,645 (exclusive of VAT) were paid to one director, Clement Chambers.

The average monthly number of persons (including directors) employed by the Company during the periods were:

|  | 18 months ended 30 June 1997 Number | Year ended 30 June 1998 Number | Year ended 30 June 1999 Number |
|---|---|---|---|
| By activity |  |  |  |
| Development | 8 | 10 | 12 |
| Administration | 1 | 1 | 1 |
|  | 9 | 11 | 13 |

23

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/05/2025 12:21:38 PM - 2025MR000097 - Transaction #32998882 - Page 54 of 132

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 105 of 240 PageID #:349

### 7.3 Interest payable and similar charges

|  | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| On bank loans and overdrafts | 3,363 | 225 | — |
| Finance charges in respect of finance leases and hire purchase contracts | 4,316 | 6,162 | 2,063 |
|  | 7,679 | 6,387 | 2,063 |

### 7.4 Tax on profit/(loss) on ordinary activities

No charge to corporation tax arises on the results for any accounting period.

Tax losses accumulated up to 30 June 1999 have arisen in respect of the business transferred to On-line PLC and consequently will not be available for offset against any future profits earned by ADVFN.COM PLC (see note 2.2 above).

### 7.5 Earnings/(loss) per share

Basic earnings/(loss) per share have been calculated on the profit/(loss) after taxation for each period and on 1,668 ordinary shares in issue throughout the periods concerned. Diluted earnings per share are identical to basic earnings per share.

### 7.6 Intangible fixed assets

|  | Total £ | Development costs £ | Intellectual property £ |
|---|---|---|---|
| **Cost** |  |  |  |
| At 1 January 1996 | 8,444 | 8,444 | — |
| Additions in 1996/97 | 92,837 | 67,837 | 25,000 |
| At 30 June 1997 | 101,281 | 76,281 | 25,000 |
| Additions in 1997/98, (including transfer from work in progress of £37,852) | 126,292 | 126,292 | — |
| At 30 June 1998 | 227,573 | 202,573 | 25,000 |
| Additions in 1998/99 | 364,004 | 364,004 | — |
| At 30 June 1999 | 591,577 | 566,577 | 25,000 |
| **Amortisation** |  |  |  |
| At 1 January 1996 | 8,443 | 8,443 | — |
| Provided in 1996/97 | — | — | — |
| At 30 June 1997 | 8,443 | 8,443 | — |
| Provided in 1997/98 | 151,797 | 126,797 | 25,000 |
| At 30 June 1998 | 160,240 | 135,240 | 25,000 |
| Provided in 1998/99 | 431,336 | 431,336 | — |
| At 30 June 1999 | 591,576 | 566,576 | 25,000 |
| **Net book amounts** |  |  |  |
| At 31 December 1995 | 1 | 1 | — |
| At 30 June 1997 | 92,838 | 67,838 | 25,000 |
| At 30 June 1998 | 67,333 | 67,333 | — |
| At 30 June 1999 | 1 | 1 | — |

24

*7.7  Tangible fixed assets*

|  | Total £ | Computer equipment £ | Motor vehicles £ | Other £ |
|---|---|---|---|---|
| **Cost** | | | | |
| At 1 January 1996 | 53,663 | 33,723 | 15,336 | 4,604 |
| Additions in 1996/97 | 90,031 | 67,917 | 21,480 | 634 |
| Disposals in 1996/97 | (21,279) | (5,943) | (15,336) | — |
| At 30 June 1997 | 122,415 | 95,697 | 21,480 | 5,238 |
| Additions in 1997/98 | 21,104 | 14,655 | — | 6,449 |
| Transfer to parent undertaking in 1997/98 | (46,054) | (46,054) | — | — |
| Adjustment to cost in 1997/98 | (665) | — | (665) | — |
| At 30 June 1998 | 96,800 | 64,298 | 20,815 | 11,687 |
| Additions in 1998/99 | 120,303 | 110,168 | 9,500 | 635 |
| At 30 June 1999 | 217,103 | 174,466 | 30,315 | 12,322 |
| **Depreciation** | | | | |
| At 1 January 1996 | 38,177 | 28,027 | 7,791 | 2,359 |
| Charge for 1996/97 | 15,408 | 9,868 | 4,139 | 1,401 |
| Disposals in 1996/97 | (7,791) | — | (7,791) | — |
| At 30 June 1997 | 45,794 | 37,895 | 4,139 | 3,760 |
| Charge for 1997/98 | 29,421 | 20,540 | 6,810 | 2,071 |
| Transfer to parent undertaking in 1997/98 | (15,364) | (15,364) | — | — |
| At 30 June 1998 | 59,851 | 43,071 | 10,949 | 5,831 |
| Charge for 1998/99 | 38,463 | 26,431 | 9,050 | 2,982 |
| At 30 June 1999 | 98,314 | 69,502 | 19,999 | 8,813 |
| **Net book amounts** | | | | |
| At 31 December 1995 | 15,486 | 5,696 | 7,545 | 2,245 |
| At 30 June 1997 | 76,621 | 57,802 | 17,341 | 1,478 |
| At 30 June 1998 | 36,949 | 21,227 | 9,866 | 5,856 |
| At 30 June 1999 | 118,789 | 104,964 | 10,316 | 3,509 |

Other consists of leasehold improvements and office equipment.

The figures stated above include assets held under finance leases and hire purchase contracts as follows:

|  | Total £ | Computer equipment £ | Motor vehicles £ |
|---|---|---|---|
| Net book amounts | | | |
| At 30 June 1997 | 59,555 | 42,214 | 17,341 |
| At 30 June 1998 | 9,866 | — | 9,866 |
| At 30 June 1999 | 89,284 | 78,968 | 10,316 |
| Depreciation charge | | | |
| 18 months ended 30 June 1997 | 7,979 | 3,840 | 4,139 |
| Year ended 30 June 1998 | 18,324 | 11,514 | 6,810 |
| Year ended 30 June 1999 | 21,786 | 12,736 | 9,050 |

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 56 of 132

### 7.8  Stocks

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Raw materials and consumables | 14,188 | — | — |
| Work in progress | 37,852 | — | — |
| Finished goods and goods for resale | — | — | 12,088 |
|  | 52,040 | — | 12,088 |

There were no material differences between replacement cost and the values stated above.

### 7.9  Debtors

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Amounts falling due within one year: |  |  |  |
| Trade debtors | 41,386 | 123,029 | 159,184 |
| Prepayments and accrued income | 39,400 | 26,290 | 4,393 |
| Other debtors | 41,834 | 53,712 | 65,491 |
|  | 122,620 | 203,031 | 229,068 |

### 7.10  Creditors: amounts falling due within one year

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Trade creditors | 37,978 | 22,539 | 64,427 |
| Amounts owed to parent undertaking | 235,816 | 428,122 | 174,945 |
| Other taxation and social security costs | 4,709 | 2,081 | 11,059 |
| Obligations under finance leases and hire purchase agreements | 15,435 | 5,181 | 39,523 |
| Accruals and deferred income | 32,460 | 98,312 | 56,853 |
| Other creditors | 15,070 | 3,960 | 8,293 |
|  | 341,468 | 560,195 | 355,100 |

The finance leases and hire purchase contracts were secured on the assets concerned.

### 7.11  Creditors: amounts falling due after more than one year

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Amounts owed to parent undertaking | — | — | 500,000 |
| Obligations under finance leases and hire purchase agreements: |  |  |  |
| Due between 1 and 2 years | 17,876 | 5,181 | 28,165 |
| Due between 2 and 5 years | 24,517 | 2,739 | 24,290 |
|  | 42,393 | 7,920 | 552,455 |

The finance leases and hire purchase contracts were secured on the assets concerned.

### 7.12  Called up share capital

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Authorised, allotted, called up and fully paid |  |  |  |
| 1,668 Ordinary shares of £1 each | 1,668 | 1,668 | 1,668 |

26

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

### 7.13 Profit and loss account

| | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| At beginning of period | (172,849) | (33,981) | (305,589) |
| Profit retained/(loss sustained) for the period | 138,868 | (271,608) | (240,006) |
| At end of period | (33,981) | (305,589) | (545,595) |

### 7.14 Reconciliation of movements in shareholders' funds

| | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| Profit retained/(loss sustained) for the financial period | 138,868 | (271,608) | (240,006) |
| Opening shareholders' funds | (124,107) | 14,761 | (256,847) |
| Closing shareholders' funds | 14,761 | (256,847) | (496,853) |

### 7.15 Reconciliation of operating profit/(loss) to net cash inflow/(outflow) from operating activities

| | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| Operating profit/(loss) | 146,547 | (265,221) | (237,943) |
| Amortisation | — | 151,797 | 431,336 |
| Depreciation | 15,408 | 29,421 | 38,463 |
| Loss on disposal of tangible fixed assets | 2,790 | — | |
| (Increase)/decrease in stocks | (22,130) | 14,188 | (12,088) |
| Increase in debtors | (91,969) | (80,411) | (26,037) |
| Increase/(decrease) in creditors | 160,018 | 228,981 | (239,437) |
| Net cash inflow/(outflow) from operating activities | 210,664 | 78,755 | (45,706) |

### 7.16 Reconciliation of net cash flow to movement in funds

| | 18 months ended 30 June 1997 £ | Year ended 30 June 1998 £ | Year ended 30 June 1999 £ |
|---|---|---|---|
| Increase/(decrease) in cash for the period | 82,680 | (50,548) | 46,801 |
| New finance leases and hire purchase agreements | (67,572) | — | (101,205) |
| Receipt from borrowing from parent undertaking | — | — | (500,000) |
| Cash outflow from capital repayments of hire purchase and finance lease agreements | 15,707 | 44,727 | 22,328 |
| Movement in net debt in the period | 30,815 | (5,821) | (532,076) |
| Net debt at beginning of period | (34,140) | (3,325) | (9,146) |
| Net debt at end of period | (3,325) | (9,146) | (541,222) |

37

*7.17 Analysis of net debt*

|  | 1 January 1996 £ | 30 June 1997 £ | 30 June 1998 £ | 30 June 1999 £ |
|---|---|---|---|---|
| Cash at bank | 3,731 | 54,503 | 3,955 | 50,756 |
| Bank overdraft | (31,908) | — | — | — |
| Amount due to parent undertaking in more than one year | — | — | — | (500,000) |
| Finance lease and hire purchase agreements | (5,963) | (57,828) | (13,101) | (91,978) |
|  | (34,140) | (3,325) | (9,146) | (541,222) |

*7.18 Capital commitments and contingent liabilities*

The Company had no capital commitments or contingent liabilities at 30 June 1997, 30 June 1998 or 30 June 1999.

*7.19 Financial commitments*

The Company had annual commitments under non-cancellable operating leases as follows:

|  | 1997 £ | 1998 £ | 1999 £ |
|---|---|---|---|
| Expiring within five years: |  |  |  |
| Land and buildings | 7,800 | 7,800 | 7,800 |

*7.20 Pension costs*

The pension costs charged against profits represented the amount of the contributions paid to personal pensions of various directors and staff.

*7.21 Ultimate parent undertaking*

The ultimate parent undertaking is On-line PLC, a company registered in England and Wales.

*7.22 Related party transactions*

In accordance with Financial Reporting Standard No 8 on Related Party Transactions details of transactions with the Company's ultimate parent undertaking were not disclosed as On-line PLC prepared consolidated financial statements which included the results of the Company.

Clement Chambers held one sixth at 30 June 1998 (1997: one third) of the shares of Interactive Broadcasting Limited. During the year ended 30 June 1998 the Company invoiced Interactive Broadcasting Limited £10,000 (1997: £1,000), £2,500 (1997: £1,000) of which was a debtor at 30 June. In the 18 months ended 30 June 1997, the Company purchased intellectual property rights from Interactive Broadcasting Limited for £25,000 and was invoiced £4,798 for royalties by that Company.

The amounts involved in 1999 were immaterial.

## 8. Other Information

The auditors' report on the financial statements for the year ended 30 June 1998 referred to disclosures made by the directors as to the Company's ability to continue as a going concern. This was considered to be a fundamental uncertainty, although the auditors' opinion was not qualified in this respect.

Additional issues of shares by the Company's parent undertaking, On-line PLC, were made for cash after the completion of the 1998 audit. On-line PLC was therefore able to advance a loan of £500,000 to the Company. Consequently an unqualified audit opinion was issued on the financial statements for the year ended on 30 June 1999.

Yours faithfully

GRANT THORNTON

28

## PART 4

## ADDITIONAL INFORMATION

**1.  Incorporation and share capital**

(a)  The Company was incorporated in England and Wales on 24 April 1989 under the name of On Line Entertainment Limited with registered number 2374988 as a private company with limited liability under the Act. On 25 February 2000, the Company changed its name to ADVFN.COM Limited and on 2 March 2000 was re-registered as a public limited company with the name ADVFN.COM PLC. The liability of the members of the Company is limited.

(b)  The authorised and issued share capital of the Company immediately following Admission will be as follows:

|  | *Authorised* | | *Issued and fully paid* | |
| --- | --- | --- | --- | --- |
|  | £ | Number | £ | Number |
| Ordinary Shares of 1p each | 5,000,000 | 500,000,000 | 2,500,000 | 250,000,000 |

(c)  At an extraordinary general meeting of the Company held on 29 February 2000 the following resolution was passed:

  (i)  generally and unconditionally to authorise the Directors, until the conclusion of the Company's next annual general meeting, to allot relevant securities in accordance with section 80 of the Act up to an aggregate nominal amount of £4,997,900; and

  (ii)  to empower the Directors, until the conclusion of the Company's next annual general meeting, pursuant to section 95 of the Act, to allot equity securities for cash up to an aggregate nominal amount of £1,150,000 pursuant to the authority referred to in the above paragraph c(i).

(d)  The provisions of section 89 of the Act (which confer on shareholders rights of pre-emption in respect of the allotment of equity securities which are paid up in cash) apply to the authorised but unissued share capital of the Company except to the extent disapplied by the resolution referred to in the above paragraph c(ii).

**2.  Summary of Memorandum and Articles of Association**

*Memorandum of Association*

The principal object of the Company, which is set out in clause 4 of its Memorandum of Association, is to carry on business as a general commercial company.

*Articles of Association*

The Articles of Association of the Company contain, *inter alia*, provisions to the following effect:

(a)  Voting Rights

  At general meetings of the Company, on a show of hands, every member who (being an individual) is present in person or (being a corporation) is present by a duly authorised representative not being himself a member entitled to vote, shall have one vote and on a poll every member present in person or by proxy shall have one vote for every share held by him. On a poll votes may be given either personally or by proxy.

(b)  Alteration of Capital

  (i)  The Company may from time to time by ordinary resolution:

    (a)  increase its capital as the resolution shall prescribe;

    (b)  consolidate and divide all or any of its shares into shares of larger amount;

    (c)  sub-divide all or any of its shares into shares of smaller amount and attach varying rights to the shares resulting from such sub-division; and

    (d)  cancel any shares which at the date of the passing of the resolution have not been taken or agreed to be taken by any person and diminish the amount of its share capital by the amount of the shares so cancelled.

    (ii)    The Company may by special resolution reduce its share capital, any capital redemption reserve fund and any share premium account subject to the provisions of the Act.

(c)    Variation of Rights

    All or any of the special rights for the time being attached to any class of shares for the time being issued may be varied or abrogated with the consent in writing of the holders of three-quarters in nominal value of the issued shares of that class or with the sanction of an extraordinary resolution passed at a separate general meeting of such holders (but not otherwise). At every such separate general meeting the necessary quorum shall be not less than two persons holding or representing by proxy not less than one third in nominal amount of the issued shares of the class or, at any adjourned meeting of such holders, one holder who is present in person or by proxy, whatever the amount of his holding, shall be deemed to constitute a meeting.

(d)    Purchase of Own Shares

    Subject to the provisions of the Act and to the sanction by an extraordinary resolution passed at a separate class meeting of the holders of any convertible shares, the Company may purchase any of its own shares of any class (including redeemable shares) at any price.

(e)    Transfer of Shares

    Any member may transfer all or any of his shares. Save where any rules or regulations made under the Act permit otherwise, the instrument of transfer of a share shall be in any usual form or in any other form which the Board may approve and shall be executed by or on behalf of the transferor and (in the case of a share which is not fully paid) by the transferee. The Board may in its absolute discretion and without giving any reason decline to register any transfer of shares which are not fully paid or on which the Company has a lien.

(f)    Dividends and other distributions

    The Company may by ordinary resolution declare dividends in accordance with the respective rights of the members, but no dividend shall exceed the amount recommended by the Board. The Board may pay interim dividends if it appears that they are justified by the financial position of the Company.

    All dividends shall be apportioned and paid *pro rata* to the amounts paid or credited as paid on the shares during any portion or portions of the period in respect of which the dividend is paid.

    Any dividend unclaimed after a period of twelve years from the date when it became due for payment shall, if the Board so resolves, be forfeited and cease to remain owing by the Company.

    The Board may, if authorised by an ordinary resolution of the Company, offer members the right to elect to receive shares credited as fully paid in whole or in part, instead of cash, in respect of the dividend specified by the ordinary resolution.

    The Company may cease to send any cheque or dividend warrant through the post if such instruments have been returned undelivered or remain uncashed by a member on at least two consecutive occasions. The Company shall recommence sending cheques or dividend warrants if the member claims the dividend or cashes a dividend warrant or cheque.

    In a winding up, the liquidator may, with the sanction of an extraordinary resolution and subject to the Insolvency Act 1986, divide among the members *in specie* the whole or any part of the assets of the Company and/or vest the whole or any part of the assets in trustees upon such trusts for the benefit of the members as the liquidator determines.

(g)    Restrictions on Shares

    If the Board is satisfied that a member or any person appearing to be interested in shares in the Company has been duly served with a notice under Section 212 of the Act and is in default in supplying to the Company the information thereby required within a prescribed period after the service of such notice the Board (of the Company) may serve on such member or on any such person a notice ("a direction notice") in respect of the shares in relation to which the default occurred ("default shares") directing that a member shall not be entitled to vote at any general meeting or class meeting of the Company. Where default shares represent at least 0.25 per cent. of the class of shares concerned the direction notice may in addition direct that any dividend (including shares issued in lieu of a dividend) which would otherwise be payable on such shares shall be retained by the Company without

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 60 of 131

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/40/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 61 of 132

liability to pay interest and no transfer of any of the shares held by the member shall be registered unless it is a transfer on sale to a *bona fide* unconnected third party, or by the acceptance of a take-over offer or through a sale through a recognised investment exchange as defined in the Financial Services Act 1986. The prescribed period referred to above means 14 days from the date of service of the notice under Section 212 where the default shares represent at least 0.25 per cent. of the class of shares concerned and 28 days in all other cases.

(h)   Directors

(i)    At every annual general meeting of the Company as near as possible (but not exceeding) one third of the Directors for the time being shall retire by rotation and be eligible for re-election. The Directors to retire will be those who have been longest in office or, in the case of those who became or who are re-elected Directors on the same day, shall, unless they otherwise agree, be determined by lot.

(ii)   Save as provided in paragraph (iii) below, a Director shall not vote at a meeting of the Board or any committee of the Board on any resolution of the Directors concerning a matter in which he has an interest which together with any interest of any person connected with him is to his knowledge a material interest. The Company may by ordinary resolution suspend or relax such provisions to any extent or ratify any transaction not duly authorised by reason of a contravention of such provisions.

(iii)  The prohibition in paragraph (ii) above shall not apply to a Director in relation to any of the following matters, namely: (i) the giving of any guarantee, security or indemnity to him in respect of money lent or obligations incurred by him for the benefit of the Company or any of its subsidiaries; (ii) the giving of any guarantee, security or indemnity to a third party in respect of an obligation of the Company or any of its subsidiaries for which he has assumed responsibility in whole or part and whether alone or jointly with others under a guarantee or indemnity or by giving of security; (iii) the subscription for or underwriting or sub-underwriting of any shares, debentures or other securities of the Company or any of its subsidiaries by him; (iv) any proposal concerning any other company in which he and any persons connected with him do not to his knowledge hold an interest in shares representing one per cent or more of either any class of the equity share capital or the voting rights in such company); (v) any resolution relating to an arrangement for the benefit of employees of the Company or any of its subsidiaries and which does not provide in respect of any Director as such any privilege or benefit not accorded to the employees to whom the arrangement relates; and (vi) any proposal concerning the purchase and/or maintenance of any insurance policy against liability for negligence, default, breach of duty or breach of trust in relation to the Company under which he may benefit.

(iv)  The ordinary remuneration of the Directors who do not hold executive office for their services (excluding amounts payable under any other provision of the Articles) shall not exceed in aggregate £250,000 per annum or such higher amount as the Company may from time to time by ordinary resolution determine. Subject thereto, each such Director shall be paid a fee (which shall be deemed to accrue from day to day) at such rate as may from time to time be determined by the Board. The Directors shall be entitled to all such reasonable expenses as they may properly incur in attending meetings of the Board or in the discharge of their duties as Directors. Any Director who by request of the Board performs special services may be paid such extra remuneration by way of salary, percentage of profits or otherwise as the Board may determine. The Directors may pay pensions and other benefits to, *inter alios*, present and past employees and Directors and may set up and maintain schemes for the purpose.

(v)   The provisions of Section 293 of the Act relating to the mandatory retirement of Directors at age 70 do not apply to the Company.

(vi)  Unless otherwise determined by ordinary resolution of the Company, the number of Directors shall not be less than two. There is no maximum number of Directors. A Director shall not be required to hold any shares of the Company by way of qualification.

(i)    Borrowing Powers

The Directors may exercise all the powers of the Company to borrow money, to guarantee, to indemnify and to mortgage or charge its undertaking, property, assets (present and future) and uncalled capital, and to issue debentures and other securities, whether outright or as collateral security for any debt, liability or obligation of the Company or of any third party. The Directors shall restrict the

CERTIFIED COPY - Michelle Cook - Circuit Clerk - MOTION - SERVICE - 06/05/2025 10:21:38 PM - 2025MR000097 - Transaction 32924797

borrowings of the Company and exercise all voting and other rights or powers of control exercisable by the Company in relation to its subsidiaries so as to secure (so far as regards subsidiaries as by such exercise they can secure) that the aggregate principal amount (including any premium payable on final payment) for the time being outstanding of all monies borrowed by the Company and its subsidiaries and for the time being owing to third parties shall not at any time, without the previous sanction of an ordinary resolution of the Company, exceed an amount equal to 4 times the Adjusted Capital and Reserves (as defined in the Articles of Association).

**3.   Directors' and other interests**

(a)   The interests of the Directors and their immediate families, all of which (unless otherwise stated) are beneficial, and of connected persons, within the meaning of section 346 of the Act, in the issued share capital of the Company which have been notified to the Company pursuant to sections 324 to 328 of the Act, together with their percentage of the Ordinary Shares in issue as they are, and as they will be, immediately following Admission, are as follows:

| | *Before Admission* | | *After Admission* | |
|---|---|---|---|---|
| | *Ordinary Shares* | *%* | *Ordinary Shares* | *%* |
| Michael Hodges* | — | — | — | — |
| Michael Boydell | — | — | 250,000 | 0.1 |
| David Crump | — | — | 10,000 | 0.004 |
| Clement Chambers* | — | — | — | — |
| Jonathan Mullins | — | — | — | — |
| Philip Thacker | — | — | 250,000 | 0.1 |
| Martin Talks | — | — | 10,000 | 0.004 |
| Luke Johnson | — | — | 2,500,000 | 1.0 |

> \*   Pursuant to section 346 of the Act, Michael Hodges and Clement Chambers are deemed to be connected with On-line as they each hold more than 20 per cent. of the issued share capital of On-line. Details of On-line's shareholding in the Company are set out in paragraph 3(k) below.

(b)   As at the date of this document, the following Directors have been granted options to subscribe for Ordinary Shares pursuant to the Company's share option scheme (details of which are set out in paragraph 6 of this Part 4):

| *Name* | *Date of Grant* | *Number of Ordinary Shares* | *Subscription Price* |
|---|---|---|---|
| Michael Hodges | 10 March 2000 | 1,000,000 | 10p |
| Michael Boydell | 10 March 2000 | 4,000,000 | 10p |
| David Crump | 10 March 2000 | 1,000,000 | 10p |
| Clement Chambers | 10 March 2000 | 1,000,000 | 10p |
| Jonathan Mullins | 10 March 2000 | 4,000,000 | 10p |
| Martin Talks | 10 March 2000 | 2,000,000 | 10p |

In addition, pursuant to option agreements dated 10 March 2000, each of Luke Johnson and Philip Thacker have been granted options over 4,000,000 Ordinary Shares and 2,000,000 Ordinary Shares respectively at a subscription price of 10p per Ordinary Share.

Each of the Directors' options can only be exercised as to 33 per cent. on the first anniversary of the date of grant, as to 66 per cent. on the second anniversary of the date of grant and over all of the Ordinary Shares subject to option on the third anniversary of the date of grant.

(c)   The following Executive Directors have entered into service agreements with the Company, each of which is dated either 1 or 10 March 2000, under which their roles and annual basic salaries are as follows:

| *Director* | *Role* | *Annual Salary £* |
|---|---|---|
| Michael Hodges | Chairman | 52,000 |
| Michael Boydell | Managing Director | 70,000 |
| David Crump | Finance Director | 30,000 |
| Clement Chambers | Marketing Director | 52,000 |
| Jonathan Mullins | Development Director | 50,000 |
| Martin Talks | Legal Director | 70,000 |

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 114 of 240 PageID #:358

Page 65 of 132

Each of the agreements is for an initial term of 12 months and thereafter terminable by six months' notice given by either the Company or the Director concerned. In addition, each of the Executive Directors receives an additional payment of 15 per cent. of his gross salary per annum by way of a contribution to the relevant Director's personal pension scheme.

Save in respect of Clement Chambers, each service agreement provides that in the event of a general offer to acquire the whole of the issued share capital of the Company becoming unconditional, the relevant Director is entitled to terminate his service agreement on not less than one month's notice and to receive a payment equal to one and three quarter times his then current gross annual salary.

(d)    Save as provided above, there are no service agreements in existence between any of the Directors and the Company or any other member of the Group which cannot be determined by the employing company without payment of compensation (other than statutory compensation) within one year.

(e)    In addition to directorships of the Company the Directors hold or have held the following directorships and are or have been partners in the following partnerships within the five years prior to the date of this document:

    (i)    Michael Hodges

| *Current Directorships* | *Past Directorships* |
|---|---|
| On-line PLC | None |
| Transylvania Interactive Limited | |
| On Line Sports Games Limited | |
| Only Games Limited | |
| Advertwizard.com Limited | |
| AAA Game Limited | |
| On Line Entertainment Limited | |

    (ii)    Michael Boydell

| *Current Directorships* | *Past Directorships* |
|---|---|
| Success Events Limited | None |

    (iii)    David Crump

| *Current Directorships* | *Past Directorships* |
|---|---|
| On-line PLC | SCI Entertainment Group Plc |
| On Line Sports Games Limited | SCI (Sales Curve Interactive) Ltd |
| Only Games Limited | |
| Advertwizard.com Limited | |
| AAA Game Limited | |
| On Line Entertainment Limited | |

    (iv)    Clement Chambers

| *Current Directorships* | *Past Directorships* |
|---|---|
| On-line PLC | Interactive Broadcasting Limited |
| Transylvania Interactive Limited | |
| On Line Sports Games Limited | |
| Only Games Limited | |
| Advertwizard.com Limited | |

    (v)    Jonathan Mullins

| *Current Directorships* | *Past Directorships* |
|---|---|
| On-line PLC | None |
| On Line Entertainment Limited | |
| AAA Game Limited | |
| On Line Sports Games Limited | |
| Only Games Limited | |
| Advertwizard.com Limited | |

33

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 63 of 131

(vi) Philip Thacker

*Current Directorships*

Dialog Nova Kabushki Kaisha (Japanese)
KMK Digitex Kabushki Kaisha (Japanese)
On-line PLC

*Past Directorships*

Harefield Road Management Company Limited
Brownbury Limited

(vii) Martin Talks

*Current Directorships*

None

*Past Directorships*

None

(viii) Luke Johnson

*Current Directorships*

Acquisitor PLC
Autostop Network Limited
Belgo Group PLC
BFG (UK) Limited
Elderstreet Downing VCT plc
Integrated Dental Holdings Limited
International Tyre Brands Limited
Intrinsic Value Partnership Limited
Joltbury Limited
Just2Clicks.com plc
Just Tyres Holdings Limited
Just Tyres Retail Limited
Lionheart PLC
Main Road Properties Limited
MediaKey PLC
NewMedia SPARK plc
Nightfreight PLC
Rankcrown Limited
Roadhog UK Limited
Southam Tyres Limited
STS Flooring Distributors Limited
The Cobden Club plc
Third Stage Productions Limited
Whittard of Chelsea plc
4X4 Tyres Limited
10 Invest.com plc

*Past Directorships*

Abacus Recruitment plc
American Port Services Holdings Limited
American Port Services PLC
Benicia Ports Limited
Capital Radio Restaurants Holdings Limited
(formerly My Kinda Town plc)
Cash a Cheque Holdings Great Britain Limited
GiroVend Cashless Systems Limited
Income Tax Professionals Limited
Johnson Ross Services Limited
Liberfabrica PLC
(formerly Bath Press Group PLC)
PizzaExpress PLC
PizzaExpress (Holdings) Limited
PizzaExpress (Soho) Limited
PizzaExpress (Franchises) Limited
Renbrace Limited
Robinbuy Limited
Stair Tread Supply Company Limited
Storedale PLC (formerly Formal Group PLC)
Storedata Solutions plc
Sunday Business Newspapers Limited
Tecno Holdings Limited
The J&O Investment Partnership Limited
Utility Cable plc
Utility Cable (Subsidiary) Limited

(f) Luke Johnson was non-executive chairman of Income Tax Professionals Limited, which provided accountancy services, when it was placed in voluntary liquidation in May 1999. Luke Johnson resigned as non-executive director of Utility Cable plc in May 1998 and it was placed in administrative receivership on 14 September 1998. The current position of these companies is unknown. Robinbuy Limited, of which Luke Johnson was also a non-executive director, is now in liquidation, following a solvent reconstruction. Luke Johnson was a director of Sunday Business Newspapers Limited between December 1996 and 11 March 1997. Administrative receivers were appointed to the company on 22 July 1997. As at 28 May 1998, the shortfall to creditors was £2,511,904. The current position is unknown.

(g) Save as detailed in paragraph (f) above, none of the Directors has any unspent convictions in relation to indictable offences, nor has any been declared bankrupt or entered into individual voluntary arrangements, nor been a partner in a partnership where there has been a compulsory liquidation, administration or partnership voluntary arrangement of any partnership where he was a partner at the time or in the preceding twelve months, nor been a director of a company where there has been a receivership, compulsory liquidation, creditors voluntary liquidation, administration, company voluntary arrangement or any composition or arrangement with its creditors generally or any class of its creditors where he was a director at the time or in the preceding twelve months, nor has any had a receivership of any asset of his or of a partnership when he was a partner at the time of or within twelve months preceding such event nor has any of them been publicly criticised by any statutory or

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 65 of 132

regulatory authority (including recognised professional bodies), nor disqualified by a court from acting as a director of a company or from acting in the management or conduct of the affairs of any company.

(h)  Save as disclosed in paragraphs 5(b) and 5(c) below no Director is or has been interested in any transaction which is or was unusual in its nature or conditions or significant to the business of the Group and which was effected by the Company or any of its subsidiaries and remains in any respect outstanding or unperformed.

(i)  No loans made or guarantees granted or provided by any member of the Group to or for the benefit of any Director are outstanding.

(j)  The aggregate remuneration paid and benefits in kind granted to the Directors during the last completed financial year was £nil. The estimated aggregate remuneration payable and benefits in kind to be granted to the Directors for the current financial year under the arrangements in force at the date of this document is £160,000.

(k)  As at the date of this document, the Company had been notified of the following holdings which currently represent and will, following Admission, represent, more than 3 per cent. of the existing issued share capital of the Company:

|  | Before Admission Ordinary | | After Admission Ordinary | |
|  | Shares | % | Shares | % |
| --- | --- | --- | --- | --- |
| On-line PLC | 190,000,000 | 90.5 | 190,000,000 | 76.0 |
| NewMedia SPARK Plc | 10,000,000 | 4.75 | 10,000,000 | 4.0 |
| GlobalNet Financial.com Inc. | 10,000,000 | 4.75 | 10,000,000 | 4.0 |

(l)  Save as disclosed in paragraph 3(k) above, none of the Directors is aware of any interest (within the meaning of Part VI of the Act) which will immediately following Admission represent 3 per cent. or more of the issued share capital of the Company or which directly or indirectly, jointly or severally, exercises or could exercise control of the Company.

## 4.  Working Capital

In the opinion of the Company, having made due and careful enquiry, the working capital available to the Company will, from the time of Admission, be sufficient for its present requirements, that is for at least the next twelve months.

## 5.  Material Contracts

The following contracts have been entered into by the Company and its subsidiaries, otherwise than in the ordinary course of business during the two years preceding the date of this document, and are or may be material:

(a)  The Placing Agreement pursuant to which conditional upon, *inter alia*, Admission taking place on or before 8.00 a.m. on 20 March 2000 (or such later time and or date as the Company and Insinger Townsley may agree being not later than 3 April 2000) Insinger Townsley has agreed as agent for the Company to procure subscribers or to subscribe itself (in each case at the Issue Price) for the New Ordinary Shares pursuant to the Placing.

The Placing Agreement contains warranties from the Company, the Directors and On-line and an indemnity from the Company and On-line in favour of Insinger Townsley and Grant Thornton together with provisions which enable Insinger Townsley and Grant Thornton to terminate the Placing Agreement in certain circumstances prior to Admission including circumstances where any warranties are found to be untrue or inaccurate in any material respect. Under the Placing Agreement the Company has agreed to pay Insinger Townsley an advisory fee of £20,000 and a commission at the rate of 3 per cent. of the Issue Price of all the New Ordinary Shares and an advisory fee of £60,000 to Grant Thornton.

Each of the Directors and On-line have undertaken not to dispose (save in the event of an intervening court order, a take-over offer becoming or being declared unconditional, or (as appropriate) in the event of his death) of any interest in any shares in the Company for a period of twelve months from the date of Admission and for a further period of twelve months other than through the Company's nominated broker.

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 65 of 131

(b)   An agreement dated 24 February 2000 between the Company and On-line, whereby the Company agreed to transfer to On-line, effective as of 31 December 1999, all its undertaking other than those specified contracts and assets relating to the ADFVN business for a consideration of £750,000. Under the agreement, On-line agreed to assume all actual and contingent liabilities of the undertaking being transferred (other than matters which were the subject of a time apportionment) and to indemnify the Company in respect of such liabilities.

(c)   An agreement dated 24 February 2000 between the Company and On-line, whereby On-line agreed to transfer to the Company, effective as of 31 December 1999, certain contracts relating to the ADVFN business. The consideration under the agreement was the assumption by the Company of all actual and contingent liabilities of On-line under such contracts (other than matters which were the subject of a time apportionment) and the Company agreed to indemnify On-line in respect of such liabilities.

## 6.   Share Option Arrangements

(a)   The ADVFN.COM PLC Unapproved Share Option Plan was adopted on 9 March 2000. Set out below is a summary of the principal terms of such scheme:

(i)   Eligibility

Any employee (including executive directors) of the Company or any of its subsidiaries ("the Group") is eligible to participate in the ADVFN.COM PLC Unapproved Share Option Plan ("the Executive Scheme").

(ii)   Grant of Options

Options will be granted by the Company to employees selected by the Directors. Options may normally be granted only during the period of 60 days following the adoption of the Executive Scheme by the Company's shareholders or the announcement of the Company's interim or final results for any period. Options may not be granted more than ten years after the adoption of the Executive Scheme nor during a period when the grant of options would not be in accordance with the Model Code for transactions in securities by directors, certain employees and persons connected with them. No payment is required for the grant of an option.

(iii)   Exercise Price

An option will entitle the holder to subscribe for Ordinary Shares in the Company at a price determined by the Directors, which may not be less than the higher of:

(aa)   the average middle market quotation of a share as derived from the Daily Official List of the London Stock Exchange for the three dealing days immediately preceding the date of grant;

(bb)   the middle market quotation of a share as derived from the Official List for the date of grant; and

(cc)   the nominal value of a share.

(iv)   Executive Scheme Limits

Not more than ten per cent. of the issued ordinary share capital of the Company from time to time may be placed under option under the Executive Scheme or any other employees' share option scheme or issued under any other share incentive scheme.

In applying this limit, shares issued on the previous exercise of an option and shares subject to an option which has lapsed or been surrendered are disregarded.

(v)   Exercise of Options

An option will normally be exercisable at any time provided that any conditions have been satisfied. If the option holder ceases to be employed within the Group an option will be exercisable for a period of either three or six months in respect of the number of Ordinary Shares over which the relevant option has vested or been deemed to vest.

(vi)   Performance Target

The exercise of an option may be conditional upon the performance of such conditions as the Directors determine.

(vii) Transferability
An option is not transferable and may be exercised only by the person to whom it is granted or, in the case of a deceased option holder, his personal representatives.

(viii) Adjustment of Options
In the event of a capitalisation issue, a rights issue or a sub division, consolidation or reduction in the capital of the Company, the number of shares subject to an option and the exercise price of an option may be adjusted by the Directors, subject (other than in the case of a capitalisation issue) to the auditors of the Company confirming in writing to the Directors that such adjustment is, in their opinion, fair and reasonable.

(ix) Rights Carried by Shares Allotted on Exercise of Option
Shares allotted on the exercise of an option granted under the Executive Scheme will rank equally in all respects with the Ordinary Shares of the Company in issue at the date of exercise, except as regards dividends and other entitlements arising by reference to a record date prior to the date of exercise.

(x) Listing
Application will be made by the Company to the London Stock Exchange for the admission to the Alternative Investment Market of Ordinary Shares allotted on the exercise of an option.

(xi) Amendment
The Directors may amend the rules of the Executive Scheme. However, the Directors may not amend the Executive Scheme for the benefit of employees without the prior approval of the Company in general meeting except for minor amendments to benefit the administration of the Executive Scheme and amendments to comply with or take account of any change in legislation, or to obtain or maintain favourable tax, exchange control or regulatory treatment for participants in the Executive Scheme, the Company or any member of the Group.

(xii) Exclusion from Terms of Employment
The rules of the Executive Scheme provide that the Executive Scheme does not form part of the contract of employment of any employee and that, save as otherwise agreed in writing, any claim by an employee for loss of employment will not include the loss of any benefit or advantage under the Executive Scheme.

(xiii) Governing Law
The Executive Scheme is governed by English Law and any dispute concerning the Executive Scheme is subject to the jurisdiction of the English courts.

In addition to the options granted to Executive Directors referred to in paragraph 3(b) above, options over a further 3,400,000 Ordinary Shares have been granted to employees of the Company under the Executive Scheme.

(b) In addition to the option agreements referred to in paragraph 3(b) above, the Company has entered into further option agreements with certain employees of On-line pursuant to which the Company granted to such employees options to subscribe for 575,000 Ordinary Shares at a subscription price of 10p per share.

Each of the option agreements states that such option can only be exercised as to 33 per cent. on the first anniversary of Admission, as to 66 per cent. on the second anniversary of Admission and over all of the Ordinary Shares subject to option on the third anniversary of Admission.

## 7.  Litigation

No legal or arbitration proceedings are active, pending or threatened against, or being brought by, the Company which are having or may have a significant effect on the Company's financial position.

## 8.  Taxation

**The following statements are intended only as a general guide to current UK tax legislation and to the current practice of the UK Inland Revenue (the "Inland Revenue") and may not apply to certain shareholders, such as dealers in securities. They relate only to persons who are the absolute beneficial owners of Ordinary Shares, are resident (or, if individuals) ordinarily resident in the UK for UK tax**

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 05/05/2025 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 68 of 132

purposes (except where stated otherwise) and who hold Ordinary Shares as investments and not as trading stock. Different rules may apply in other cases. Any person who is in any doubt as to his tax position, or who is subject to taxation in any jurisdiction other than the UK, should consult his professional advisers immediately.

*(a)   Dividends*

The following statements relate only to the tax treatment, under existing law, of dividends paid on the Ordinary Shares on or after 6 April 1999.

(i)     Under current UK tax legislation the Company is not required to withhold tax at source from dividend payments it makes.

(ii)    Individual shareholders resident for tax purposes in the UK should generally be entitled to a tax credit in respect of any dividend received equal to one-ninth of the amount of the dividend. Such an individual shareholder's liability to UK income tax is calculated on the sum of the dividend and the tax credit (the "gross dividend") which, with certain other investment income, will be regarded as the top slice of the individual's income and which will be subject to UK income tax at special rates of tax as described below. The tax credit therefore equals 10 per cent. of the gross dividend. The tax credit will be available to offset such shareholder's liability (if any) to income tax on the gross dividend.

Individual shareholders liable to tax at a rate equal to or lower than the basic rate will be liable to tax on dividend income received at the rate of 10.0 per cent. This means that the tax credit will satisfy, in full, the income tax liability of a UK resident individual shareholder liable to pay income tax at a rate equal to or lower than the basic rate.

The rate of income tax applied to UK company dividends received by UK resident individuals liable to income tax at the higher rate will be 32.5 per cent. After taking into account the 10 per cent. tax credit, a higher rate taxpayer will be liable to additional income tax of 22.5 per cent. of the gross dividend, equal to 25 per cent. of the net dividend.

With limited exceptions (relating to shares held in individual savings accounts or personal equity plans prior to 5 April 2004) individual shareholders who are resident in the UK cannot claim repayment of the tax credit from the Inland Revenue.

(iii)   A corporate shareholder resident for tax purposes in the UK will not normally be liable to corporation tax on any dividend received.

(iv)   Tax exempt pension funds cannot reclaim from the Inland Revenue tax credits attaching to dividend payments on UK equities.

(v)    Individual shareholders who are resident for tax purposes in countries other than the UK but who are Commonwealth citizens, nationals of states which are part of the European Economic Area, residents of the Isle of Man or the Channel Islands or certain other persons who are entitled to a tax credit as if they were resident for tax purposes in the UK which they may set off against their total UK income tax liability. Such shareholders will generally not be able to claim repayment of the tax credit from the Inland Revenue.

Shareholders who are resident for tax purposes in countries other than the UK should consult their own tax advisers concerning their tax liabilities on dividends received. They should note that following the reduction in the rate of the UK tax credit to 10 per cent. of the gross dividend from 6 April 1999, they are unlikely to be entitled to any payment from the Inland Revenue.

*(b)   Stamp Duty and Stamp Duty Reserve Tax*

In relation to stamp duty and stamp duty reserve tax:

(i)     The allocation and issue of Ordinary Shares will not give rise to a liability to stamp duty or stamp duty reserve tax.

(ii)    Any subsequent conveyance or transfer on sale of the Ordinary Shares will usually be subject to stamp duty on the instrument of transfer, generally at a rate of 50 pence per £100 or part of £100 of the amount or value of the consideration. A charge to stamp duty reserve tax at the rate of 0.5 per cent., will arise in relation to an unconditional agreement to transfer such Ordinary Shares. However, where within six years of the date of the agreement, an instrument of transfer is executed pursuant to the agreement and stamp duty is paid on that instrument, any liability to stamp duty reserve tax will be

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 68 of 131

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 120 of 240 PageID #:364

cancelled or repaid. A transfer of Ordinary Shares effected on a paperless basis through CREST will generally be subject to stamp duty reserve tax at the rate of 0.5 per cent. of the value of the consideration.

The above statements are intended as a general guide to the current position. Certain categories of person are not liable to stamp duty or stamp duty reserve tax, and others may be liable at a higher rate or may, although not primarily liable for the tax, be required to notify and account for it under the Stamp Duty Reserve Tax Regulations 1986.

*(c) Capital Gains*

A shareholder resident for tax purposes in the UK who sells or otherwise disposes of his Ordinary Shares may, depending on the circumstances, incur a liability to UK tax on any capital gain realised. Corporate shareholders within the charge to UK corporation tax will be entitled to indexation allowance in respect of these shares up until the date of disposal. Individual shareholders, resident in the UK for tax purposes, who are not within the charge to corporation tax, will be entitled to taper relief on a subsequent disposal of Ordinary Shares. The quantum of relief available will depend on the length of time the shares are owned.

A shareholder who is not resident or ordinarily resident for tax purposes in the UK will not normally be liable for UK tax on capital gains realised on the disposal of his Ordinary Shares unless at the time of the disposal such shareholder carries on a trade (which for this purpose includes a profession or vocation) in the UK through a branch or agency and such Ordinary Shares are or have been used, held or acquired for the purposes of such trade or branch or agency. If any shareholder, who is an individual, is resident in the UK when he acquires Ordinary Shares but ceases to be so resident on or after 17 March 1998 and disposes of Ordinary Shares while he is non-resident, he may be liable to tax on any chargeable gain realised if he becomes UK resident again at a later time and there are fewer than five years of assessment between the end of the year of departure and the beginning of the year of return.

## 9.  Consents

(a)  Grant Thornton of Lees House, 21 Dyke Road, Brighton BN1 3GD has given and not withdrawn its written consent to the issue of this document with the inclusion of its report and the references to its name in the form and context in which such references are included and accepts responsibility for its report in accordance with paragraph 45(1)(b)(iii) of Schedule 1 to the POS Regulations.

(b)  Grant Thornton of Grant Thornton House, Melton Street, Euston Square, London NW1 2EP has given and not withdrawn its consent to the issue of this document with the references to its name in the form and context in which such references are included.

(c)  Insinger Townsley has given and not withdrawn its written consent to the issue of this document with the references to its name in the form and context in which such references are included.

(d)  On-line has given and not withdrawn its written consent to the issue of this document with the inclusion of its letter and the references to its name in the form and context in which such references are included.

## 10.  Minimum amount

The minimum amount which, in the opinion of the Directors, must be raised by the Placing in order to provide the sums required in respect of the matters specified in Schedule 1 of the Public Offers of Securities Regulations 1995 is £4,000,000 as follows:

| | | |
|---|---|---|
| (i) | purchase price of property | none |
| (ii) | preliminary expenses | £375,000 |
| (iii) | repayment of monies borrowed in respect of (i) and (ii) above | none |
| (iv) | working capital | £3,625,000 |

## 11.  General

(a)  Save as disclosed in Part 2, no exceptional factors have influenced the Company's activities.

(b)  The expenses of the Placing are estimated to be £375,000, including VAT, and are payable by the Company and include commission assumed to be £120,000. Other than pursuant to the terms of the

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 121 of 240 PageID #:365

Placing Agreement, no commissions are payable by the Company to any person in consideration of his agreeing to subscribe or his procuring or agreeing to procure subscribers for New Ordinary Shares.

(c)  The Nominated Adviser to the Company is Grant Thornton of Grant Thornton House, Melton Street, Euston Square, London NW1 2EP which is regulated by The Institute of Chartered Accountants in England and Wales.

(d)  The Nominated Broker to the Company is Insinger Townsley of 44 Worship Street, London EC2A 2JT which is regulated by The Securities and Futures Authority Limited.

(e)  By a resolution of the Board dated 9 March 2000, the Company adopted the Model Code for share dealings by Directors and employees as required by Rule 16.9 of the AIM Rules.

(f)  There are no arrangements in force for the waiver of future dividends.

(g)  The accounting reference date of the Company is 30 June.

(h)  There are no specified dates on which entitlement to dividends or interest thereon on Ordinary Shares arises.

(i)  Save as disclosed in Part 2, there are currently no patents or other intellectual property rights, licences or particular contracts which are of fundamental importance to the Company's business.

(j)  Save as set out in Part 2, there are no investments in progress which are significant.

(k)  Save as disclosed in this document, there has been no significant change in the financial or trading position of the Company since 30 June 1999 being the date to which the latest audited accounts of the Company were prepared.

(l)  The arrangements for paying for the New Ordinary Shares to be issued pursuant to the Placing are set out in the placing letters referred to in the Placing Agreement. All monies received from applicants will be held by Insinger Townsley prior to delivery of the New Ordinary Shares. If any application is unsuccessful or scaled down, any monies returned will be sent by cheque crossed "A/C Payee" in favour of the first named applicant. Any monies returned will be sent by first class post at the risk of the addressee within 3 days of the completion of the Placing. Share certificates will be sent to successful applicants by first class post at the risk of the applicant within 7 days of the completion of the Placing. In respect of uncertificated shares it is expected that the relevant CREST stock accounts will be credited on 23 March 2000. The offer constituted by the Placing will open on 13 March 2000 and may be closed at any time thereafter.

(m)  Save as disclosed in this document no person has received, directly or indirectly, from the Company within the twelve months preceding the application for Admission or is contractually entitled to receive, directly or indirectly, from the Company on or after Admission (excluding in either case persons who are professional advisers otherwise disclosed in this document and persons who are trade suppliers) fees totalling £10,000 or more, securities in the Company with a value of £10,000 or more at the Issue Price or any other benefit with a value of £10,000 or more at the date of Admission.

(n)  Copies of this document will be available free of charge at the Company's registered office and from Grant Thornton, Grant Thornton House, Melton Street, Euston Square, London NW1 2EP during normal office hours on any weekday (Saturdays and public holidays excepted) for a period of not less than 14 days from the date of Admission.

10 March 2000

Printed by Regent Group Limited

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 70 of 131

# *END OF DOCUMENT*

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097

Page 71 of 131

CERTIFIED COPY - MADU54E54988A4C15E258E346743N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**ADVFN PLC**

ANNUAL REPORT AND AUDITED
FINANCIAL STATEMENTS
FOR THE YEAR ENDED
30 JUNE 2024

**Registered Number: 02374988 (England and Wales)**

**ADVFN PLC**

---

**Contents of the Financial Statements**

| | PAGE |
|---|---|
| Directors, officers and advisers | 2 |
| Chairman's Statement | 3 |
| Chief Executive's Statement | 4 |
| Strategic Report | 5 |
| Corporate Governance Report | 9 |
| Report of the Directors | 13 |
| Directors' Remuneration Report | 15 |
| Independent Auditor's Report | 16 |
| Consolidated Income Statement and Statement of Comprehensive Income | 21 |
| Consolidated Balance Sheet | 22 |
| Company Balance Sheet | 23 |
| Consolidated Statement of Changes in Equity | 24 |
| Company Statement of Changes in Equity | 25 |
| Consolidated Cash Flow Statement | 26 |
| Company Cash Flow Statement | 27 |
| Notes to the Financial Statements | 28 |

1

**ADVFN PLC**

---

**Directors, officers and advisers**

**Directors**

Amit Tauman

Matthew Collom (Sales Director)

Lord Gold (Non-executive Chairman)

Anthony Wollenberg (Non-executive Director)

Shalom Berkovitz (Non-executive Director) (appointed on 3 June 2024)

**Registered Office**

Suite 28, Ongar Business Centre, The Gables, Fyfield Road, Ongar, Essex, CM5 0GA

**Independent Auditor**

Saffery LLP, 71 Queen Victoria St, London, EC4V 4BE

**Nominated Adviser**

Beaumont Cornish Limited, Building 3, 566 Chiswick High Road, London, W4 5YA

**Broker**

Peterhouse Capital Limited, 80 Cheapside, London, EC2V 6EE

**Registrars**

Neville Registrars Limited, Neville House, Steelpark Road, Halesowen, B62 8HD

**Company number:** 02374988

Docusign Envelope ID: 92A-1A60-54E-4988-A4C1-5E288E346743

CERTIFIED COPY - M00454554089 A4C1 5E288E346743N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**ADVFN PLC**

---

**Chairman's Statement**

This year has been pivotal for ADVFN, as we continue to strengthen our foundations for future success.

The Board remains robust, with the addition of a new, highly experienced member, further enhancing our finance and business development team.

Whilst there remain headwinds in the industry, we remain confident in our approach. The company continues to innovate and develop state-of-the-art technologies, in part powered by AI, which empower retail investors and position ADVFN at the forefront of financial technology.

We are resolved to steering the company through these challenges, always aligning our long-term vision for growth with shareholders' best interests.

DocuSigned by:

*[signature]*

92A833BDCF9844D...

Lord Gold
**Non-executive Chairman**

3

Docusign Envelope ID: 962D1A0DA545F4988CA1C31E238E34B71A1

**ADVFN PLC**

---

<u>**Chief Executive's Statement**</u>

Dear Shareholders, Employees, and Stakeholders,

I am pleased to present to you the annual report for ADVFN PLC (ADVFN) ("the Company") and its subsidiaries (together "the Group") for the fiscal year 2023-2024.

Our mission at ADVFN is to empower retail investors by connecting them together in real-time, providing them with the tools and insights they need to make informed investment decisions. Our vision is to become the leading platform for trading ideas and live discussions, fostering a dynamic and engaged community of investors. Our aim is to be positioned at the forefront of the financial technology market. With our deep understanding of market dynamics and our commitment to innovation, we are equipped to deliver cutting-edge products and offerings.

This year has presented numerous challenges and opportunities for ADVFN. Our revenues for this year stood at £4.4 million, reflecting the impact of the downturn in advertising sales and strategic decisions to wind down certain components of our site. However, we successfully reduced our net loss from £2.2 million to £918,000, meeting our cost reduction targets.

This year has been marked by several key milestones and innovations:

- **Partnerships:** We established a new relationship with our Italian partners, Prodesfin, strengthening our presence in the Italian market.
- **Platform Revamp:** We revamped our website, www.advfn.com, and initiated the rollout process to other countries, enhancing user experience and engagement.
- **New App Launches:** We launched two new apps, which are expected to have a positive impact and are paving our way to increase our revenue stream. Additionally, we plan to open up Android subscription purchases and integrate an ad network within our apps, further bolstering our revenue and expanding our customer base.
- **AI Intelligence and ADVFN Live Chat:** We are particularly excited about the release of AI Intelligence and the ADVFN Live Chat platform. AI Intelligence utilizes the latest GPT-4 and other large language models (LLMs) to transform how our users consume financial data, providing advanced insights and analytics that empower investors to make smarter decisions. For these AI tools, we plan to charge a premium subscription to users, ensuring high-margin revenue streams.

The ADVFN Live Chat platform represents the next generation of ADVFN, connecting users in real-time and sharing trading ideas while leveraging ADVFN market data and tools. This platform is designed to be a cornerstone of our community, enhancing user engagement and collaboration. We plan to start with an advertising model focused on exclusive partnerships and eventually move toward an Investor Relations B2B model, complemented by a premium subscription service. These strategies are designed to diversify our revenue streams and drive sustained growth.

These advancements exemplify our commitment to being a cutting-edge platform. The advertising market continues to experience a downturn, presenting challenges for us, our peers, and the entire space. This business model has proven to be unpredictable, and as such, we are transitioning from a reliance on advertising sales to a more focused products and tools platform.

Looking ahead to 2024-2025, our main focus will be on live discussions, AI, and trading tools. We believe in our ability and skills to achieve our goals in these areas, positioning them as central pillars of our growth strategy, however these will take time to show a significant increase in revenue.

I extend my thanks to our dedicated employees for their hard work and commitment. I also appreciate the continued support of our partners, stakeholders, and shareholders, whose trust and confidence drive us forward.

Sincerely,

Signed by:

*Amit Tauman*

C6F019A894924DF...

Amit Tauman
**CEO**

**20 November 2024**

4

Docusign Envelope ID: 962114D054EEC4988C4C31B6258E34672A1

**ADVFN PLC**

---

**Strategic Report**

**Financial Overview**

The financial reporting framework that has been applied in the preparation of the Group and Company financial statements is the applicable law and UK-adopted international accounting standards.

The loss for the financial year after tax amounted to £918,000 (2023: a loss of £2,169,000).

The business is focused on the new products and services that are being launched in the coming months, with the intention of driving improved subscription numbers in the long term. The Group has been through significant changes in the past 2 years and the impact of these is still being felt.

While the spend was high this year, we are moving toward one of our goals and seeing diminishing expenses and constantly reducing operational costs:

- Operational costs are down on average by 24.6% YoY £5,335k vs £7,076k
- Headcount, reduced by 25% YoY from 31 to 23

ADVFN 2023-2024 financial highlights:

- Revenue was £4.4 million compared to £5.4 million in the prior year.
- Net loss was £0.9 million compared to net loss of £2.2 million in the prior year period.
- Cash and cash equivalents: £4.1 million compared to £5.6 million in the prior year.

The Directors are not proposing payment of a dividend (2023: £Nil).

**Business Review**

We are working to grow our user base and improve engagement, with the goal of gradually tapping into the potential of these platforms to support our overall business growth. This is why we have been working on a modern, state-of-the-art platform that will enable investors to interact in new ways, with a particular focus on private groups that could evolve into a B2B model for financial influencers. Given the current market landscape, where many competitors are struggling with shrinking gross margins and declining revenues, we anticipate a consolidation within the industry this year, as the space has shrunk since 2020-2022. We see many companies lacking a cash buffer, and with current traffic levels and basic figures, it will be very challenging to achieve profitability. We have strategically positioned ourselves with a strong cash reserve and a clean balance sheet, enabling us to explore opportunities for mergers and acquisitions in the realms of artificial intelligence and community development. These initiatives will help us expand our reach and integrate cutting-edge technologies that align with our long-term goals.

For ADVFN, the unpredictability and decline in the advertising market, which has been significantly impacted, led us to pivot toward enhancing our subscription model, including the development of a community premium model. We plan to grow this model by expanding our product offerings, including AI-driven tools and the introduction of new products including a premium community model. The premium community model will focus on providing exclusive access to private groups, specialized content, and advanced features tailored for our most engaged users, which we hope will host their own private rooms. Our business model hinges on driving traffic to our site, which we then monetize through two primary streams: advertising and subscriptions. On the advertising side, increased user engagement leads to more ad impressions and higher revenue, while our subscription model benefits from robust product offerings and effective funnel management, driving higher conversion rates and recurring revenue (MRR).

We are committed to optimizing our traffic acquisition strategies and refining our product offerings to improve user retention and enhance the overall user experience. By doing so, we aim to boost both subscription conversions and ad impressions, ultimately increasing revenue while maintaining the quality and integrity of the user experience. As we move forward, we will continue to monitor market trends and adjust our strategies to ensure sustainable growth and long-term success.

**Summary of key performance indicators**

Our approach to Key Performance Indicators (KPIs) is designed to clearly show our stakeholders where our targets, efforts, and priorities lie each year.

For example, last year, we set targets with a focus on operational cost reductions. We are pleased to report that we met our cost-saving KPIs, achieving a reduction that brought our operational expenses to less than £5.5 million.

Given this success, we no longer include cost reduction as a KPI for the upcoming period. We believe that after 18 months of rigorous cost management, we have made the company highly efficient. Each new cost and expense is now closely tied to return on investment (ROI), ensuring that we maintain a lean operation while continuing to scale. We are confident that we can sustain growth without significantly increasing our fixed costs in relative terms.

In the coming financial year, the KPIs we will monitor will shift the focus towards development and growth.

5

CERTIFIED COPY MRD54E-GA,988: A1O1-6E258E346713 N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797
Page 78 of 132

**ADVFN PLC**

<u>**Strategic Report**</u> **(continued)**

**Why These are KPIs:**
These KPIs are considered key drivers of our business because they directly impact our ability to generate revenue, retain users, and expand our market presence. By focusing on traffic growth, turnover, community engagement, and subscription premium users, we are addressing the core components that fuel our platform's success. These KPIs are critical as they reflect the health of our business, guide our strategic decisions, and measure our progress toward achieving our long-term goals.

- **Traffic Growth:** Building on our past efforts, traffic growth remains a top priority. We aim to increase the number of unique visitors to our platform through targeted SEO and marketing strategies, Live Chat, and product offerings. This metric is crucial for our B2C business model as it drives the initial stages of our engagement funnel, setting the stage for increased revenue opportunities.

- **Turnover:** We anticipate that new products launched will contribute to a substantial increase in turnover, albeit one that will take time to materialize. Our monetization strategies are now optimized, ensuring that the increased user base translates into higher revenue. This includes a focus on attracting premium subscribers, enhancing advertising revenues, and exploring new revenue streams to diversify our income sources.

- **Community Engagement:** Community engagement is a vital KPI because it reflects the health and vibrancy of our platform. A highly engaged community is more likely to generate valuable content, contribute to discussions, and foster a collaborative environment that attracts new users and retains existing ones. Engaged users are more likely to explore our premium offerings and increase their usage of paid tools and services, driving revenue growth. We measure this through the **number of unique posters** and the **frequency of posts**, setting targets to increase these metrics by 20% this year compared to the previous year. These targets are aligned with our efforts to enhance Live Chat, improve SEO, and attract new users.

- **Subscription Premium Users:** The growth in the number of subscription premium users is a key indicator of our ability to convert free users into paying customers. This KPI is essential because premium subscribers represent a significant and stable revenue stream with higher margins. We will measure this by tracking the growth rate of premium subscriptions, setting a target to increase the number of premium users by 25% compared to the previous year. This growth will be driven by the introduction of new premium features in AI tools, Live Chat, and mobile apps, as well as targeted marketing efforts.

**Principal risks and uncertainties**

In the dynamic environment in which we operate, we face several principal risks and uncertainties that could impact our business. We have identified key areas where these risks are most prevalent and have developed strategies to mitigate them.

1. **Currency Fluctuations**: Operating in multiple countries exposes us to the risks associated with fluctuating exchange rates of the Euro, GBP, and the US Dollar. These currency fluctuations can impact our revenues, expenses, and overall financial stability, making it imperative to employ effective currency risk management strategies. To mitigate these risks, we are reviewing our pricing transfer agreements and primarily maintaining most of our revenue in GBP. This approach helps stabilize our financial operations against currency volatility.

2. **Ad Networks Industry Volatility**: The ad networks industry is witnessing a decline in overall revenue, exemplified by the recent bankruptcy of companies in that space. This is reflected in the Online Ad Revenue Index, which has dropped by 20%. These industry-wide challenges necessitate a proactive approach in diversifying our revenue streams and ensuring financial stability. To address these industry-wide challenges, we are diversifying our revenue streams by expanding our product offerings and focusing on increasing subscriptions. This strategy is designed to reduce our dependence on ad revenues and enhance financial stability.

3. **Market Uncertainty Impacting Traffic**: The unpredictability in global markets and exchange pricing directly impacts our website traffic and user engagement. During times of economic uncertainty and a steady downward trend, users may reduce their online activity or shift their preferences, affecting our platform's performance. Developing resilience and adaptability strategies is essential to mitigate the adverse effects of market fluctuations on our traffic and user engagement. To counteract these effects, we are continually working on converting new traffic and intensively improving our SEO. These efforts are aimed at maintaining and growing our user base despite market fluctuations.

4. **Regulatory Adherence**: In today's rapidly evolving regulatory landscape, we understand the increasing complexities that extend beyond GDPR to encompass broader issues such as data privacy, User-Generated Content (UGC) compliance, AI ethics, and online safety. These regulatory frameworks are critical in shaping how we manage data and interact with our user base. To navigate these changes effectively, we are steadfast in our commitment to staying abreast of new regulations and governance practices. Our approach includes the development of robust compliance guidelines and ongoing consultations with legal experts and industry specialists.

6

Docusign Envelope ID: 9621-1A9D-54F5-4988-AdC4-bE258E34E711

**ADVFN PLC**

---

Strategic Report **(continued)**

**Principal risks and uncertainties (continued)**

5. **Inadequate Disaster Recovery Procedures**: Addressing the risks associated with our on-premises data storage, especially in the event of a disaster, is a top priority. Such events pose serious threats to our data integrity and infrastructure. To mitigate these risks, we are transitioning to cloud-based data storage for improved security and redundancy and are updating our infrastructure by replacing old hardware with more robust and reliable systems. This strategy is key to ensuring the protection and stability of our operations under any circumstances.

6. **Cybersecurity Risks**: As we continue to expand our digital footprint, cybersecurity risks become increasingly significant. Threats such as data breaches, ransomware, and cyber-attacks can disrupt operations and compromise sensitive information. We are committed to maintaining robust cybersecurity measures, including regular security audits, penetration testing, and employee training programs to protect against these threats. Our incident response plan is continually updated to ensure rapid action in the event of a security breach.

Consideration of the principal risks associated with financial instruments is contained in note 23.

**People**

We would like to thank the whole team at ADVFN who have worked hard during a tumultuous time in the markets.

**Directors' statement of responsibilities under section 172 Companies Act 2006**

The Directors have considered the requirements of Section 172(1) of the Companies Act 2006 to prepare a statement explaining how the Directors have considered the wider stakeholder needs when performing their duties under Section 172 of the Companies Act 2006.

The Directors consider the stakeholders to be the people who work for us, work with us, invest with us, own us, regulate us and live in the societies we serve. The Directors recognise that building strong relationships with our stakeholders will help deliver the Group's strategy in line with the long-term values. The Directors are committed to effective engagement with all of our stakeholders and seek to understand the interests and views of the Group's stakeholders by engaging with them directly as appropriate.

Depending on the nature of the issue in question, the relevance of each stakeholder group may differ and, as such, as part of the Group's engagement with stakeholders, the Directors seek to understand the relative interests and priorities of each group and to have regard to these, as appropriate, in their decision making. The Directors acknowledge, however, that not every decision the Board makes will necessarily result in a positive outcome for all stakeholders. However, the Directors do challenge management to ensure all stakeholder interests are considered in the day-to-day management and operations of the Group.

As part of their deliberations and decision-making process, the Directors take into account the following:

• the likely consequences of any decisions in the long term;
• interests of the Group's employees;
• need to foster the Group's business relationships with suppliers, customers and others;
• impact of the Group's operations on the community and environment;
• desirability of the Group maintaining a reputation for high standards of business conduct; and
• the need to act fairly as between members of the Group.

As a result of these activities, the Directors believe that they have demonstrated compliance with their obligations under s.172 of the Companies Act 2006.

**Environmental Matters**

The Directors' aim for the Group is to be and remain a contributing and good "Corporate Citizen".

As a small AIM-listed company, we recognise the importance of understanding and managing the risks and opportunities associated with climate change and other environmental matters. Our business does not have a high carbon footprint and we consider it to be a sustainable business. We try to ensure that our planet's precious resources are used appropriately for the benefit of current and future generations.
Although we are not required to report under the Task Force on Climate-related Financial Disclosures (TCFD) framework, we are committed to monitoring our exposure to climate related risks and identifying opportunities to contribute to a low carbon economy. The Board considers that the business and strategic decisions which it takes now, in furtherance of the Group's business objectives, do not damage the global environment.

7

Docusign Envelope ID: 9621143D454E54988AC1C31bE258E34B7K3

**ADVFN PLC**

---

<u>**Strategic Report**</u> **(continued)**

**Employees**

The Group has a small number of employees but those it has are situated and are deployed on the Group's business around the World. We ensure that we comply with all local labour laws and apply what the Directors believe are appropriate standards and systems to monitor and ensure the welfare of those employees.

**Stakeholder engagement**

The Group is entirely owned by the shareholders of ADVFN Plc and the shares of the Group are traded on AIM. The stakeholders of the Group consist predominantly of the shareholders, employees, advisers and suppliers. The Directors recognise the importance of these relationships and take active steps to develop and strengthen them through dialogue and engagement. These relationships are regularly monitored at Board level.

**Governance**

Each Board meeting addresses compliance by the Group with its corporate governance codes and reinforces the Board's requirement that its business be conducted with integrity and with due regard for ethical standards.

ON BEHALF OF THE BOARD

Signed by:

*Amit Tauman*

C6F019A894924DF...

**Amit Tauman**

**CEO**

**20 November 2024**

8

Docusign Envelope ID: 9621A4D0-545F-4988-A4C1-5E258E34B711

**ADVFN PLC**

---

<u>**Corporate Governance Report**</u>

In April 2018, the Quoted Companies Alliance (QCA) published an updated version of its Code which provides UK small and mid-sized companies with a corporate governance framework that is appropriate for a Group and Company of our size and nature.

The Board considers the principles and recommendations contained in the QCA Code are appropriate and has therefore chosen to apply the QCA Code. The updated 2018 QCA Code has 10 principles that should be applied. Each principle is listed in the statement below together with an explanation of how the ADVFN PLC ("the Company") and its subsidiaries (together "the Group") applies or otherwise departs from each of the principles.

In 2023, the Quoted Companies Alliance (QCA) published an updated version of its Code. The updated code will be applied in the financial statements for the year ended 30 June 2025.

**Principle One**
*Business Model and Strategy*
The board has concluded that the medium-long term value that can be delivered to its shareholders is for ADVFN to obtain technological advantage while building cutting edge tools for real-time data and for growing our community. We remain in the position that a key indicator for our company's health is our subscriptions, and we maintain our sales-subscription model as it is.

**Principle Two**
*Understanding Shareholder Needs and Expectations*
The Board is committed to maintaining good communication and having constructive dialogue with its shareholders. The Group has close ongoing relationships with its brokers, NOMAD and shareholders. Shareholders also have the opportunity to attend our AGM and can access current information about the Group via our Investor Relations (IR) website or at www.advfn.com.

**Principle Three**
*Considering wider stakeholder and social responsibilities*
The Board recognises that the long-term success of the Group is reliant upon the efforts of the employees of the Group and its contractors, suppliers, regulators and other stakeholders. In addition, the Board is conscious of its responsibility to ensure that the website users' experience is a positive one by being aware of its social, economic and environmental impact, and considering human rights. The finance team review this on a regular basis to ensure that there is close oversight and contact with its key resources and relationships.

**Principle Four**
*Risk Management*
In addition to its other roles and responsibilities, the Audit Committee and Finance team are responsible to the Board for ensuring that procedures are in place and are being implemented effectively to identify, evaluate and manage the significant risks faced by the Group. The risk assessment matrix below sets out those risks and identifies their ownership and the controls that are in place. This matrix is updated as changes arise in the nature of risks or the controls that are implemented to mitigate them. The following principal risks and controls to mitigate them have been identified:

| Activity | Risk | Impact | Control(s) |
|---|---|---|---|
| Management | Recruitment and retention of key staff | Reduction in operating capability | Stimulating and safe working environment<br>Balancing salary with longer term incentive plans |
| Regulatory adherence | Breach of rules | Censure or withdrawal of authorisation | Strong compliance regime instilled at all levels of the Group |
| Strategic | Inadequate disaster recovery procedures | Loss of key operational and financial data | Robust compliance<br>Secure offsite storage of data and Cloud migration. |

9

Docusign Envelope ID: 9621-14B0-54EE-4980-A4C1-5E258E346711

**ADVFN PLC**

**Corporate Governance Report** (continued)

| Activity | Risk | Impact | Control(s) |
|---|---|---|---|
| **Financial** | | | |
| | Fixed overheads | Decline in revenue affects going concern | Board monitor |
| | Fluctuations in exchange rates and inflation | Exposure to negative impact will reduce value of assets and revenues | Monitoring by Board and consultants, reviewing price transferring agreement and use of forward contracts where required |
| **Economic** | General downturn | Business activity reduced | Market engagement by staff and Board monitor |
| **Technical** | Product obsolescence | Visits to site and revenue fall | Maintain R & D spend and technical expertise |

The Directors have established procedures, as represented by this statement, for the purpose of providing a system of internal control. An internal audit function is not considered necessary or practical due to the size of the Group and the close day to day control exercised by the executive directors. However, the Board will continue to monitor the need for an internal audit function.

**Principle Five**
*A Well-Functioning Board of Directors*
As at the date hereof the Board comprised, the Non-Executive Chairman Lord Gold, CEO Amit Tauman, Sales Director Matthew Collom and non-executive directors Anthony Wollenberg and Shalom Berkovitz. Biographical details of the current Directors are set out within Principle Six below. Executive and Non-Executive Directors are subject to re-election at intervals of no more than three years.

The Board meets regularly throughout the year (ordinarily 6 times). It has established an Audit Committee and Finance team and a Remuneration Committee, particulars of which appear below. The Board has agreed that appointments to the Board are made by the Board as a whole and so has not created a Nominations Committee. Anthony Wollenberg, Lord Gold and Shalom Berkovitz are considered to be Independent Directors. The Board notes that the QCA recommends a balance between executive and non-executive Directors and recommends that there be two independent non-executives. While the Board considers to date that the Board composition (including the non-executive role of the Chairman and the two non-executive directors) has been appropriate for the Group given the size of the business, the board will review further appointments as scale and complexity grows.

Directors' attendance at Board Meetings

| | 10/7/23 | 23/11/23 | **4/12/23** | **18/12/23** | **19/3/24** | 15/5/24 |
|---|---|---|---|---|---|---|
| Amit Tauman | x | x | x | x | x | x |
| Matthew Collom | x | x | x | x | x | x |
| Lord David Gold (Non-exec) | x | x | x | x | x | x |
| Anthony Wollenberg (Non-exec) | x | x | x | x | x | x |
| Shalom Berkovitz (appointed 3 June 2024) | - | - | - | - | - | - |

**Principle Six**
*Appropriate Skills and Experience of the Directors*
The Board currently consists of 5 Directors (2023:4). The Group believes that the current balance of skills in the Board as a whole, reflects a very broad range of commercial and professional skills across geographies and industries and each of the Directors has experience in public markets. However, we are in a search to expand our board of directors.

The Board recognises that it currently has limited diversity and this will be taken fully into account if the Board concludes that replacement of directors is required. The Board will review annually the appropriateness and opportunity for continuing professional development whether formal or informal.

10

DocuSign Envelope ID: 962113D0-54EF-4988-A4C1-bE258E346713

**ADVFN PLC**

---

**Corporate Governance Report** (continued)

**Amit Tauman**
*Chief Executive Officer*

Amit took responsibilities across several business operations, including creating and implementing the company's culture, vision, mission, and overall direction while leading the development and implementation of the company's overall strategy. Amit came from an extensive background in mathematics and computer science with years of experience in AI and machine learning. Amit Tauman assumed the title of CEO on 25 November 2022.

**Matthew Collom**
*Sales Director*

Matthew Collom joined ADVFN in 2001 and has 20 years' experience within the on-line advertising industry. He became the Sales Director of the company in May 2014.

**Lord Gold**
*Non-Executive Chairman*

Lord Gold was appointed Director of ADVFN on 29 April 2022. His background is as a litigation solicitor at Herbert Smith, becoming Senior Partner in April 2005. In March 2011 he set up a consultancy advising on strategy and tactics. In October 2018, Lord Gold joined forces with Simon Collins, former Senior Partner of KPMG, to create a new business called Gold Collins Associates, which advises organisations and individuals facing crisis situations. He became a Conservative Peer in February 2011. He chairs the investment committee of litigation funder, Balance Legal Capital. He also chairs the London campus of international business school, ESCP.

**Anthony Wollenberg**
*Non-Executive Director*

Tony Wollenberg joined the board in 2022 together with Lord Gold and Amit Tauman. Tony Wollenberg is a solicitor specialising in financial services and big ticket commercial disputes, often with alleged fraud at their heart. He founded and managed his own law firm for 22 years before its merger with a US law firm. Tony Wollenberg has also founded and invested in a number of commercial ventures.  He currently serves as a director of eToro (U.K.) Limited which is part of one of the world's largest investment platforms which he helped found in 2007.

**Shalom Berkovitz**
*Non-Executive Director*

Shalom Berkovitz joined the board on 3 June 2024, Mr Berkovitz was formerly Chief Financial Officer and Deputy Chief Executive of eToro from 2016 to 2023 when he retired. Mr Berkovitz continues to act on a number of eToro's Group company boards (as set out further below). Prior to joining eToro, Mr Berkovitz was Chief Executive of DSNR Media Group. Mr Berkovitz graduated with a B.Sc.EE in1987 from Technion – Israel Institute of Technology, an MBA from Tel Aviv University in 1992, and is a Harvard Business School GMP25 graduate.

**Principle Seven**
*Evaluation of Board Performance*
Internal evaluation of the Board, the Committees and individual Directors is to be undertaken in the form of appraisal and discussions to determine the effectiveness and performance as well as the Directors' continued independence. There is no formal programme of appraisal in place as the Board is small and in constant contact. Informal meetings include discussions around members' effectiveness and performance.

**Principle Eight**
*Corporate Culture*
The Board recognises that its decisions regarding strategy and risk will impact the corporate culture of the Group as a whole and that this will impact upon the performance of the Group. The Board is very aware that the tone and culture set by the Board will greatly impact on all aspects of the Group as a whole and the way that employees behave. The corporate governance arrangements that the Board has adopted are designed to ensure that the Group delivers long term value to its shareholders and that shareholders have the opportunity to express their views and expectations for the Group.

A large part of the Group's activities is centred upon what needs to be an open and respectful dialogue with employees, clients and other stakeholders. Therefore, the importance of sound ethical values and behaviours is crucial to the ability of the Group successfully to achieve its corporate objectives. The Board places great importance on this aspect of corporate life and seeks to ensure that this flows through all that the Group does. The Directors consider that at present the Group has an open culture facilitating comprehensive dialogue and feedback and enabling positive and constructive challenge. The Group has adopted, with effect from the date on which its shares were admitted to AIM, a code for Directors' and employees' dealings in securities which is appropriate for a Group whose securities are traded on AIM and is in accordance with the requirements of the Market Abuse Regulation which came into effect in 2016.

11

**ADVFN PLC**

**Corporate Governance Report** (continued)

**Principle Nine**
*Maintenance of Governance Structures and Processes*
Ultimate authority for all aspects of the Group's activities rests with the Board, the respective responsibilities of the Non-executive Chairman and Chief Executive Officer arising as a consequence of delegation by the Board. The Non-executive Chairman is responsible for the effectiveness of the Board, while management of the Group's business and primary contact with shareholders has been delegated by the Board to the CEO.

*Audit Committee*
During the financial year ended 30 June 2024 the Audit Committee comprised Anthony Wollenberg, Amit Tauman and Lord David Gold and was chaired by Lord David Gold. This team has primary responsibility for monitoring the quality of internal controls and ensuring that the financial performance of the Group is properly measured and reported. It receives reports from the executive management and auditors relating to the interim and annual accounts and the accounting and internal control systems and their effectiveness in use throughout the Group. The Audit Committee has unrestricted access to the Group's auditors. The Audit Committee now comprises Antony Wollenberg, Amit Tauman, Shalom Berkovitz and Lord David Gold.

In respect of the Company's system of internal controls and its effectiveness, the Directors:
-are satisfied that they have carried out a robust assessment of the principal risks facing the Company, including those that would threaten its business model, future performance, solvency or liquidity; and
-have reviewed the effectiveness of the risk management and internal control systems including material financial, operational and compliance controls (including those relating to the financial reporting process) and no significant failings or weaknesses were identified.

*Remuneration Committee*
The Remuneration Committee comprises Amit Tauman, Lord Gold and Anthony Wollenberg. The Remuneration Committee reviews the performance of the executive directors and employees and makes recommendations to the Board on matters relating to their remuneration and terms of employment. The Remuneration Committee also considers and approves the granting of share options pursuant to the share option plan and the award of shares in lieu of bonuses pursuant to the Group's Remuneration Policy.

*Nominations Committee*
The Board has agreed that appointments to the Board will be made by the Board as a whole and so has not created a Nominations Committee.

*Non-Executive Directors*
The Board has adopted guidelines for the appointment of Non-Executive Directors which have been in place and observed throughout the year. These provide for the orderly and constructive succession and rotation of the Non-executive Chairman and non-executive directors insofar as both the Non-executive Chairman and non-executive directors will be appointed for an initial term of three years and may, at the Board's discretion, believing it to be in the best interests of the Group, be appointed for subsequent terms.

In accordance with the Companies Act 2006, the Board complies with: a duty to act within their powers; a duty to promote the success of the Group; a duty to exercise independent judgement; a duty to exercise reasonable care, skill and diligence; a duty to avoid conflicts of interest; a duty not to accept benefits from third parties and a duty to declare any interest in a proposed transaction or arrangement.

**Principle Ten**
*Shareholder Communication*
The Board is committed to maintaining good communication and having constructive dialogue with its shareholders. The Board has close ongoing relationships with its private shareholders. Institutional shareholders and analysts have the opportunity to discuss issues and provide feedback at meetings with the Group.

Investors also have access to current information on the Group through its website, www.advfn.com, and via Amit Tauman, CEO, who is available to answer investor relations enquiries.

The Group shall include, when relevant, in its annual report, any matters of note arising from the audit or remuneration committees.

ON BEHALF OF THE BOARD

DocuSigned by:

*[signature]*

—92A833BDCF9844D...
**Lord Gold**
**Chairman**
**20 November 2024**

12

**ADVFN PLC**

---

## Report of the Directors

The Directors present their report and the audited financial statements for the year ended 30 June 2024.

### PRINCIPAL ACTIVITIES

The principal activity of the Group is the development and provision of financial information primarily via the internet, research services and the development and exploitation of ancillary internet sites.

### DIRECTORS

The Directors set out below held office throughout the year except where stated:

A Tauman (Chief Executive Officer)
M Collom (Sales Director)
Lord Gold (Non-executive Chairman)
A Wollenberg (Non-executive Director)
S Berkovitz (appointed on 3 June 2024) (Non-executive Director)

In 2024 A Tauman and Lord Gold will retire by rotation and, being eligible, offer themselves for re-election. The Directors' interests in the shares of the Company are shown in the Directors' Remuneration Report.

### DIRECTORS' INDEMNITIES

The company has made qualifying third-party indemnity provisions for the benefit of its directors which were made during the year and remain in force at the date of this report.

### SUBSTANTIAL SHAREHOLDERS

At 30 June 2024 the Directors were aware of the following shareholdings in excess of 3% of the Company's issued share capital:

|  | Shareholding | % |
|---|---|---|
| Amit Tauman (Director) | 5,437,972 | 11.55 |
| Yair Tauman | 4,225,165 | 9.13 |
| Dan Horsky | 4,071,437 | 8.80 |
| Ron Izaki | 2,979,761 | 6.44 |
| Online Blockchain Plc | 2,291,938 | 4.95 |
| The Estate of Zohar Zisapel | 1,818,181 | 3.93 |
| Soare Holdings Ltd | 1,818,181 | 3.93 |

### RESEARCH AND DEVELOPMENT

We are constantly engaged in research and development, striving to improve and expand our customers' on-line experience. We are highly focused on new developments including improvements to our website and researching and developing new investment tools and real-time systems. Expenditure during the year amounted to £278,000 (2023: £175,000) all of which is development expenditure and has been capitalised.

### GOING CONCERN

The financial statements have been prepared on the going concern basis which assumes the Group will continue in existence for the foreseeable future. The Directors have prepared a detailed forecast of future trading and cash flows for at least 12 months from when the accounts were approved. The forecasts take into consideration potential future growth of the business both in the UK and USA, the development of products that will enhance the growth of the business and the potential areas for additional cost saving if required. At 30 June 2024 the Group's cash balances amounted to £4,091,000. The Group's forecasts are based on an amalgamation of pessimistic, realistic and optimistic scenarios using a baseline of current year figures and applying known and expected changes for costs as revenues as well as a 3% inflationary increase. The forecasts show that the Group and the company have sufficient funding to enable them to carry on as a going concern for the next twelve months from the date of signing the audit report. The Directors are also planning on developing new products that will enhance the growth of the business and will consider further areas for additional cost saving if required. The directors have given due consideration to the two subsidiaries for whom ADVFN Plc has given guarantees under the audit exemption rules and do not consider this will affect the Group's risk position. Accordingly, the Directors have prepared these financial statements on the going concern basis.

### FINANCIAL RISK MANAGEMENT

Information relating to the Group's financial risk management is detailed in note 23 to the financial statements.

13

Docusign Envelope ID: 9621140D454F54088-A4C4-bE758E34E711

**ADVFN PLC**

**Report of the Directors** (continued)

**EVENTS AFTER THE BALANCE SHEET DATE**

There were no relevant events after the balance sheet date.

**STRATEGIC REPORT**

Information in respect of the Business Review is not shown in the Report of the Directors because it is presented in the Strategic Report in accordance with s414C(11) of the Companies Act 2006.

**CORPORATE GOVERNANCE REPORT**

Information in respect of the Principal Risks and Uncertainties is not shown in the Report of the Directors because it is presented in the Corporate Governance Report.

**DIRECTORS' RESPONSIBILITIES STATEMENT**

The directors are responsible for preparing the Strategic Report, the Report of the Directors, the Directors' Remuneration Report, the Corporate Governance Report, and the financial statements in accordance with applicable law and regulations.

Company law requires the Directors to prepare Group and Parent Company financial statements for each financial year. Under that law the Directors have elected to prepare the financial statements in accordance with UK-adopted international accounting standards and as regards to the Parent Company financial statements, as applied in accordance with section 408 of the Companies Act 2006. Under company law the Directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs and profit or loss of the Company and Group for that period. In preparing these financial statements, the Directors are required to:

- select suitable accounting policies and then apply them consistently
- make judgments and accounting estimates that are reasonable and prudent
- state whether applicable law and UK-adopted international accounting standards, in conformity with the requirements of the Companies Act 2006, have been followed, subject to any material departures disclosed and explained in the financial statements and
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business

The Directors are responsible for keeping adequate accounting records that are sufficient to show and explain the Group and Company's transactions and disclose with reasonable accuracy at any time the financial position of the Group and Company and enable them to ensure that the financial statements and the Directors' Remuneration Report comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the Group and Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The Directors confirm that:

- so far as each Director is aware, there is no relevant audit information of which the company's auditor is unaware; and
- the Directors have taken all the steps that they ought to have taken as directors in order to make themselves aware of any relevant audit information and to establish that the company's auditor is aware of that information.

The Directors are responsible for the maintenance and integrity of the corporate and financial information included on the company's website. Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

**AUDITOR**

In accordance with section 489(4) of the Companies Act 2006, a resolution appointing auditors will be put to the members at the forthcoming Annual General Meeting.

ON BEHALF OF THE BOARD

DocuSigned by:

92A833BDCF9844D...

**Lord Gold**
**Chairman**
**20 November 2024**

14

**ADVFN PLC**

---

**Directors' Remuneration Report**

**Directors' emoluments**

|  | Salary & fees | Share based payments | 2024 Total | 2024 Pension | 2023 Total | 2023 Pension |
|---|---|---|---|---|---|---|
|  | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **Executive Directors** |  |  |  |  |  |  |
| A Tauman | 200 | 15 | 215 | - | 201 | - |
| M J Hodges (resigned 8 August 2022) | - | - | - | - | 37 | 6 |
| J B Mullins (resigned 6 February 2023) | - | - | - | - | 137 | - |
| M Collom | 156 | 2 | 158 | - | 141 | - |
| **Non-Executive Directors** |  |  |  |  |  |  |
| D Gold | 80 | - | 80 | - | 100 | - |
| A Wollenberg | 55 | - | 55 | - | 79 | - |
| S Berkovitz | 3 | - | 3 | - | - | - |
| T Spiller (resigned 8 August 2022) | - | - | - | - | 3 | - |
|  | 494 | 17 | 511 | - | 698 | 6 |

**Remuneration policy for Executive Directors**

The Group's policy on Executive Director's remuneration is to:
- attract and retain high quality executives by paying competitive remuneration packages relevant to each Director's role, experience and the external market. The packages include employment related benefits including contributions to private pension plans;
- incentivise Directors to maximise shareholder value through share options which are granted at an exercise price at the market price at date of grant and are normally exercisable for a period of 7 years and lapse if an employee leaves.

**Service contracts**

The Executive Directors have contracts with a ninety day notice period.

No Director had, either during or at the end of the year, a material interest in any contract which was significant in relation to the Group's business.

**Directors' interests in shares**

The interests of the Directors and their families in the shares of the company at 1 July 2023 and 30 June 2024 were as follows:

|  | 30 June 2024 No of Shares | 1 July 2023 No of Shares | 30 June 2024 No of Options | 1 July 2023 No of Options |
|---|---|---|---|---|
| M Collom | - | - | 94,000 | 70,000 |
| A Tauman | 5,437,972 | 5,437,972 | 751,300 | 460,000 |
| Lord Gold | 140,000 | - | - | - |
| A Wollenberg | 140,000 | - | - | - |
| S Berkovitz | - | - | - | - |

There was no change in the Directors' interests between the reporting date and the date of this report.

**Directors' interests in share options**

During the year, options were granted to Amit Tauman (291,300) and Matthew Collom (24,000), vesting over 3 years, with an exercise price of £0.13.

15

Docusign Envelope ID: 962143B0-545C-4088-A1C1-bE758E34B743

**ADVFN PLC**

---

**Independent auditor's report to the members**

**Opinion**

We have audited the financial statements of ADVFN PLC (the 'parent company') and its subsidiaries (the 'group') for the year ended 30 June 2024 which comprise Consolidated Income Statement and Statement of Comprehensive Income, Consolidated Balance Sheet, Company Balance Sheet, Consolidated Statement of Changes in Equity, Company Statement of Changes in Equity, Consolidated Cash Flow Statement, Company Cash Flow Statement and notes to the financial statements, including significant accounting policies. The financial reporting framework that has been applied in their preparation is applicable law and UK-adopted international accounting standards.

In our opinion the financial statements:

- give a true and fair view of the state of affairs of the group and of the parent company as at 30 June 2024 and of the group's loss for the year then ended;

- have been properly prepared in accordance with UK-adopted international accounting standards; and

- have been prepared in accordance with the requirements of the Companies Act 2006.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (UK) (ISAs (UK)) and applicable law. Our responsibilities under those standards are further described in the Auditor's responsibilities for the audit of the financial statements section of our report. We are independent of the group and the parent company in accordance with the ethical requirements that are relevant to our audit of the financial statements in the UK, including the FRC's Ethical Standard as applied to listed entities, and we have fulfilled our other ethical responsibilities in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Our approach to the audit**

We tailored the scope of our audit to ensure that we obtained sufficient evidence to support our opinion on the financial statements as a whole, taking into account the size, risk profile, the organisation of the group, design and implementation effectiveness of group wide controls and changes in the business environment and the industry in which they operate.

As part of designing our audit, we determined materiality and assessed the risks of material misstatement in the financial statements. In particular, we looked at areas where the directors made subjective judgements for example in respect of significant accounting policies that involved making assumptions and considering future events that are inherently uncertain. The risks of material misstatement that had the greatest effect on our audit, including the allocation of our resources and effort, are discussed under "Key audit matters" within this report.

The group consists of the parent company and its subsidiaries, which includes UK and overseas companies. Materiality and the risks of material misstatement were assessed at subsidiary level for our audit procedures on the subsidiaries, both in the UK and overseas.

Our group audit scope included an audit of the group and parent company financial statements. We performed an assessment to determine which components were significant to the group. Significant components were deemed to be those which financially contributed greater than 15% of the group's revenue. None of the UK components were identified as significant. One overseas entity was deemed a significant component and was subject to audit procedures by component auditors under the instruction of the group engagement team. The results of this audit work were reviewed by the group engagement team. Non-significant components were subject to analytical procedures by the group engagement team. The group engagement team also performed testing of the consolidation process and adjustments.

**Key audit matters**

Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the financial statements of the current period and include the most significant assessed risks of material misstatement (whether or not due to fraud) we identified, including those which had the greatest effect on the overall audit strategy, the allocation of resources in the audit; and directing the efforts of the engagement team. These matters were addressed in the context of our audit of the financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

| Key Audit Matter | How our scope addressed this matter |
|---|---|
| Carrying value of capitalised website and mobile application expenditure (Group & Company only) | Our audit procedures included the following: |

16

**ADVFN PLC**

| | |
|---|---|
| The group and company recognises a number of internally generated intangible assets from development projects. The total carrying value at the reporting date was £310,000. | • Obtained an understanding of management's processes and controls for the capitalisation of website and mobile application by performing walkthrough procedures, in which we evaluated the design effectiveness and implementation of controls; |
| When capitalising an internally generated intangible asset there is significant judgement as to: | • Assessed management's capitalisation policy to ensure recognition of costs was in accordance with IAS 38; |
| • Assessing whether the recognition criteria for capitalisation under IAS 38 has been met; | • Performed substantive testing on costs capitalised to source data such as timesheets records and invoices and discussion with the R&D team ensuring appropriate allocation to appropriate projects; |
| • Determining the asset's useful economic life and an appropriate amortisation policy once complete; and | • Obtained and critically reviewed the Board's assessment for indicators of impairment, after considering both corroborative and contradictory evidence; and |
| • Assessing whether there are indicators of impairment at the reporting date. | • Re-performed calculations of amortisation charges, ensuring they are appropriate given the accounting policies applied and reviewed whether the useful economic life applied us appropriate by comparing it to similar assets in external market. |
| The significance of capitalised development costs to the group and company, and the judgements involved regarding the recognition of development assets have led us to identify this as a key audit matter. | |
| | Based on the procedures performed, we have not identified any material misstatements arising in the carrying value of capitalised website and mobile application expenditure. |

**Our application of materiality**

We apply the concept of materiality in planning and performing our audit, in evaluating the effect of any identified misstatements and in forming our opinion. Our overall objective as auditor is to obtain reasonable assurance that the financial statements as a whole are free from material misstatement, whether due to fraud or error. We consider a misstatement to be material where it could reasonably be expected to influence the economic decisions of the users of the financial statements.

In order to reduce to an appropriately low level the probability that any misstatements exceeds materiality, we use a lower materiality level, performance materiality, to determine the extent of testing needed. Importantly, misstatements below this level will not necessarily be evaluated as immaterial as we also take into account the qualitative nature of identified misstatements, and the particular circumstances of their occurrence, when evaluating their effect on the financial.

Based on our professional judgement and taking into account the possible metrics used by investors and other readers of the accounts, we have determined an overall group materiality of £66,000 based on 1.5% of revenue per draft financial statements at the planning stage. Materiality of £54,000 was used for the parent company which was also based on 1.5% of revenue per draft financial statements at the planning stage.

Group performance materiality was set at £49,000 and parent company performance materiality was set at £40,500. These represented 75% of overall materiality.

During the course of our audit, we reassessed initial materiality based on 31 June 2024 revenue and concluded that it remained appropriate as initially determined.

We agreed to report all individual audit differences in excess of £5,000 in relation to the group and parent company, being the level below which misstatements are considered to be clearly trivial. We also agreed to report any other identified misstatements that warranted reporting on qualitative grounds.

17

**ADVFN PLC**

**Conclusions relating to going concern**

In auditing the financial statements, we have concluded that the directors' use of the going concern basis of accounting in the preparation of the financial statements is appropriate. Our evaluation of the directors' assessment of the group and the parent company's ability to continue to adopt the going concern basis of accounting included:

- Obtaining the directors going concern assessment and supporting cash flow forecasts for at least 12 months from date of signing this report;
- Critically appraising and assessing for arithmetical accuracy the directors' formal going concern assessment;
- Reviewing detailed cash flow forecasts to support management's going concern assessment to assess the ability of the company to continue in operation for at least 12 months from the date of signing this report and stress tested the forecasts under a range of scenarios;
- Performing a sensitivity analysis on key assumptions underlying the directors' going concern assessment, including revenue growth year on year and the level of expenditure on development and overheads and the continued impact of inflation on the expenditure being incurred;
- Discussing events after the reporting date with the directors to assess their impact on the going concern assumption, including comparison of the post year-end cash balances to forecast positions;
- Considering how the impact of the current economic climate has been factored into the forecasts including mitigating actions taken to reduce the impact and the timing of such measures;
- Reviewing the disclosures in the financial statements regarding the impact of current economic climate and the going concern status of the group; and
- Considering the form of our audit opinion.

Based on the work we have performed, we have not identified any material uncertainties relating to events or conditions that, individually or collectively, may cast significant doubt on the group or the parent company's ability to continue as a going concern for a period of at least twelve months from when the financial statements are authorised for issue.

Our responsibilities and the responsibilities of the directors with respect to going concern are described in the relevant sections of this report.

**Other information**

The other information comprises the information included in the annual report, other than the financial statements and our auditor's report thereon. The directors are responsible for the other information. Our opinion on the financial statements does not cover the other information and, except to the extent otherwise explicitly stated in our report, we do not express any form of assurance conclusion thereon.

Our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the course of the audit or otherwise appears to be materially misstated. If we identify such material inconsistencies or apparent material misstatements, we are required to determine whether this gives rise to a material misstatement in the financial statements themselves. If, based on the work we have performed, we conclude that there is a material misstatement of this other information we are required to report that fact.

We have nothing to report in this regard.

**Opinions on other matters prescribed by the Companies Act 2006**

In our opinion, based on the work undertaken in the course of the audit:

- the information given in the Strategic Report and the Directors' Report for the financial year for which the financial statements are prepared is consistent with the financial statements; and
- the Strategic Report and the Directors' Report have been prepared in accordance with applicable legal requirements.

**Matters on which we are required to report by exception**

In the light of the knowledge and understanding of the group and the parent company and their environment obtained in the course of the audit, we have not identified material misstatements in the Strategic Report or the Directors' Report.

We have nothing to report in respect of the following matters in relation to which the Companies Act 2006 requires us to report to you if, in our opinion:

- adequate accounting records have not been kept by the parent company, or returns adequate for our audit have not been received from branches not visited by us; or

18

**ADVFN PLC**

- the parent company financial statements are not in agreement with the accounting records and returns; or
- certain disclosures of directors' remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit.

**Responsibilities of directors**

As explained more fully in the Directors' Responsibilities Statement set out on page 14, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view, and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the group and the parent company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the group or the parent company or to cease operations, or have no realistic alternative but to do so.

**Auditor's responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the group and parent company financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not a guarantee that an audit conducted in accordance with ISAs (UK) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Irregularities, including fraud, are instances of non-compliance with laws and regulations. We design procedures in line with our responsibilities, outlined above, to detect material misstatements in respect of irregularities, including fraud. The specific procedures for this engagement and the extent to which these are capable of detecting irregularities, including fraud are detailed below.

Identifying and assessing risks related to irregularities:
We assessed the susceptibility of the group and parent company's financial statements to material misstatement and how fraud might occur, including through discussions with the directors, discussions within our audit team planning meeting, updating our record of internal controls and ensuring these controls operated as intended. We evaluated possible incentives and opportunities for fraudulent manipulation of the financial statements.  We identified laws and regulations that are of significance in the context of the group and parent company by discussions with directors, communication with component auditors and by updating our understanding of the sector in which the group and parent company operate.

Laws and regulations of direct significance in the context of the group and parent company include The Companies Act 2006, the AIM Rules for Companies and UK Tax legislation as well as similar laws and regulations prevailing in each country in which we identified a significant component.

In addition, the group is subject to other laws and regulations that do not have a direct effect on the financial statements but compliance with which may be fundamental to its ability to operate or to avoid a material penalty. These include anti-bribery legislation and employment law.

Audit response to risks identified:
We considered the extent of compliance with these laws and regulations as part of our audit procedures on the related financial statement items including a review of group and parent company financial statement disclosures. We reviewed the parent company's records of breaches of laws and regulations, minutes of meetings and correspondence with relevant authorities to identify potential material misstatements arising. We discussed the parent company's policies and procedures for compliance with laws and regulations with members of management responsible for compliance.

During the planning meeting with the audit team, the engagement partner drew attention to the key areas which might involve non-compliance with laws and regulations or fraud. We enquired of management whether they were aware of any instances of non-compliance with laws and regulations or knowledge of any actual, suspected or alleged fraud. We addressed the risk of fraud through management override of controls by testing the appropriateness of journal entries and identifying any significant transactions that were unusual or outside the normal course of business. We assessed whether judgements made in making accounting estimates gave rise to a possible indication of management bias. At the completion stage of the audit, the engagement partner's review included ensuring that the team had approached their work with appropriate professional scepticism and thus the capacity to identify non-compliance with laws and regulations and fraud.

As group auditors, our assessment of matters relating to non-compliance with laws or regulations and fraud differed at group and component level according to their particular circumstances. Our communications with component auditors included a request to identify instances of non-compliance with laws and regulations and fraud that could give rise to a material misstatement of the group financial statements in addition to our risk assessment.

19

Docusign Envelope ID: 962114B0354EF-4986-A4C1-5E258E3467A1

**ADVFN PLC**

There are inherent limitations in the audit procedures described above and the further removed non-compliance with laws and regulations is from the events and transactions reflected in the financial statements, the less likely we would become aware of it. Also, the risk of not detecting a material misstatement due to fraud is higher than the risk of not detecting one resulting from error, as fraud may involve deliberate concealment by, for example, forgery or intentional misrepresentations, or through collusion.

A further description of our responsibilities is available on the Financial Reporting Council's website at: www.frc.org.uk/auditorsresponsibilities. This description forms part of our auditor's report.

**Use of our report**

This report is made solely to the parent company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the parent company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the parent company and the parent company's members as a body, for our audit work, for this report, or for the opinions we have formed.

*Michael Sf*

…………………………………..

Michael Strong (Senior Statutory Auditor)
for and on behalf of Saffery LLP

Statutory Auditors

71 Queen Victoria Street
London
EC4V 4BE

20 November 2024

20

**ADVFN PLC**

**Consolidated income statement**

| | Notes | 30 June 2024 £'000 | 30 June 2023 £'000 |
|---|---|---|---|
| Revenue | 3 | 4,441 | 5,445 |
| Cost of sales | | (218) | (316) |
| Gross profit | | 4,223 | 5,129 |
| Share based payment | 21 | (26) | 319 |
| Amortisation of intangible assets | 12 | (156) | (191) |
| Administrative expenses | | (5,153) | (6,026) |
| Administrative expenses – non-recurring items | 6 | - | (1,178) |
| Total administrative expenses | | (5,335) | (7,076) |
| Operating loss | 4 | (1,112) | (1,947) |
| Finance income | 7 | 198 | 24 |
| Finance expense | 7 | (1) | (11) |
| Other income | | 2 | 20 |
| Loss before tax | | (913) | (1,914) |
| Taxation | 8 | 63 | 58 |
| **Loss from continuing operations** | | **(850)** | **(1,856)** |
| Loss from discontinued operations | 3 | (68) | (313) |
| **Total loss for the period attributable to shareholders of the parent** | | **(918)** | **(2,169)** |
| **Loss per share from continuing operations** | | | |
| Basic and diluted | 9 | (1.85p) | (5.16p) |
| **Loss per share from total operations** | | | |
| Basic and diluted | | (1.99p) | (6.03p) |

**Consolidated statement of comprehensive income**

| | 30 June 2024 £'000 | 30 June 2023 £'000 |
|---|---|---|
| Loss for the year | (918) | (2,169) |
| **Other comprehensive income:** | | |
| Items that will be reclassified subsequently to profit or loss: | | |
| Exchange differences on translation of foreign operations | 48 | 33 |
| **Total other comprehensive income** | 48 | 33 |
| **Total comprehensive loss for the year attributable to shareholders of the parent** | (870) | (2,136) |

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

21

**ADVFN PLC**

**Consolidated balance sheet**

| | Notes | **30 June 2024 £'000** | 30 June 2023 £'000 (Restated) | 1 July 2023 £'000 (Restated) |
|---|---|---|---|---|
| **Assets** | | | | |
| **Non-current assets** | | | | |
| Property, plant and equipment | 10 | 115 | 160 | 98 |
| Goodwill | 11 | - | - | 988 |
| Intangible assets | 12 | 311 | 218 | 339 |
| Trade and other receivables | 15 | 22 | 25 | 26 |
| | | 448 | 403 | 1,451 |
| **Current assets** | | | | |
| Trade and other receivables | 15 | 561 | 466 | 460 |
| Cash and cash equivalents | | 4,091 | 5,557 | 915 |
| | | 4,652 | 6,023 | 1,375 |
| **Total assets** | | 5,100 | 6,426 | 2,826 |
| **Equity and liabilities** | | | | |
| **Equity** | | | | |
| Issued capital | 20 | 93 | 92 | 53 |
| Share premium | | 6,705 | 6,676 | 305 |
| Share based payment reserve | | 48 | 22 | 341 |
| Foreign exchange reserve | | 364 | 316 | 283 |
| Retained earnings | | (3,531) | (2,613) | (445) |
| | | 3,679 | 4,493 | 537 |
| **Non-current liabilities** | | | | |
| Borrowing – bank loans | 17 | 9 | 20 | 41 |
| | | 9 | 20 | 41 |
| **Current liabilities** | | | | |
| Trade and other payables | 19 | 1,402 | 1,903 | 2,148 |
| Borrowing – bank loans | 17 | 10 | 10 | 13 |
| Borrowing – lease liabilities | | - | - | 87 |
| | | 1,412 | 1,913 | 2,248 |
| **Total liabilities** | | 1,421 | 1,933 | 2,289 |
| **Total equity and liabilities** | | 5,100 | 6,426 | 2,826 |

The comparative information has been restated as a result of an error as discussed in note 2.

The financial statements on pages 21 to 59 were authorised for issue by the Board of Directors on 20 November 2024 and were signed on its behalf by:

Signed by:

*Amit Tauman*

C6F019A894924DF...

**Amit Tauman**
CEO
Company number: 02374988

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

22

DocuSign Envelope ID: 9621AB0554E54988CA1C31E5258E3E67

**ADVFN PLC**

| **Company balance sheet** | Note | **At 30 June 2024 £'000** | At 30 June 2023 £'000 |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 10 | 113 | 154 |
| Intangible assets | 12 | 311 | 218 |
| Trade and other receivables | 15 | 22 | 25 |
| | | 446 | 397 |
| **Current assets** | | | |
| Trade and other receivables | 15 | 376 | 313 |
| Cash and cash equivalents | | 4,026 | 5,301 |
| | | 4,402 | 5,614 |
| **Total assets** | | 4,848 | 6,011 |
| **Equity and liabilities** | | | |
| **Equity** | | | |
| Called up share capital | 20 | 93 | 92 |
| Share premium account | | 6,705 | 6,676 |
| Share based payment reserve | | 48 | 22 |
| Retained earnings | | (3,408) | (2,653) |
| | | 3,438 | 4,137 |
| **Non-current liabilities** | | | |
| Borrowings - bank loans | 17 | 9 | 20 |
| Deferred tax | | 104 | 104 |
| | | 113 | 124 |
| **Current liabilities** | | | |
| Trade and other payables | 19 | 1,287 | 1,740 |
| Borrowings - bank loans | 17 | 10 | 10 |
| | | 1,297 | 1,750 |
| **Total liabilities** | | 1,410 | 1,874 |
| **Total equity and liabilities** | | 4,848 | 6,011 |

**Company statement of comprehensive income**

As permitted by Section 408 of the Companies Act 2006, the income statement and statement of comprehensive income of the parent company is not presented as part of these financial statements. The parent company's result after taxation for the financial year was a loss of £755,000 (2023: loss of £2,146,000).

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

The financial statements on pages 21 to 59 were authorised for issue by the Board of Directors on 20 November 2024 and were signed on its behalf:

Signed by:

*Amit Tauman*

C6F019A894924DF...

**Amit Tauman**
**CEO**
Company number: 02374988

23

Docusign Envelope ID: 9621-14D054E54988-A4C1-bE258E34E71N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3.25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 147 of 240 PageID #:391

**ADVFN PLC**

**Consolidated statement of changes in equity**

| | Note | Share capital £'000 | Share premium £'000 | Share based payment reserve £'000 | Foreign exchange reserve £'000 | Retained earnings £'000 | Total equity £'000 |
|---|---|---|---|---|---|---|---|
| **At 1 July 2022** | | 53 | 305 | 341 | 283 | 340 | 1,322 |
| Effect of prior year adjustment | | | | | | (785) | (785) |
| **Balance at 1 July 2022 – As restated** | | 53 | 305 | 341 | 283 | (445) | 537 |
| **Transactions with equity shareholders:** | | | | | | | |
| Share issues | 19 | 39 | 6,448 | - | - | - | 6,487 |
| Cost associated with the issue of shares | | - | (77) | - | - | - | (77) |
| Issue of options | 20 | - | - | 1 | - | - | 1 |
| Lapsed options | 20 | - | - | (320) | - | - | (320) |
| | | 39 | 6,371 | (319) | - | - | 6,091 |
| Loss for the year after tax | | - | - | - | - | (2,168) | (2,168) |
| **Other comprehensive income** | | | | | | | |
| Exchange differences on translation of foreign operations | | - | - | - | 33 | - | 33 |
| Total other comprehensive income | | - | - | - | 33 | - | 33 |
| Total comprehensive income | | - | - | - | 33 | (2,168) | (2,135) |
| **At 30 June 2023** | | **92** | **6,676** | **22** | **316** | **(2,613)** | **4,493** |
| **Transactions with equity shareholders:** | | | | | | | |
| Issue of shares | 19 | 1 | 29 | - | - | - | 30 |
| Issue of options | 20 | - | - | 26 | - | - | 26 |
| | | - | 29 | 26 | - | - | 56 |
| Loss for the year after tax | | - | - | - | - | (918) | (918) |
| **Other comprehensive income** | | | | | | | |
| Exchange differences on translation of foreign operations | | - | - | - | 48 | - | 48 |
| | | | | | 48 | - | 48 |
| Total other comprehensive income | | | | | | | |
| Total comprehensive income | | - | - | - | 48 | (918) | (870) |
| **At 30 June 2024** | | **93** | **6,705** | **48** | **364** | **(3,531)** | **3,679** |

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

24

**ADVFN PLC**

**Company statement of changes in equity**

| | Note | Share capital | Share premium | Share based payment reserve | Retained earnings | Total equity |
|---|---|---|---|---|---|---|
| | | £'000 | £'000 | £'000 | £'000 | £'000 |
| **At 1 July 2022** | | 53 | 305 | 341 | (507) | 192 |
| **Transactions with equity shareholders:** | | | | | | |
| Issue of shares | 19 | 39 | 6,448 | - | - | 6,487 |
| Cost associated with the issue of shares | | - | (77) | - | - | (77) |
| Issue of options | 20 | - | - | 1 | - | 1 |
| Lapsed options | 20 | - | - | (320) | - | (320) |
| | | 39 | 6,371 | (319) | - | 6,091 |
| Loss for the year after tax | | - | - | - | (2,146) | (2,146) |
| Total comprehensive income for the year | | - | - | - | (2,146) | (2,146) |
| **At 30 June 2023** | | **92** | **6,676** | **22** | **(2,653)** | **4,137** |
| **Transactions with equity shareholders:** | | | | | | |
| Issue of shares | 19 | 1 | 29 | - | - | 30 |
| Issue of options | 20 | - | - | 26 | - | 26 |
| | | 1 | 29 | 26 | - | 56 |
| Loss for the year after tax | | - | - | - | (755) | (755) |
| Total comprehensive income for the year | | - | - | - | (755) | (755) |
| **At 30 June 2024** | | **93** | **6,705** | **48** | **(3,408)** | **3,438** |

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

25

Docusign Envelope ID: 9621140D-54EE-4986-A4C1-BE258E3467A1

**ADVFN PLC**

<u>**Consolidated cash flow statement**</u>

| | Notes | 12 months to 30 June 2024 £'000 | 12 months to 30 June 2023 £'000 |
|---|---|---|---|
| **Cash flows from continuing operating activities** | | | |
| Loss for the year from continuing operations | | (850) | (1,855) |
| Net finance income received | 7 | (197) | (13) |
| Depreciation of property, plant & equipment | 10 | 49 | 75 |
| Amortisation of intangible assets | 12 | 156 | 191 |
| Disposal of intangible assets | 12 | 30 | - |
| Write off goodwill | 11 | - | 978 |
| Share based payments | 21 | 26 | (319) |
| Issue of shares as directors' compensation | 19 | 30 | - |
| Increase in trade and other receivables | | (91) | (20) |
| Decrease in trade and other payables | | (501) | (226) |
| | | | |
| Net cash generated by continuing operations | | (1,348) | (1,189) |
| | | | |
| **Cashflow from discontinued operating activities** | | | |
| Loss for the year from discontinued operations | | (68) | (313) |
| Amortisation of intangible assets | 12 | - | 23 |
| Write off intangible assets | 12 | - | 83 |
| Decrease in trade and other receivables | | - | 14 |
| Decrease in trade and other payables | | - | (23) |
| | | | |
| Net cash generated by discontinued operations | | (68) | (216) |
| | | | |
| Income tax receivable | | - | - |
| | | | |
| Net cash generated by operating activities | | (1,416) | (1,405) |
| | | | |
| **Cash flows from financing activities** | | | |
| Proceeds from issue of share capital | 20 | - | 6,410 |
| Bank interest received | | 198 | 24 |
| Repayment of loans | 17 | (9) | (24) |
| Principal element of lease liability | 17 | - | (91) |
| Lease interest paid | 17 | - | (4) |
| Other interest paid | | (1) | (1) |
| | | | |
| Net cash generated by financing activities | | 188 | 6,314 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payments for property, plant and equipment | 10 | (6) | (136) |
| Payment of website development costs | 12 | (279) | (175) |
| | | | |
| Net cash used by investing activities | | (285) | (311) |
| | | | |
| Net increase in cash and cash equivalents | | (1,513) | 4,598 |
| Exchange differences | | 47 | 44 |
| | | | |
| Net increase in cash and cash equivalents | | (1,466) | 4,642 |
| Cash and cash equivalents at the start of the period | | 5,557 | 915 |
| | | | |
| Cash and cash equivalents at the end of the period | | 4,091 | 5,557 |

All financing and investing activities were continuing.

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

26

**ADVFN PLC**

<u>**Company cash flow statement**</u>

| | Notes | 12 months to 30 June 2024 £'000 | 12 months to 30 June 2023 £'000 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Loss for the period | | (755) | (2,146) |
| | | | |
| Net finance income (received)/paid | | (197) | 1 |
| Depreciation of property, plant & equipment | 10 | 49 | 3 |
| Amortisation of intangibles | 12 | 156 | 191 |
| Disposal of intangible assets | 12 | 30 | - |
| Impairment of investments | | - | 1,001 |
| Share based payments – options/warrants | 21 | 26 | (319) |
| Issue of shares as directors' compensation | 19 | 30 | |
| (Increase)/decrease in trade and other receivables | | (58) | 473 |
| Decrease in trade and other payables | | (459) | (509) |
| | | | |
| Net cash generated by operating activities | | (1,178) | (1,305) |
| | | | |
| **Cash flows from financing activities** | | | |
| Issue of share capital | 20 | - | 6,410 |
| Repayment of loans | 17 | (9) | (24) |
| Bank interest received | | 198 | - |
| Interest paid | | (1) | (1) |
| | | | |
| Net cash generated by financing activities | | 188 | 6,385 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payments for property, plant and equipment | 10 | (6) | (133) |
| Payment of website development costs | 12 | (279) | (175) |
| | | | |
| Net cash used by investing activities | | (285) | (308) |
| | | | |
| Net increase/(decrease) in cash and cash equivalents | | (1,275) | 4,772 |
| Cash and cash equivalents at the start of the period | | 5,301 | 529 |
| | | | |
| Cash and cash equivalents at the end of the period | | 4,026 | 5,301 |

The accompanying accounting policies and notes on pages 28 to 59 form an integral part of these financial statements.

27

Docusign Envelope ID: 9621148D-545E-408B-A4C1-5E258E346713

**ADVFN PLC**

---

**Notes to the financial statements**

**1.    General information**

The principal activity of ADVFN PLC ("the Company") and its subsidiaries (together "the Group") is the development and provision of financial information, primarily via the internet, research services and the development and exploitation of ancillary internet sites.

The principal trading subsidiaries are InvestorsHub.com Inc and N A Data Inc,.

The Company is a public limited company which is quoted on the AIM of the London Stock Exchange and is incorporated and domiciled in the UK. The address of the registered office is Suite 28, Ongar Business Centre, The Gables, Fyfield Road, Ongar, Essex, CM5 0GA.

The registered number of the company is 02374988.

**2.    Summary of significant accounting policies**

**Basis of preparation**

The consolidated and company financial statements are for the year ended 30 June 2024. The financial reporting framework that has been applied in their preparation is applicable law and UK-adopted international accounting standards as at 30 June 2024. The consolidated and company financial statements have been prepared under the historical cost convention and are presented in Sterling rounded to the nearest thousand (£'000) except where indicated otherwise.

The subsidiary companies Cupid Bay Limited, All IPO Plc and MJAC InvestorsHub International Conferences Ltd were dissolved during the year (Cupid Bay Limited and MJAC InvestorsHub International Conferences Ltd 21 November 2023, All IPO Plc 2 April 2024).

**Prior year adjustment**

The financial statements for the year ended June 2023 have been restated to correct for a prior period error. The intangible assets and the retained earnings have both been reduced by £785,000 which represents an intangible asset acquired as part of the historic acquisition of All IPO Plc. This asset had, incorrectly, not been amortised since its acquisition. Note 12 (Group), intangible assets, shows the effect of the restatement on the cost of the website development costs as at 1 July 2022. There is no impact on the basic or diluted earnings per share.

Assets had also been incorrectly allocated between the group companies, and this has been corrected in the Company as shown in note 12 (Company). There was no net impact of this on the Company financial statements.

**Going concern**

The financial statements have been prepared on the going concern basis which assumes the Group will continue in existence for the foreseeable future. The Directors have prepared a detailed forecast of future trading and cash flows for at least 12 months from when the accounts were approved. The forecasts take into consideration potential future growth of the business both in the UK and USA, the development of products that will enhance the growth of the business and the potential areas for additional cost saving if required. At 30 June 2024 the Group's cash balances amounted to £4,091,000. The Group's forecasts are based on an amalgamation of pessimistic, realistic and optimistic scenarios using a baseline of current year figures and applying known and expected changes for costs as revenues as well as a 3% inflationary increase. The forecasts show that the Group and the company have sufficient funding to enable them to carry on as a going concern for the next twelve months from the date of signing the audit report. The Directors are also planning on developing new products that will enhance the growth of the business and will consider further areas for additional cost saving if required. The directors have given due consideration to the two subsidiaries for whom ADVFN Plc has given guarantees under the audit exemption rules and do not consider this will affect the Group's risk position. Accordingly, the Directors have prepared these financial statements on the going concern basis.

28

**ADVFN PLC**

---

Notes to the financial statements (continued)

**Adoption of new and amended standards and interpretations**

The following standards and interpretations apply for the first time to financial reporting periods commencing on or after 1 January 2023:

| New standard or amendment | Effective date (annual periods beginning on or after): |
|---|---|
| IFRS 17 - Insurance Contracts 1 January 2023 | 1st January 2023 |
| Amendments to IFRS 17 - Insurance Contracts; and Extension of the Temporary Exemption from Applying IFRS 9 (Amendments to IFRS 4 Insurance Contracts) | 1st January 2023 |
| Disclosure of Accounting Policies - Amendments to IAS 1 IFRS Practice Statement 2 | 1st January 2023 |
| Definition of Accounting Estimates – Amendments to IAS 8 | 1st January 2023 |
| Deferred Tax related to Assets and Liabilities arising from a Single Transaction – Amendments to IAS 12 | 1st January 2023 |
| International Tax Reform – Pillar Two Model Rules (Amendments to IAS 12) | 1st January 2023 |

None of the standards or amendments which became effective in the year had a significant impact on the company.

**New standard or amendment – issued but not yet effective in the year**

As at 30 June 2024, the following standards and interpretations had been issued but were not mandatory for annual reporting periods ending on 30 June 2024.

| New standard or amendment | Effective date (annual periods beginning on or after): |
|---|---|
| Classification of Liabilities as Current or Non-current – Amendments to IAS 1, Non-current liabilities with Covenants – Amendments to IAS 1 | 1st January 2024 |
| Lease Liability in a Sale and Leaseback – Amendments to IFRS 16 | 1st January 2024 |
| Supplier finance arrangements – Amendments to IAS 7 and IFRS 7 | 1st January 2024 |
| Amendments to IAS 21 to clarify the accounting when there is a lack of exchangeability | 1st January 2025 |
| Classification and Measurement of Financial Instruments (Amendments IFRS 7 and IFRS 9) | 1st January 2026 |
| IFRS 18 Presentation and Disclosure in Financial Statements | 1st January 2027 |
| IFRS 19 Subsidiaries without Public Accountability: Disclosures | 1st January 2027 |

The following IFRS Sustainability standards had been issued but were not mandatory for annual reporting periods ending on 30 June 2024.

| New standard | Effective date (annual periods beginning on or after): |
|---|---|
| IFRS S1: General requirements for disclosure of sustainability-related financial information | 1st January 2024 |
| IFRS S2: Climate-related disclosures | 1st January 2024 |

The company have not early adopted and standards or amendments which are not yet effective.

The Directors continue to monitor developments in the relevant accounting standards but do not believe that these changes will significantly impact the Group.

29

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**Summary of significant accounting policies** (continued)

**Basis of Consolidation**
The Group's financial statements consolidate those of the parent company and all of its subsidiaries drawn up to 30 June 2024. The parent controls a subsidiary if it is exposed, or has rights, to variable returns from its involvement with the subsidiary and has the ability to affect those returns through its power over the subsidiary. The existence and effect of potential voting rights that are currently exercisable or convertible are considered when assessing whether the Group controls another entity. Subsidiaries are fully consolidated from the date on which control is transferred to the Group. They are deconsolidated on the date control ceases.

Inter-company transactions, balances and unrealised gains and losses (where they do not provide evidence of impairment of the asset transferred) on transactions between Group companies are eliminated.

**Foreign currency translation**
a) Functional and presentational currency
   Items included in the financial statements of each of the Group's entities are measured using the currency of the primary economic environment in which the entity operates (the functional currency). The Company's functional currency and the Group's and Company's presentational currency is Sterling.
b) Transactions and balances
   Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting period end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in the income statement.
c) Group companies
   The results and financial position of all Group entities that have a functional currency different from the presentation currency are translated into the presentation currency as follows:

   • Assets and liabilities for each balance sheet presented are translated at the closing rate at the date of the balance sheet.
   • Income and expenses for each income statement are translated at the rate of exchange at the transaction date. Where this is not possible, the average rate for the period is used but only if there is no significant fluctuation in the rate and;
   • On consolidation, exchange differences arising from the translation of the net investment in foreign entities are recognised in other comprehensive income and accumulated in a separate component of equity. Post transition exchange differences are recycled to profit or loss as a reclassification adjustment upon disposal of the foreign operation.

**Income and expense recognition**
Revenue is the fair value of the total amount receivable by the Group for supplies of services. VAT or similar local taxes and trade discounts are excluded.

The revenues of the Group are accounted for under IFRS 15 'Revenue from contracts with customers' and reported as follows:
   • Subscriptions – both monthly and annual subscriptions are offered and the price for the subscription is quoted on the website. Contract liability for annual subscriptions is recognised on a time basis with equal monthly transfers to the income statement to allocate the recognition across the period of service provision.  Payment is received in advance of subscription fulfilment.
   • Advertising – fees for advertising are recognised when the service obligations are fulfilled and are subject to agreement by a written contract which includes pricing. Where there are multiple obligations amounts specific to that obligation are transferred to the income statement.  Payment terms are 30 days following invoicing.

Interest income and expenditure are reported on an accruals basis. Operating expenses are recognised in the income statement upon utilisation of the service or at the date of their origin.

**Employee benefits**
The cost of pensions in respect of the Group's defined contribution scheme is charged to profit or loss in the period in which the related employee services were provided.

**Non-recurring items**
In the prior year certain administrative costs have been shown separately under the heading of "Administrative expenses – non-recurring items". The Directors consider these items to be unusual, one-off costs that are unlikely to reoccur in subsequent financial years. A breakdown of these costs is shown in note 6.

30

Docusign Envelope ID: 9621-4D0454E54988-A4C31bE758E3467131

**ADVFN PLC**

---

<u>**Notes to the financial statements**</u> **(continued)**

**Summary of significant accounting policies (continued)**

**Intangible assets**
*- Licences*
Licences are recognised at cost less any subsequent impairment and amortisation charges, they are amortised over a five-year period on a straight-line basis.

*- Internally generated intangible assets*
An internally generated intangible asset (website and mobile application) arising from development (or the development phase) of an internal project is recognised if, and only if, all of the following have been demonstrated:

- the technical feasibility of completing the intangible asset so that it will be available for use or sale
- the intention to complete the intangible asset and use or sell it
- the ability to use or sell the intangible asset
- how the intangible asset will generate probable future economic benefits
- the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset
- the ability to measure reliably the expenditure attributable to the intangible asset during its development.

The amount initially recognised for internally generated intangible assets is the sum of the expenditure incurred from the date when the intangible asset first meets the recognition criteria listed above. Where no internally generated intangible asset can be recognised, development expenditure is charged to profit or loss in the period in which it is incurred.

Subsequent to initial recognition, internally generated intangible assets are reported at cost less accumulated amortisation and accumulated impairment losses. Internally generated intangibles not yet in use are subject to annual impairment testing.

Internally generated intangible assets are amortised over three to five years. Amortisation commences when the asset is made available for use.

Research expenditure is recognised as an expense in the period in which it is incurred.

*- Intangible assets purchased*
Intangible assets are purchased when the opportunity arises and capitalised at cost (fair value). Purchased intangible assets are amortised over their useful lives estimated at between 5 and 10 years. Subsequent to initial recognition, purchased intangible assets are reported at cost less accumulated amortisation and accumulated impairment losses.

**Property, plant and equipment**
Property, plant and equipment are recorded at cost net of accumulated depreciation and any provision for impairment. Depreciation is provided using the straight-line method to write off the cost of the asset less any residual value over its useful economic life. The residual values of assets are reviewed annually and revised where necessary. Assets' useful economic lives are as follows:

| | |
|---|---|
| Leasehold improvements | The shorter of the useful life of the asset or the term of the lease (1 to 3 years) |
| Computer equipment | 33% per annum over 3 years |
| Office equipment | 20% per annum over 5 years |
| Right of use lease assets | The earlier of the end of the useful life of the asset or the end of the lease term |

**Impairment**
For the purposes of assessing impairment, assets are grouped at the lowest level for which there are separately identifiable cash flows. As a result, some assets are tested individually for impairment and some are tested at cash-generating unit level.

Goodwill, other individual assets or cash-generating units that include goodwill and those intangible assets not yet available for use are tested for impairment at least annually. All other individual assets or cash-generating units are tested for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable.

An impairment loss is recognised for the amount by which the carrying amount exceeds the recoverable amount of the asset or cash-generating unit. The recoverable amount is the higher of fair value, reflecting market conditions less costs to sell, and value in use based on an internal discounted cash flow evaluation. The cashflow evaluations are a result of the Director's estimation of future sales and expenses based on their past experience and the current market activity within the business. With the exception of goodwill, all assets are subsequently reassessed for indications that an impairment loss previously recognised may no longer exist.

31

Docusign Envelope ID: 9621143D454E54988A4C31E5E258E34E71N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 155 of 240 PageID #:399

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**Summary of significant accounting policies** (continued)

**Financial assets**
On initial recognition, the financial assets of the Group were all classified as financial assets at fair value through profit or loss. The classification depends on the purpose for which the financial assets were acquired. At the reporting year-end the financial assets of the Group were all classified as financial assets at fair value through profit or loss.

*Cash and cash equivalents*
Cash and cash equivalents includes cash on hand, deposits held at call with financial institutions, other short-term, highly liquid investments with original maturities of three months or less that are readily convertible to known amounts of cash and which are subject to an insignificant risk of changes in value.

*Trade receivables*
These assets are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. They arise principally through the provision of goods and services to customers but also incorporate other types of contractual monetary assets.

They are initially recognised at fair value and measured subsequent to initial recognition at amortised cost using the effective interest method, less any impairment loss.

The Group's financial assets comprise trade receivables, other receivables (excluding prepayments) and cash and cash equivalents.

*Trade and other receivables - impairment*
The Group applies an expected credit loss model to calculate the impairment losses on its trade receivables. The Group applies the simplified approach to providing for expected credit losses prescribed by IFRS 9, which permits the use of the lifetime expected loss provision for all trade receivables. Trade receivables at the balance sheet date have been put into groups based on days past the due date for payment and an expected loss percentage has been applied to each group to generate the expected credit loss provision for each group and a total expected credit loss provision has thus been calculated.

*Other receivables*
These assets are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. They arise principally through the deposits given for short term rental of properties. They are initially recognised at fair value and measured subsequent to initial recognition at the value expected to be received back when the properties are vacated.

**Financial liabilities**
The Group's financial liabilities include trade and other payables and borrowings which include lease liabilities.

Financial liabilities are recognised when the Group becomes a party to the contractual agreements of the instrument. All interest related charges are recognised as an expense in the income statement.

Trade payables are recognised initially at their fair value, net of transaction costs and subsequently measured at amortised costs less settlement payments.

Other liabilities are recognised initially at their fair value, net of transaction costs and subsequently measured at amortised costs less settlement payments

32

Docusign Envelope ID: 9621149D-54E5-4088-A4C1-5E238E3467A1

**ADVFN PLC**

---

Notes to the financial statements (continued)

**Summary of significant accounting policies (continued)**

**Income taxes**
Current income tax assets and liabilities comprise those obligations to fiscal authorities in the countries in which the Group carries out its operations. They are calculated according to the tax rates and tax laws applicable to the fiscal period and the country to which they relate. All changes to current tax liabilities are recognised as a component of tax expense in the income statement unless the tax relates to an item taken directly to equity in which case the tax is also taken directly to equity. Tax relating to items recognised in other comprehensive income is recognised in other comprehensive income.

Deferred income taxes are calculated using the liability method on temporary differences. Deferred tax is generally provided on the difference between the carrying amounts of assets and liabilities and their tax bases. However, deferred tax is not provided on the initial recognition of goodwill, nor on the initial recognition of an asset or liability unless the related transaction is a business combination or affects tax or accounting profit. Deferred tax on temporary differences associated with shares in subsidiaries and joint ventures is not provided if reversal of these temporary differences can be controlled by the Group and it is probable that reversal will not occur in the foreseeable future. In addition, tax losses available to be carried forward as well as other income tax credits to the Group are assessed for recognition as deferred tax assets.

Deferred tax liabilities are always provided for in full. Deferred tax assets such as those resulting from assessing deferred tax on the expense of share-based payments, are recognised to the extent that it is probable that future taxable profits will be available against which the temporary differences can be utilised. Deferred tax assets and liabilities are calculated at tax rates that are expected to apply to their respective period of realisation, provided they are enacted or substantively enacted at the balance sheet date.

**Provisions, contingent liabilities and contingent assets**
Provisions are recognised when the present obligations arising from legal or constructive commitment resulting from past events, will probably lead to an outflow of economic resources from the Group which can be estimated reliably.

Provisions are measured at the present value of the estimated expenditure required to settle the present obligation, based on the most reliable evidence available at the balance sheet date.

All provisions are reviewed at each balance sheet date and adjusted to reflect the current best estimates.

**Share based employee compensation**
The Group operates equity settled share-based compensation plans for remuneration of its employees.

All employee services received in exchange for the grant of any share-based compensation are measured at their fair values. These are indirectly determined by reference to the share options awarded. Their value is appraised at the grant date and excludes the impact of any non-market vesting conditions (e.g. profitability or sales growth targets).

All share-based compensation is ultimately recognised as an expense in the income statement with a corresponding credit to the share-based payment reserve, net of deferred tax where applicable. If vesting periods or other vesting conditions apply, the expense is allocated over the vesting period, based on the best available estimate of the number of share options expected to vest. Non-market vesting conditions are included in assumptions about the number of options that are expected to become exercisable. Estimates are subsequently revised if there is any indication that the number of share options expected to vest differs from previous estimates. No adjustment to expense recognised in prior periods is made if fewer share options ultimately are exercised than originally estimated.

Upon exercise of share options, the proceeds received, net of any directly attributable transaction costs, up to the nominal value of the shares issued are reallocated to share capital with any excess being recorded as additional share premium.

Where modifications are made to the vesting or lapse dates of options the excess of the fair value of the revised options over the fair value of the original options at the modification date is expensed over the remaining vesting period.

**Dividends**
During the year, no dividends (2023: £Nil) were paid. The board is not recommending the payment of any further dividends in the current financial year.

Final equity dividends to the shareholders of ADVFN plc are recognised in the period that they are approved by shareholders. Interim equity dividends are recognised in the period that they are paid.

Dividends receivable are recognised when the Company's right to receive payment is established.

33

Docusign Envelope ID: 9621145B-545E-4986-A4C1-5E258E346713

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**Summary of significant accounting policies** (continued)

**Equity**
*Issued capital*
Ordinary shares are classified as equity. The nominal value of shares is included in issued capital.
*Share premium*
The share premium account represents the excess over nominal value of the fair value of consideration received for equity shares, net of the expenses of the share issue.
*Share based payment reserve*
The share-based payment reserve represents equity settled share-based employee remuneration until such share options are exercised.
*Foreign exchange reserve*
The foreign exchange reserve represents foreign exchange gains and losses arising on translation of investments in overseas subsidiaries into the consolidated financial statements.
*Retained earnings*
The retained earnings include all current and prior period results for the Group and the post-acquisition results of the Group's subsidiaries as determined by the income statement.

**Use of key accounting estimates and judgements**
Many of the amounts included in the financial statements involve the use of judgement and/or estimation. These judgements and estimates are based on management's best knowledge of the relevant facts and circumstances, having regard to prior experience, but actual results may differ from the amounts included in the financial statements. Information about such judgements and estimates is contained in the accounting policies and/or the notes to the financial statements and the key areas are summarised below:

Judgements in applying accounting policies
a)  Capitalisation of development costs in accordance with IAS 38 requires analysis of the technical feasibility and commercial viability of the project in the future. This in turn requires a long-term judgement to be made about the development of the industry in which the development will be marketed. Where the directors consider that sufficient evidence exists surrounding the technical feasibility and commercial viability of the project, which indicate that the costs incurred will be recovered they are capitalised within intangible fixed assets. The amount of the capitalisation is based on estimates to judge the percentage of the time relevant staff spend on projects as specific timesheets are not maintained. Where insufficient evidence exists, the costs are expensed to the income statement.
b)  The directors have used their judgement to decide whether the Group should be treated as a going concern and continue in existence for the foreseeable future. Having considered the latest Group forecasts, which cover a period of eighteen months from the balance sheet date, together with the cash resources available to them, the directors have judged that it is appropriate for the financial statements to be prepared on the going concern basis.
c)  The application of IFRS 15 - *Revenue from contracts with customers* requires an assessment of the elements of the contract to separate potentially bundled services requiring different treatment, the recognition of revenue at the point of performance obligations and the assessment of the correct amount of revenue for each of those obligations.
d)  The directors have used their judgement to assess the valuation of the call option agreed on 3 May 2023 to purchase 50% of ADVFN Brasil Ltda within the next 3 years. Management have considered the future performance of the business and have judged that this will remain out of the money for the remainder of its existence and therefore continues to have no intrinsic value.

Sources of estimation uncertainty
Determining whether intangible assets are impaired requires an estimation of the value in use of the cash generating unit to which the intangibles have been allocated. The carrying value of the investments are also assessed annually, to consider whether a reversal of the full impairment done in the year ended 30 June 2024 would be appropriate. The value in use calculations require an estimation of the future cash flows expected to arise from the cash generating units and a suitable discount rate in order to calculate a suitable present value.

34

**ADVFN PLC**

---

Notes to the financial statements (continued)

3.    Segmental analysis

The directors identify operating segments based upon the information which is regularly reviewed by the chief operating decision maker. The Group considers that the chief operating decision makers are the executive members of the Board of Directors. The Group has identified two reportable operating segments, being that of the provision of financial information and that of other services. The provision of financial information is made via the Group's various website platforms.

The parent entity's operations are entirely of the provision of financial information.

Three minor operating segments, for which IFRS 8's quantitative thresholds have not been met, are currently combined below under 'other'. The main sources of revenue for these operating segments are the provision of financial broking services, financial conference events and other internet services not related to financial information. Segment information can be analysed as follows for the reporting period under review.

| 2024 | Continuing operations | | | Discontinued | |
|---|---|---|---|---|---|
| | Provision of financial information | Other | Total | | Total |
| | £'000 | £'000 | £'000 | £'000 | £'000 |
| Revenue from external customers | 4,441 | - | 4,441 | - | 4,441 |
| Depreciation and amortisation | (205) | - | (205) | - | (205) |
| Other operating expenses | (4,989) | (359) | (5,348) | (68) | (5,416) |
| Segment operating loss | (753) | (359) | (1,112) | (68) | (1,180) |
| Other income | 2 | - | 2 | - | 2 |
| Interest income | 198 | - | 198 | - | 198 |
| Interest expense | (1) | - | (1) | - | (1) |
| Segment assets | 5,074 | 26 | 5,100 | - | 5,100 |
| Segment liabilities | (1,420) | (1) | (1,421) | - | (1,421) |
| Purchases of non-current assets | (285) | - | (285) | - | (285) |

| 2023 | Continuing operations | | | Discontinued | |
|---|---|---|---|---|---|
| | Provision of financial information | Other | Total | | Total |
| | £'000 | £'000 | £'000 | £'000 | £'000 |
| Revenue from external customers | 5,445 | - | 5,445 | 16 | 5,461 |
| Depreciation and amortisation | (266) | - | (266) | (23) | (289) |
| Other operating expenses | (5,666) | (282) | (5,948) | (306) | (6,254) |
| Non-recurring iterms | (1,178) | - | (1,178) | - | (1,178) |
| Segment operating loss | (1,665) | (282) | (1,947) | (313) | (2,260) |
| Other income | 20 | - | 20 | - | 20 |
| Interest income | 24 | - | 24 | - | 24 |
| Interest expense | (11) | - | (11) | - | (11) |
| Segment assets | 6,135 | 981 | 7,116 | 95 | 7,211 |
| Segment liabilities | (1,784) | (22) | (1,806) | (27) | (1,833) |
| Purchases of non-current assets | (311) | - | (311) | - | (311) |

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 107 of 131

Docusign Envelope ID: 9621148D54F5E4980C4C91bE258E34E713

**ADVFN PLC**

Notes to the financial statements (continued)

**Segmental analysis (continued)**

The Group's revenues from all operations, which wholly relate to the sale of services, from external customers and its non-current assets, are divided into the following geographical areas:

| | Revenue | Non-current assets | Revenue | Non-current assets |
|---|---|---|---|---|
| | **2024**<br>**£'000** | **2024**<br>**£'000** | 2023<br>£'000 | 2023<br>£'000 |
| UK (domicile) | 2,370 | 497 | 2,651 | 1,184 |
| USA | 1,849 | - | 2,659 | 983 |
| Other | 222 | - | 151 | - |
| | 4,441 | 497 | 5,461 | 2,167 |

Revenues are allocated to the country in which the customer resides. During both 2024 and 2023 no single customer accounted for more than 10% of the Group's total revenues.

**4.    Operating loss**

| | **2024** | 2023 |
|---|---|---|
| Operating loss has been arrived at after charging: | **£'000** | £'000 |
| Foreign exchange loss | 8 | 7 |
| Depreciation and amortisation: | | |
| Depreciation of property, plant and equipment: | 49 | 75 |
| Amortisation of intangible assets from continuing and discontinued operations | 156 | 214 |
| Employee costs (Note 5) | 2,228 | 2,837 |
| Lease payments on land and buildings (Note 22) | - | 91 |
| Audit and non-audit services: | | |
| Fees payable to the company's auditor for the audit of the Group's annual accounts | 89 | 87 |

**Remuneration of key senior management for Group and Company**

| | **2024** | 2023 |
|---|---|---|
| | **£'000** | £'000 |
| **Key senior management comprises only directors** | | |
| Salary and fees | 494 | 697 |
| Share based payments | 17 | 1 |
| Post-employment benefits - defined contribution pension plans | - | 6 |
| | 511 | 704 |
| **Highest paid director** | | |
| Salary and fees | 200 | 200 |
| Share based payments | 15 | 1 |
| | 215 | 201 |

Details of the directors' emoluments, together with other related information, are set out in the Remuneration Report on page 15.

36

Docusign Envelope ID: 062111A0D54F54988C4C31bE238E34B749N - STRIKE - 06/40/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 160 of 240 PageID #:404

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

5.        **Employees**

**GROUP**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Employee costs (including directors): |  |  |
| Wages and salaries | 1,991 | 2,581 |
| Social security costs | 160 | 224 |
| Pension costs | 21 | 31 |
| Share based payments | 26 | 1 |
| Payments made in shares | 30 | - |
|  | 2,228 | 2,837 |

| The average number of employees during the year was made up as follows: | No. | No. |
|---|---|---|
| Development | 6 | 4 |
| Sales and Administration | 17 | 27 |
|  | 23 | 31 |

**COMPANY**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Employee costs (including directors): |  |  |
| Wages and salaries | 1,337 | 1,359 |
| Social security costs | 108 | 135 |
| Pension | 20 | 28 |
| Share based payments | 56 | 1 |
|  | 1,521 | 1,523 |

| The average monthly number of employees during the year was as follows: | No. | No. |
|---|---|---|
| Development | 3 | 3 |
| Sales and Administration | 13 | 13 |
|  | 16 | 16 |

Details of the directors' emoluments, together with other related information, are set out in the Remuneration Report on page 15.

6.        **Non-recurring items**

**GROUP AND COMPANY**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Write off goodwill related to IHUB | - | 978 |
| Costs relating to the exit of directors | - | 200 |
|  | - | 1,178 |

In the prior year the goodwill on the investment in IHUB was impaired during the review of the valuation of the investments. There were further legal fees incurred relating to the exit of the previous directors.

37

Docusign Envelope ID: 93B1-14BD-54F5-4988-A4C1-bE258E34B7A1

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

7.       **Finance income and expense**

**GROUP**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Finance income:** | | |
| Bank interest | **198** | 24 |
| **Finance expense:** | | |
| Lease interest | **-** | (4) |
| Bank interest | **(1)** | (7) |

8.       **Income tax expense**

**GROUP**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Current Tax:** | | |
| UK corporation tax on losses for the year | (38) | (58) |
| Adjustments in respect of prior periods | (25) | - |
| | | |
| Total current taxation | (63) | (58) |
| | | |
| Deferred tax | | |
| Origination and reversal of timing differences | 106 | 88 |
| Carried forward losses (DTA) | (106) | (88) |
| Taxation | (63) | (58) |

The tax assessed for the year is different from the standard rate of corporation tax as applied in the respective trading domains where the Group operates. The differences are explained below:

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Loss before tax from total operations | (981) | (2,227) |
| Loss before tax multiplied by the respective standard rate of corporation tax applicable in the UK (25.00%) (2023: 19.00%) | (245) | (423) |
| | | |
| Effects of: | | |
| Non-deductible expenses | 3 | 178 |
| Capital allowances | 7 | (25) |
| Enhanced Research & Development expenditure | (44) | (43) |
| Surrender of tax losses for R & D tax credit | 96 | 77 |
| Current year R&D tax credit | (38) | (58) |
| Effect of discontinued operations | - | 60 |
| Effect of difference in tax rates | 30 | (21) |
| Effect of losses utilised against other income | 49 | - |
| Consolidation adjustments – no tax effect | 104 | 197 |
| | | |
| Tax credit for the year | (38) | (58) |

The Group has not applied the new Pillar 2 Model rules, as these apply only to multinational entities with revenue in excess of €750 million.

38

Docusign Envelope ID: 9621143D-54E5-4988-A4C1-5E258E34671N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 162 of 240 PageID #:406

**ADVFN PLC**

---

<u>Notes to the financial statements</u> (continued)

9. **Loss per share**

|  | 12 months to 30 June 2024 £'000 | 12 months to 30 June 2023 £'000 |
|---|---|---|
| Loss for the year attributable to equity shareholders from continuing operations | (850) | (1,856) |
| Loss for the year attributable to equity shareholders from total operations | (918) | (2,169) |
| **Weighted average number of shares** |  |  |
| Prior year: number of shares in issue prior to rights issue | - | 26,315,318 |
| Prior year correction for deemed rights issue | - | 169,179 |
| Deemed number of shares before rights issue | - | 26,484,497 |
| **Weighted average shares** |  |  |
| 26,484,497 x 188/365 (prior to rights issue) | - | 13,641,330 |
| 46,004,758 x 177/365 (post rights issue) | - | 22,309,157 |
| Weighted average number of shares used as the denominator for calculating basic and diluted loss per share. | 46,039,279 | 35,950,487 |
| Loss per share for the year attributable to equity shareholders from continuing operations: Basic and diluted | (1.85p) | (5.16p) |
| Loss per share for the year attributable to equity shareholders from discontinued operations: Basic and diluted | (0.14p) | (0.87p) |
| Total loss per share for the year attributable to equity shareholders: Basic and diluted | (1.99p) | (6.03p) |

Where a loss has been recorded for the year the diluted loss per share does not differ from the basic loss per share.

Where a profit has been recorded but the average share price for the year remains under the exercise price the existence of options is not normally dilutive. However, whilst the average exercise price of all outstanding options is above the average share price there are a number of options which are not. Under these circumstances those options where the exercise price is below the average share price are treated as dilutive.

During the prior year, the company made a rights issue (Note 20). On 16 May 2024, 280,000 shares were issued.

39

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**10.     Property, plant and equipment**

**GROUP**

| | Leasehold property improvements £'000 | Computer equipment £'000 | Office equipment £'000 | Right of use lease assets £'000 | Total £'000 |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| At 1 July 2022 | 48 | 435 | 308 | 349 | 1,140 |
| Additions | - | 132 | 4 | - | 136 |
| Disposal | - | - | - | (349) | (349) |
| FX difference | - | - | (11) | - | (11) |
| At 30 June 2023 | 48 | 567 | 301 | - | 916 |
| Additions | - | 6 | - | - | 6 |
| Disposal | - | (4) | (6) | - | (10) |
| FX difference | - | - | - | - | - |
| At 30 June 2024 | 48 | 569 | 295 | - | 912 |
| **Depreciation** | | | | | |
| At 1 July 2022 | 48 | 411 | 307 | 276 | 1,042 |
| Charge for the year | - | 2 | - | 73 | 75 |
| Disposal | - | - | - | (349) | (349) |
| FX difference | - | - | (12) | - | (12) |
| At 30 June 2023 | 48 | 413 | 295 | - | 756 |
| Charge for the year | - | 47 | 2 | - | 49 |
| Disposal | - | (4) | (1) | - | (5) |
| FX difference | - | - | (3) | - | (3) |
| At 30 June 2024 | 48 | 456 | 293 | - | 797 |
| **Net book value** | | | | | |
| **At 30 June 2024** | - | 113 | 2 | - | 115 |
| At 30 June 2023 | - | 154 | 6 | - | 160 |

**Charge over assets**

A fixed and floating charge is held by Barclays Bank which covers all the property and undertakings of the company against the provision of any loan, debenture or other bank liability.

40

Docusign Envelope ID: 962114D0454F54988A4C34E5E8E34B7A9N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 164 of 240 PageID #:408

**ADVFN PLC**

**Notes to the financial statements** (continued)

**Property, plant and equipment** (continued)

**COMPANY**

| | Leasehold property improvements £'000 | Computer equipment £'000 | Office equipment £'000 | Total £'000 |
|---|---|---|---|---|
| **Cost** | | | | |
| At 1 July 2022 | 48 | 430 | 106 | 584 |
| Additions | - | 133 | - | 133 |
| Disposals | - | - | - | - |
| At 30 June 2023 | 48 | 563 | 106 | 717 |
| Additions | - | 6 | - | 6 |
| At 30 June 2024 | 48 | 569 | 106 | 723 |
| **Depreciation** | | | | |
| At 1 July 2022 | 48 | 406 | 106 | 560 |
| Charge for the year | - | 3 | - | 3 |
| At 30 June 2023 | 48 | 409 | 106 | 563 |
| Charge for the year | - | 47 | - | 47 |
| At 30 June 2024 | 48 | 456 | 106 | 610 |
| **Net book value** | | | | |
| **At 30 June 2024** | - | 113 | - | 113 |
| At 30 June 2023 | - | 154 | - | 154 |

**11.    Goodwill**

**GROUP**

| | £'000 |
|---|---|
| At 1 July 2022 | 988 |
| Exchange differences | (10) |
| Impairment | (978) |
| At 30 June 2023 | - |
| Exchange differences | - |
| Impairment | - |
| At 30 June 2024 | - |

The goodwill carried in the balance sheet was attributable to InvestorsHub.com Inc.

During the year ended 30 June 2023, the goodwill was fully impaired.

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**12.    Other intangible assets**

**GROUP**

| | Licences | Brands & subscriber lists | Website development costs | Mobile application | Software | Crypto-currencies | Total |
|---|---|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **As restated** **Cost or valuation** | | | | | | | |
| At 1 July 2022 (restated) | 162 | 2,129 | 1,764 | 10 | 220 | 1 | 4,286 |
| Additions | - | - | 175 | - | - | - | 175 |
| Disposals | - | - | - | - | (220) | - | (220) |
| At 30 June 2023 | 162 | 2,129 | 1,939 | 10 | - | 1 | 4,241 |
| Additions | - | - | 278 | - | - | - | 278 |
| Disposals | (62) | (607) | (182) | - | - | - | (851) |
| At 30 June 2024 | 100 | 1,522 | 2,035 | 10 | - | 1 | 3,668 |
| **Amortisation** | | | | | | | |
| At 1 July 2022 (restated) | 162 | 2,129 | 1,531 | 10 | 115 | - | 3,947 |
| Charge for the year | - | - | 191 | - | 23 | - | 214 |
| Disposals | - | - | - | - | (138) | - | (138) |
| At 30 June 2023 | 162 | 2,129 | 1,722 | 10 | - | - | 4,023 |
| Charge for the year | - | - | 156 | - | - | - | 156 |
| Disposals | (62) | (607) | (153) | - | - | - | (822) |
| At 30 June 2024 | 100 | 1,522 | 1,725 | 10 | - | - | 3,357 |
| **Net book value** | | | | | | | |
| **At 30 June 2024** | - | - | 310 | - | - | 1 | 311 |
| At 30 June 2023 | - | - | 217 | - | - | 1 | 218 |

Website development costs, mobile applications and software are internally generated assets. £148,000 of the £278,000 additions during the year are still 'under construction' and therefore do not meet the criteria for amortisation yet.

The opening balances as at 1 July 2022 have been restated. Details of the restatement can be found in Note 2.

All additions are internally generated by capitalisation of development work on websites and software projects.

The directors are satisfied that no indication of impairment exists in respect of these assets.

42

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**Other intangible assets (continued)**

**COMPANY**

| | Licenses £'000 | Mobile application £'000 | Website development £'000 | Crypto-currencies £'000 | Total £'000 |
|---|---|---|---|---|---|
| **As restated** | | | | | |
| **Cost** | | | | | |
| At 1 July 2022 (restated) | 100 | 10 | 1,764 | 1 | 1,875 |
| Additions | - | - | 175 | - | 175 |
| Disposals | - | - | - | - | - |
| At 30 June 2023 | 100 | 10 | 1,939 | 1 | 2,050 |
| Additions | - | - | 278 | - | 278 |
| Disposals | - | - | (182) | - | (182) |
| At 30 June 2024 | 100 | 10 | 2,035 | 1 | 2,146 |
| **Amortisation** | | | | | |
| At 1 July 2022 (restated) | 100 | 10 | 1,531 | - | 1,641 |
| Charge for the year | - | - | 191 | - | 191 |
| Disposals | - | - | - | - | - |
| At 30 June 2023 | 100 | 10 | 1,722 | - | 1,832 |
| Charge for the year | - | - | 156 | - | 156 |
| Disposals | - | - | (153) | - | (153) |
| At 30 June 2024 | 100 | 10 | 1,725 | - | 1,835 |
| **Net book value** | | | | | |
| **At 30 June 2024** | - | - | 310 | 1 | 311 |
| At 30 June 2023 | - | - | 217 | 1 | 218 |

Website development costs, mobile applications and software are internally generated assets. £148,000 of the £278,000 additions during the year are still 'under construction' and therefore do not meet the criteria for amortisation yet.

The opening balances as at 1 July 2022 have been restated. Details of the restatement can be found in Note 2.

All additions are internally generated by capitalisation of development work on websites and software projects.

The directors are satisfied that no indication of impairment exists in respect of these assets.

43

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**13.    Subsidiary companies consolidated in these accounts**

**COMPANY**

| | Subsidiaries £'000 |
|---|---|
| At 1 July 2022 | 1,001 |
| Impairment | (1,000) |
| Write offs | (1) |
| 30 June 2023 | - |
| **30 June 2024** | - |

In the prior year, the investment in InvestorsHub.com Inc was fully impaired. There have been no indications that any reversal of the impairment should be considered.

| | Country of incorporation | % interest in ordinary shares 30 June 2024 | Principal activity | Registered address |
|---|---|---|---|---|
| Fotothing Limited | England & Wales | 100.00 | Dormant | Suite 28 Ongar Business Centre, The Gables, Ongar, England, CM5 0GA |
| NA Data Inc. | USA | 100.00 | Office services | P.O. Box 780 Harrisonville Mo. 64701 |
| InvestorsHub.com Inc. | USA | 100.00 | Financial information web site | As NA Data Inc. |
| ADVFN Brazil Limited | England & Wales | 100.00 | Dormant | As Fotothing Limited |
| Advfn IL Limited | Israel | 100.00 | Dormant | Rothschild 45, Tel-Aviv. |
| Cupid Bay Limited (dissolved 21 November 2023) | England & Wales | 100.00 | Dissolved | N/A |
| MJAC InvestorsHub International Conferences Limited (Dissolved 21 November 2023) | England & Wales | 100.00 | Dissolved | N/A |
| All IPO Plc (Dissolved 2 April 2024) | England & Wales | 100.00 | Dissolved | N/A |

44

Docusign Envelope ID: 9621140D454E54989CAC31bE258E34671N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3.25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 168 of 240 PageID #:412

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**14.    Deferred tax**

**GROUP**
The following are the major deferred tax liabilities and assets recognised by the Group and the movements thereon during the current and prior periods:

|  | Website development & software costs | UK tax losses | **Total** |
|---|---|---|---|
|  | £'000 | £'000 | **£'000** |
| At 30 June 2022 | (387) | 387 | - |
| Credit/(charge) to profit or loss | (88) | 88 | **-** |
| At 30 June 2023 | (475) | 475 | **-** |
| Credit/(charge) to profit or loss | (106) | 106 | **-** |
| At 30 June 2024 | (581) | 581 | **-** |

Deferred tax in ADVFN Plc amounted to £105,900 and nil in subsidiary companies. The deferred tax liability for the temporary difference has been recognised at 25% as per the future tax rate which has increased the deferred tax liability by £105,900. The deferred tax asset for the losses has also been recognised at 25% as per the future tax rate.

Certain deferred tax assets and liabilities have been offset. The following is the analysis of the deferred tax balances, after offset, for the purposes of financial reporting:

|  | **2024** | 2023 |
|---|---|---|
|  | **£'000** | £'000 |
| Deferred tax liabilities |  |  |
| -    Website development & software costs | (106) | (88) |
| Deferred tax assets |  |  |
| -    UK tax losses | 106 | 88 |
|  | - | - |

At the balance sheet date the Group had unused tax losses of £3,688,436 (2023: £5,802,000) available for offset against future profits. The Group has surrendered losses of £382,000 for the R&D tax credit for the year. A deferred tax asset has been recognised in respect of £423,000 (2023: £350,000) of such losses, as these losses would offset any taxable profits arising as a result of the unwinding of the deferred tax liability in respect of website development costs. No deferred tax asset has been recognised in respect of the remaining £3,260,000 (2023: £5,452,000) due to the unpredictability of future profit streams. Substantially all of the losses may be carried forward indefinitely.

**COMPANY**

The Deferred Tax Liability in the ADVFN company is due to the temporary difference between the accounting base and tax base for the Intangible – Website development, temporary difference £340,000 and deferred tax liability £85,000 and for Computer Equipment, temporary difference £84,000 and deferred tax liability £21,000.

Received 06-05-2025 08:34 AM / Circuit Clerk Accepted on 06-05-2025 08:39 AM / Transaction #32998882 / Case #2025MR000097
Page 117 of 131

Docusign Envelope ID: 9821140D454F5498BA4C81bE258E346713N - STRIKE - 06/10/2025 – 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 169 of 240 PageID #:413

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

15.    **Trade and other receivables**

**GROUP**

|  | **2024**<br>**£'000** | 2023<br>£'000 |
|---|---|---|
| **Non-current assets** |  |  |
| Other receivables | 22 | 25 |
|  |  |  |
| **Current assets** |  |  |
| Trade receivables - gross | 368 | 257 |
| Less: provision for impairment – expected loss | (38) | (14) |
| Less: provision for impairment - specific | (3) | (9) |
| Trade receivables - net | 327 | 234 |
| Prepayments and accrued income | 87 | 124 |
| Other receivables | 27 | 26 |
| Recoverable corporation tax | 120 | 82 |
|  |  |  |
| Total trade and other receivables | 561 | 466 |

**The ageing of trade receivables is as follows:**

|  | **2024**<br>**£'000** | 2023<br>£'000 |
|---|---|---|
| Not past due and not impaired | 193 | 192 |
| Past due but not impaired | 172 | 56 |
| Past due and fully impaired | 3 | 9 |
| Trade receivables - gross | 368 | 257 |
|  |  |  |
| Not past due and not impaired | 193 | 192 |
| Past due but not impaired: |  |  |
| Up to 30 days | 4 | 28 |
| 31 to 60 days | 11 | 1 |
| 61 to 90 days | 24 | 15 |
| Over 90 days | 133 | 12 |
|  | 172 | 56 |
| Receivables not impaired | 365 | 248 |
| Past due but fully impaired | 3 | 9 |
| Less impairment provision | (41) | (23) |
| Trade receivables - net | 327 | 234 |

**Provision for impairment:**

|  | **2024**<br>**£'000** | 2023<br>£'000 |
|---|---|---|
| Opening | 23 | 20 |
| Additional provision recognised | 18 | 3 |
| Closing | 41 | 23 |

The Directors consider that the carrying amount of trade and other receivables in both the Group and Company is approximately equal to their fair value.

46

Docusign Envelope ID: 962114D0454E54980 ...

**ADVFN PLC**

**Notes to the financial statements** (continued)

**COMPANY**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Non-current assets** | | |
| Other receivables | 22 | 25 |
| | | |
| **Current assets** | | |
| Trade receivables - gross | 167 | 123 |
| Less: provision for impairment – expected loss | (8) | (7) |
| Less: provision for impairment - specific | (1) | (9) |
| Trade receivables - net | 158 | 107 |
| Prepayments and accrued income | 83 | 102 |
| Other receivables | 15 | 21 |
| Recoverable corporation tax | 120 | 82 |
| Amounts owed by Group undertakings | - | - |
| | | |
| Total trade and other receivables | 376 | 313 |

**The ageing of trade receivables is as follows:**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Not past due and not impaired | 127 | 84 |
| Past due but not impaired | 39 | 30 |
| Past due and fully impaired | 1 | 9 |
| Trade receivables - gross | 167 | 123 |
| | | |
| Not past due and not impaired | 127 | 84 |
| Past due but not impaired: | | |
| Up to 30 days | 2 | 21 |
| 31 to 60 days | 2 | - |
| 61 to 90 days | 3 | 7 |
| Over 90 days | 32 | 11 |
| | 39 | 39 |
| Receivables not impaired | 166 | 114 |
| Past due and fully impaired | 1 | 9 |
| Less impairment provision | (9) | (16) |
| Trade receivables - net | 158 | 107 |

**Provision for impairment:**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Opening | 16 | 10 |
| Movement in the year | (7) | 6 |
| Closing | 9 | 16 |

The Directors consider that the carrying amount of trade and other receivables in both the Group and Company is approximately equal to their fair value.

47

Docusign Envelope ID: 962114B0454E54988C4C31bE258E34B743N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 171 of 240 PageID #:415

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**16.    Credit quality of financial assets**

An impairment provision has been calculated on the basis of expected credit losses ("ECL") as required under IFRS 9.

**GROUP**
As of 30 June 2024, trade receivables of £172,000 (2023: £56,000) were past due but not impaired (see note 15). These relate to a number of independent customers for whom there is no recent history of default.

| **Expected credit loss provision** | **2024** | | | 2023 |
|---|---|---|---|---|
| | **£'000** | **%** | **£'000** | £'000 |
| Not past due | 192 | 1% | 2 | 192 |
| Not more than 3 months | 40 | 5% | 2 | 28 |
| More than 3 months but not more than 6 months | 39 | 15% | 6 | 1 |
| More than 6 months but not more than 1 year | 75 | 25% | 18 | 15 |
| More than 1 year | 19 | 50% | 10 | 12 |
| | 365 | | 38 | 248 |

| **Impaired receivables allowance account** | | |
|---|---|---|
| | **2024** | 2023 |
| **Specific provision** | **£'000** | £'000 |
| At 1 July | 9 | 2 |
| Utilised during the year | (8) | (3) |
| Created during the year | 2 | 10 |
| **At 30 June** | 3 | 9 |

| **The carrying amount of the Group's trade receivables is denominated in the following currencies:** | | |
|---|---|---|
| | **2024** | 2023 |
| | **£'000** | £'000 |
| Sterling | 84 | 62 |
| Euro | 11 | 3 |
| US dollar | 232 | 169 |
| | 327 | 234 |

Docusign Envelope ID: 9621A4D5-54E5-4980-A1C1-5E258E34B743

**ADVFN PLC**

<u>Notes to the financial statements</u> (continued)

**Credit quality of financial assets (continued)**

**COMPANY**
As of 30 June 2024, trade receivables of £39,000 (2023: £30,000) were past due but not impaired (see note 15). These relate to a number of independent customers for whom there is no recent history of default.

| Expected credit loss provision | 2024 | | | 2023 |
|---|---|---|---|---|
| | £'000 | % | £'000 | £'000 |
| Not past due | 128 | 1% | 1 | 84 |
| Not more than 3 months | 7 | 5% | - | 18 |
| More than 3 months but not more than 6 months | 14 | 15% | 2 | - |
| More than 6 months but not more than 1 year | 15 | 25% | 4 | 3 |
| More than 1 year | 2 | 50% | 1 | 9 |
| | 166 | | 8 | 114 |

**Impaired receivables allowance account**

| Specific provision | 2024 £'000 | 2023 £'000 |
|---|---|---|
| At 1 July | 9 | 2 |
| Utilised during the year | (10) | (3) |
| Created during the year | 2 | 10 |
| **At 30 June** | 1 | 9 |

**The carrying amount of the Company's trade receivables is denominated in the following currencies:**

| | 2024 £'000 | 2023 £'000 |
|---|---|---|
| Sterling | 85 | 70 |
| Euro | 11 | 3 |
| US dollar | 62 | 34 |
| | 158 | 107 |

49

Docusign Envelope ID: 9621140b54E54980-A4C1-bE258E3fB743

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**17.    Interest bearing borrowings**

**Bank loans**
As a result of the COVID-19 pandemic the Directors considered it prudent to take further steps to ensure that short term cashflow did not present a problem for the Group. Short term finance offered under the Business Bounce Back loan scheme provided an additional layer of protection whilst the economy rides out the effects of the pandemic. The UK loan is charged at 2.5% over 6 years with an interest and payment free period for the first 12 months.

**Lease liabilities**
The carrying value of the lease liabilities is included in the borrowing classification. There are no leases carried in the Company. For further details please see Note 22.

**GROUP**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Non-current** | | |
| Bank loans | 9 | 20 |
| | 9 | 20 |
| Brought forward | 20 | 41 |
| Cash flows | (12) | (22) |
| Interest and fees | 1 | 1 |
| As at 30 June | 9 | 20 |
| **Current** | | |
| Bank loans | 10 | 10 |
| Lease liability | - | - |
| | 10 | 10 |
| Brought forward | 10 | 100 |
| Cash flows | - | (94) |
| Interest and fees | - | 4 |
| As at 30 June | 10 | 10 |

50

Docusign Envelope ID: 9621140D-54E5-4980-A4C1-5E258E346713

**ADVFN PLC**

**Notes to the financial statements** (continued)

**Interest bearing borrowings** (continued)

**COMPANY**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Non-current** |  |  |
| Bank loans | 9 | 20 |
|  |  |  |
| Brought forward | 20 | 41 |
| Cash flows | (12) | (20) |
| Interest and fees | 1 | 1 |
| As at 30 June | 9 | 20 |
| **Current** |  |  |
| Bank loans | 10 | 10 |
|  |  |  |
| Brought forward | - | 13 |
| Cash flows | - | (4) |
| Interest and fees | - | 1 |
| As at 30 June | 10 | 10 |

**Changes in liabilities arising from financing activities**

**GROUP**

|  | 2023 £'000 | Cash movements £'000 | Non-cash movements £'000 | 2024 £'000 |
|---|---|---|---|---|
| Long term borrowing | 30 | (12) | 1 | 19 |

**COMPANY**

|  | 2023 £'000 | Cash movements £'000 | Non-cash movements £'000 | 2024 £'000 |
|---|---|---|---|---|
| Long term borrowing | 30 | (12) | 1 | 19 |

51

Docusign Envelope ID: 9621140D54E5498C-A4C1-bE258E34871N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**ADVFN PLC**

**Notes to the financial statements** (continued)

18.    **Financial instruments**

**GROUP**

| Categories of financial instrument | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Non-current** | | |
| Trade and other receivables – at amortised cost | 22 | 25 |
| **Current** | | |
| Trade and other receivables - at amortised cost | 355 | 260 |
| Cash and cash equivalents | 4,091 | 5,557 |
| Financial assets | 4,468 | 5,842 |
| **Non-current** | | |
| Borrowings | 9 | 20 |
| **Current** | | |
| Borrowings – at amortised cost | 10 | 10 |
| Trade and other payables – at amortised cost | 743 | 1,136 |
| Financial liabilities | 753 | 1,146 |

**COMPANY**

| Categories of financial instrument | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Non-current** | | |
| Trade and other receivables – at amortised cost | 22 | 25 |
| **Current** | | |
| Trade and other receivables – at amortised cost | 172 | 107 |
| Cash and cash equivalents | 4,026 | 5,301 |
| Financial assets | 4,220 | 5,433 |
| **Non-current** | | |
| Borrowings – at amortised cost | 9 | 20 |
| **Current** | | |
| Borrowings | 10 | 10 |
| Trade and other payables – at amortised cost | 708 | 1,073 |
| Financial liabilities | 718 | 1,083 |

52

Docusign Envelope ID: 9821140D454E4988-C4C1-5E258E34671N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 176 of 240 PageID #:420

**ADVFN PLC**

**Notes to the financial statements** (continued)

19.    **Trade and other payables**

**GROUP**

|  | **2024**<br>**£'000** | 2023<br>£'000 |
|---|---|---|
| Trade payables | 447 | 771 |
| Social security and other taxes | 80 | 119 |
| Accrued expenses | 211 | 235 |
| Contract liability | 577 | 647 |
| Other payables | 85 | 131 |
|  | 1,402 | 1,903 |

During the reporting period, for the Group, £647,000 of revenue was recognised that had been included in the contract liability at the beginning of the period.

**COMPANY**

|  | **2024**<br>**£'000** | 2023<br>£'000 |
|---|---|---|
| Trade payables | 427 | 758 |
| Other tax and social security | 80 | 112 |
| Accruals | 199 | 207 |
| Contract liability | 498 | 554 |
| Other payables | 83 | 109 |
| Amounts owed to Group undertakings | - | - |
|  | 1,287 | 1,740 |

During the reporting period, for the Company, £554,000 of revenue was recognised that had been included in the contract liability at the beginning of the period.

20.    **Share capital**

**GROUP AND COMPANY**

| Issued, called up and fully paid Ordinary shares of £0.002 each | Shares | £'000 |
|---|---|---|
| At 30 June 2023 | 46,004,758 | 92 |
| Share issued | 280,000 | 1 |
| At 30 June 2024 | 46,284,758 | 93 |

***Shares issued***

On 16 May 2024, 280,000 shares were issued to non-executive directors in lieu of salary. The shares had a nominal value of £0.002 per share and were issued at the market value on the date of issue of 10.5p per share, resulting in an increase in share capital of £560 and share premium of £28,840. The shares rank pari passu with the existing shares in issue.

On 6 December 2022, the company proposed an equity fundraise whereby qualifying existing shareholders were able to subscribe for new shares at an issue price of £0.33 on the basis of 11 offer shares for every 14 existing ordinary shares. Under the issue, open offer warrants were issued to the qualifying shareholders in relation to the purchase of shares on the basis of one warrant for every 3 open offer shares. The warrants may be exercised from the date of issue until 6 December 2026 at a price of £0.60 per share. On 6 January 2023 13,708,380 shares were admitted to the London Stock Exchange as a result of this open offer. A further 5,981,059 shares were admitted on 14 March 2023 after approval from the Financial Conduct Authority. A total of £6.5m was raised and 6,563,123 warrants were created.

***Share price***

The market value of the shares at 30 June 2024 was 13.00p (2023; 21.00p). The range during the year was 10.5p to 21.0p (2023; 20.5p to 57.5p ). Shareholders are entitled to one vote per Ordinary share held and dividends will be apportioned and paid proportionately to the amounts paid up on the Ordinary shares held.

53

Docusign Envelope ID: 9621149D454EE4988A4C31E5E258E3B7A1

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**21.        Share based payments**

**GROUP AND COMPANY**

The Group uses share options as remuneration for services of employees. The fair value is expensed over the remaining vesting period.

The fair value of options granted during the year has been arrived at using the Black-Scholes model. The assumptions inherent in the use of this model are as follows:

- The option life is assumed to be at the end of the allowed period
- There are no vesting conditions which apply to the share options/warrants other than continued service up to 3 years.
- No variables change during the life of the option (e.g. dividend yield must be zero).
- Volatility has been calculated over the 3 years prior to the grant date by reference to the daily share price.

Details of the number of share options and the weighted average exercise price (WAEP) outstanding during the year are as follows:

|  | 2024 WAEP | |
| --- | --- | --- |
|  | Number | Price (£) |
| Outstanding at the beginning of the year | 630,000 | 0.3333 |
| Granted during the year | 825,300 | 0.1947 |
| Outstanding at the year end | 1,455,300 | 0.2813 |
| Exercisable at the year end | 887,232 | 0.2640 |

|  | 2023 WAEP | |
| --- | --- | --- |
|  | Number | Price (£) |
| Outstanding at the beginning of the year | 1,351,473 | 0.4437 |
| Granted during the year | 530,000 | 0.33 |
| Exercised during the year | - | - |
| Lapsed during the year | (1,251,473) | 0.3570 |
| Outstanding at the year end | 630,000 | 0.3333 |
| Exercisable at the year end | 630,000 | 0.3333 |

54

**ADVFN PLC**

---

**Notes to the financial statements** (continued)

**Share based payments** (continued)

The options outstanding at the year-end are set out below:

| Expiry date | Issue date | Exercise Price (£) | | **2024** Share options | **Remaining life (years)** | 2023 Share options | Remaining life (years) |
|---|---|---|---|---|---|---|---|
| **10 year expiry** | | | | | | | |
| 24 November 2027 | 25 November 2017 | 0.4750 | Options | **50,000** | **3** | 50,000 | 4 |
| 24 November 2027 | 25 November 2017 | 1.0000 | Options | **50,000** | **3** | 50,000 | 4 |
| **3 year expiry** | | | | | | | |
| 8 June 2026 | 7 June 2023 | 0.33 | Options | **530,000** | **2** | 530,000 | 3 |
| 18 September 2027 | 19 September 2024 | 0.16 | Options | **180,000** | **2** | - | - |
| 25 April 2027 | 24 April 2024 | 0.13 | Options | **315,300** | **3** | - | - |
| **4 year expiry** | | | | | | | |
| 24 April 2028 | 23 April 2024 | 0.13 | Options | **90.000** | **4** | - | - |
| 24 April 2028 | 23 April 2024 | 0.33 | Options | **240,000** | **4** | - | - |
| | | | | **1,455,300** | | 630,000 | |

The total expense recognised during the year by the Group, for all schemes, was £26,301 (2023: £1,000).

55

DocuSign Envelope ID: 9621AB0454F54988-A1C31E258F34671N - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

**ADVFN PLC**

**Notes to the financial statements** (continued)

**22.    Lease liabilities**

Property, plant and equipment comprises owned and leased assets.

**GROUP**

|  | 2024 £'000 | 2023 £'000 |
|---|---|---|
| **Right-of-use assets** | | |
| The group leases office buildings: | | |
| Balance at 1 July | - | 73 |
| Additions in the year | - | - |
| Depreciation charge for the year | - | (73) |
| Balance at 30 June | - | - |

Total cash outflows of £nil (2023 £103,000) were made in relation to right-of-use assets in the current year with £nil interest (2023 £5,000).

**23.    Financial risk management**

The Group and Company's activities expose it to a variety of financial risks: market risk (primarily foreign exchange risk, interest rate risk and price risk), credit risk and liquidity risk. This year the Group and Company are also exposed to global inflation risks. All companies within the Group apply the same risk management programme. Overall, this focuses on the unpredictability of financial markets and seeks to minimise potential adverse effects on the Group's financial performance. Risk management is carried out by the Board and their policies are outlined below.

**a)    Market risk**

*Foreign exchange risk*
The Group is exposed to translation and transaction foreign exchange risk as it operates within the USA and other countries around the world and therefore transactions are denominated in Sterling, Euro, US Dollars and other currencies. The Group policy is to try and match the timing of the settlement of sales and purchase invoices so as to eliminate, as far as possible, currency exposure. During the year, the weakening of Sterling has decreased the impact of movements in US Dollars.

The Group does not currently hedge any transactions and therefore there are no open forward contracts. Foreign exchange differences on retranslation of foreign currency monetary assets and liabilities are taken to the income statement.

**GROUP**

The carrying value of the Group's foreign currency denominated assets and liabilities are set out below:

|  | 2024 | | 2023 | |
|---|---|---|---|---|
|  | Assets £'000 | Liabilities £'000 | Assets £'000 | Liabilities £'000 |
| US Dollars | 455 | 219 | 3,118 | 297 |
| Euros | 35 | 88 | 17 | 120 |
| Yen | 6 | - | 9 | - |
| Other | - | 12 | - | - |
|  | 496 | 319 | 3,144 | 417 |

**COMPANY**

The carrying value of the Company's foreign currency denominated assets and liabilities are set out below:

|  | 2024 | | 2023 | |
|---|---|---|---|---|
|  | Assets £'000 | Liabilities £'000 | Assets £'000 | Liabilities £'000 |
| US Dollars | 642 | 105 | 1,683 | 162 |
| Euros | 35 | 88 | 18 | 120 |
| Yen | 6 | - | 6 | - |
| Other | - | 12 | - | 22 |
|  | 683 | 205 | 1,707 | 304 |

56

Docusign Envelope ID: 0621149D45AE5498BdA1C11b5255E34673A1

**ADVFN PLC**

**Notes to the financial statements (continued)**

**Financial risk management (continued)**

*Foreign exchange risk (continued)*

The majority of the Group's financial assets are held in Sterling but movements in the exchange rate of the US Dollar and the Euro against Sterling have an impact on both the result for the year and equity. The Group considers its most significant exposure is to movements in the US Dollar.

Sensitivity to reasonably possible movements in the US Dollar exchange rate can be measured on the basis that all other variables remain constant. The effect on profit and equity of strengthening or weakening of the US Dollar in relation to sterling by 10% would result in a movement of:
Group:  ±£63,000 (2023: ±£122,000).
Company:  ±£69,000 (2023: ±£165,000).

*Interest rate risk*
The Group carries borrowings which are at fixed interest rates and as a result the directors consider that there is no significant interest rate risk.

**b)  Credit risk**

Credit risk refers to the risk that a counterparty will default on its contractual obligations resulting in financial loss to the Group. In order to minimise this risk, the Group endeavours only to deal with companies which are demonstrably creditworthy and this, together with the aggregate financial exposure, is continuously monitored. The maximum exposure to credit risk is the value of the outstanding amount:
Group:  £460,000 (2023: £433,000).
Company:   £230,000 (2023: £1,849,000).

Provision of services by members of the Group results in trade receivables which the management consider to be of low risk, other receivables are likewise considered to be low risk. The management do not consider that there is any concentration of risk within either trade or other receivables. The receivables are due from companies whose credit performance is constantly monitored and, if an amount becomes overdue, immediate action is taken to obtain payment. The population of clients is diverse, and this ensures no concentration of risk with any specific customer. A default is assumed and actioned when the Directors believe it will not be possible to obtain payment for the service supplied. This is not generally measured exclusively on the overdue period but judged on the basis of prior experience and the dialogue with the customer that follows the recognition of an overdue payment. For additional information on receivables see note 15.

Credit risk on cash and cash equivalents is considered to be small as the counterparties are all substantial banks with high credit ratings. The maximum exposure is the amount of the deposit.

**c)  Liquidity risk**
The Group currently holds cash balances in Sterling, US Dollars and Euros to provide funding for normal trading activity. The Group also has access to additional equity funding, and, for short term flexibility, overdraft facilities would be arranged with the Group's bankers. Trade and other payables are monitored as part of normal management routine. Liabilities are disclosed as follows:

57

Docusign Envelope ID: 96211ABD-54E5-4988-A4C1-bE258E34B713

**ADVFN PLC**

**Notes to the financial statements** (continued)

**Financial risk management** (continued)

**Liquidity risk** (continued)

**GROUP**

| 2024 | Within 1 year £'000 | One to two years £'000 | Two to five years £'000 | Over five years £'000 |
|---|---|---|---|---|
| Trade payables | 447 | - | - | - |
| Accruals | 212 | - | - | - |
| Other payables | 83 | - | - | - |
| Borrowings | 10 | 9 | - | - |

| 2023 | Within 1 year £'000 | One to two years £'000 | Two to five years £'000 | Over five years £'000 |
|---|---|---|---|---|
| Trade payables | 771 | - | - | - |
| Accruals | 236 | - | - | - |
| Other payables | 131 | - | - | - |
| Borrowings | 10 | 10 | 9 | - |

**COMPANY**

| 2024 | Within 1 year £'000 | One to two years £'000 | Two to five years £'000 | Over five years £'000 |
|---|---|---|---|---|
| Trade payables | 427 | - | - | - |
| Accruals | 199 | - | - | - |
| Other payables | 83 | - | - | - |
| Borrowings | 10 | 9 | - | - |

| 2023 | Within 1 year £'000 | One to two years £'000 | Two to five years £'000 | Over five years £'000 |
|---|---|---|---|---|
| Trade payables | 758 | - | - | - |
| Accruals | 207 | - | - | - |
| Other payables | 109 | - | - | - |
| Borrowings | 10 | 10 | 9 | - |

**d)   Capital risk management**

The Group's objectives when managing capital are to safeguard the Group's ability to continue as a going concern in a volatile and tight credit economy.

The Group will also seek to minimise the cost of capital and attempt to optimise the capital structure, which currently means maintaining equity funding and keeping debt levels to insignificant amounts of lease funding. Share capital and premium together amount to £6,798,000.

During the year, the Group did not pay a dividend to shareholders (2023: £Nil). The Group continues to plan for growth, and it will continue to be important to maintain the Group's credit rating and ability to borrow should acquisition targets become available.

Capital for further development of the Group's activities will, where possible, be achieved by share issues and not by carrying significant debt.

58

**ADVFN PLC**

---

<u>**Notes to the financial statements**</u> **(continued)**

**Financial risk management (continued)**

**Liquidity risk (continued)**

**e)    Inflation risk**

Inflation risk refers to the risks posed to the Group due to rising inflation. This increase in inflation could lead to increasing costs and potentially decreasing revenue as companies seek to decrease their own costs. Management have considered these factors in preparing their going concern forecasts and will continue to monitor the level of expenses and revenue going forward.

**24.    Capital Commitments**

**GROUP AND COMPANY**

At 30 June 2024 neither the Group nor the Company had any capital commitments (2023: £Nil).

**25.    Related party transactions**

**GROUP AND COMPANY**

The remuneration paid to Directors is disclosed on page 16 of the Directors' Report. Shares held by the directors are disclosed on page 15. Subsequent to the year ended 30 June 2024, CF Pro Limited became a management entity of the Group and Company, by virtue of the provision of key management services. This relationship commenced in August 2024. During the year ended 30 June 2024, fees totalling £103,000 were paid to CF Pro Limited. There was an outstanding balance owed to CF Pro Limited of £8,000 at the year end. Transactions with related parties were carried out on an arm's length basis.

**26.    Events after the balance sheet date**

There were no relevant events after the balance sheet date.

**27.    Accounts**

Copies of these accounts are available from the Company's registered office at Suite 28, Ongar Business Centre, The Gables, Fyfield Road, Ongar, Essex, CM5 0GA or from Companies House, Crown Way, Maindy, Cardiff, CF14 3UZ.

www.companieshouse.gov.uk

and from the ADVFN plc website:

www.ADVFN.com

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - STRIKE - 06/10/2025 - 12:21:38 PM - 2025MR000097 - Transaction 1024797

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 183 of 240 PageID #:427

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/4/2025
Document Type:      MOTION - STRIKE
Number of Pages:    132

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

**FILED**   Env: 33028917
McHenry County, Illinois
2025MR000097
Date: 6/6/2025 9:49 AM
Katherine M. Keefe
Clerk of the Circuit Court

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## McHENRY COUNTY

Gregory J. Halpern
_____

**vs.**                    Case Number _____ 2025MR000097 _____

Citadel Securities LLC, et al.
_____

# APPEARANCE

**I HEREBY ENTER THE APPEARANCE OF**

Harvey Vechery
_____

(Insert the name of the party for whom you are entering your appearance)

**AND MY OWN AS**

| | | | |
|---|---|---|---|
| ☑ | REGULAR COUNSEL | ☐ | TRIAL COUNSEL |
| ☐ | SPECIAL & LIMITED APPEARANCE | ☐ | SUBSTITUTE COUNSEL |
| ☐ | PRO-SE | ☐ | COUNSEL IN FORCIBLE ENTRY |
| ☐ | ADDITIONAL COUNSEL | ☐ | APPELLATE COUNSEL |
| ☐ | GUARDIAN AD LITEM | ☐ | COURT APPOINTED COUNSEL |

**AND AS (HIS) (~~HER~~) (~~THEIR~~) COUNSEL IN THE ABOVE ENTITLED CASE.**

SIGNED _____

(Signature of Attorney filing appearance)

Name _____ David T.B. Audley _____          David T. B. Audley

ARDC Number _____ 6190602 _____              Printed Name

Attorney for _____ Harvey Vechery _____

Address _____ Chapman and Cutler LLP, 320 S. Canal St. _____

City, State Zip _____ Chicago, IL 60606 _____

Phone _____ 312-845-3000 _____

Email _____ audley@chapman.com _____

CC-APP1 (Revised 07-01-2018)

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET

Case Number    2025MR000097

Document Date:      6/6/2025
Document Type:      APPEARANCE
Number of Pages:    2

# CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____June 10, 2025_____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - 06/10/2025 - 12:21:41 PM - 2025MR000097 - Transaction 1024801

**FILED**
**McHenry County, Illinois**
**2025MR000097**
Date: 6/6/2025 4:13 PM
Katherine M. Keefe
Clerk of the Circuit Court

Env: 33041564

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT**
**McHENRY COUNTY**

Gregory J. Halpern,

vs.                     Case Number _2025MR000097_

Citadel Securities LLC et al.

# APPEARANCE

**I HEREBY ENTER THE APPEARANCE OF**

Yahoo Finance LLC

(Insert the name of the party for whom you are entering your appearance)

**AND MY OWN AS**

| | | |
|---|---|---|
| ☑ REGULAR COUNSEL | ☐ TRIAL COUNSEL |
| ☐ SPECIAL & LIMITED APPEARANCE | ☐ SUBSTITUTE COUNSEL |
| ☐ PRO-SE | ☐ COUNSEL IN FORCIBLE ENTRY |
| ☐ ADDITIONAL COUNSEL | ☐ APPELLATE COUNSEL |
| ☐ GUARDIAN AD LITEM | ☐ COURT APPOINTED COUNSEL |

**AND AS (HIS) (HER) (THEIR) COUNSEL IN THE ABOVE ENTITLED CASE.**

SIGNED /s/ Steve Trubac

(Signature of Attorney filing appearance)

Name Steve Trubac

Steve Trubac

Printed Name

ARDC Number 6319543

Attorney for Yahoo Finance LLC

Address 161 North Clark St., Suite 4300

City, State Zip Chicago, Illinois 60601

Phone 312-602-5000

Email steve.trubac@bclplaw.com

CC-APP1 (Revised 07-01-2018)

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - 06/10/2025 - 12:21:41 PM - 2025MR000097 - Transaction 1024801

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 187 of 240 PageID #:431

Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 6, 2025, the foregoing document and any referenced exhibits were filed with the Clerk of the Court using the Odyssey E-Filing System and served via e-mail on the following parties having appeared:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, Illinois 60081
greghalpern1@proton.me

*Plaintiff*

David T.B. Audley
Michael P. Lee
Chapman & Cutler LLP
320 S. Canal Street
Chicago, Illinois 60640
audley@chapman.com

*Counsel for defendant Harvey Vechery*

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Date: June 6, 2025

/s/ Steve Trubac
Steve Trubac

2

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/6/2025
Document Type:      APPEARANCE
Number of Pages:    3

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:39 PM - 2025MR000097 - Transaction 1024798

**FILED**
Env: 33028917
McHenry County, Illinois
2025MR000097
Date: 6/6/2025 9:49 AM
Katherine M. Keefe
Clerk of the Circuit Court

### IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
### MCHENRY COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| GREGORY J. HALPERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2025MR000097 |
| v. | ) | |
| | ) | |
| CITADEL SECURITIES LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: **SEE ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on July 2, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Joel D. Berg, or any Judge sitting in his stead via Zoom in Courtroom 201 of the Circuit Court of McHenry County, 2200 N. Seminary Ave., Woodstock, Illinois and shall then and there present **Motion of Defendant Harvey Vechery for Extension of Time to Answer or Otherwise Plead to the Complaint**, a copy of which is hereby served upon you.

Zoom Instructions:
Open this website: https://mchenrycourt.date/zoom and follow instructions
Call Clerks office at: (815) 334-4190

CHAPMAN AND CUTLER LLP

By _____
One of His Attorneys

David T.B. Audley (Atty No. 6190602)
Michael P. Lee
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois 60640
(312) 845-3000
audley@chapman.com

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:39 PM - 2025MR000097 - Transaction 1024798

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 190 of 240 PageID #:434

Page 2 of 5

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** was served upon the following individual by U.S. Mail this 6th day of June, 2025:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, IL 60081

David T.B. Audley

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:39 PM - 2025MR000097 - Transaction 1024798

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 191 of 240 PageID #:435
Page 1 of 3

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:     6/6/2025
Document Type:     NOTICE - MOTION
Number of Pages:   3

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____June 10, 2025_____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 192 of 240 PageID #:438

**FILED**
McHenry County, Illinois
2025MR000097
Date: 6/6/2025 9:49 AM
Katherine M. Keefe
Clerk of the Circuit Court

Env: 33028917

### IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
### MCHENRY COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| GREGORY J. HALPERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2025MR000097 |
| v. | ) | |
| | ) | |
| CITADEL SECURITIES LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** Defendant, Harvey Vechery ("*Defendant"),* by and through his attorneys, and moves this Court for an extension of time to answer or otherwise plead to the Complaint.  In support of its Motion, Defendant respectfully states as follows:

1.      Plaintiff, Gregory J. Halpern ("*Plaintiff*"), filed the above-titled lawsuit in the Circuit Court of McHenry County, Illinois on May 1, 2025 (the Complaint").

2.      Defendant was purportedly served with the Complaint on May 8, 2025 and, if appropriately served, would be required to Answer or otherwise plead by June 7, 2025.[1]

3.      Defendant has recently retained Chapman and Cutler LLP as counsel in relation to this matter and seeks an extension of time to file his response to the Complaint.

4.      Defendant requests additional time of thirty (30) days to answer or otherwise plead to the Complaint.  As the matter is newly before this Court, there will be no prejudice to any party is allowing this additional time.

---

[1] By seeking additional time to respond to the Complaint, Defendant reserves all rights in regard to the manner by which he was served

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - EXTEND TIME - 06/10/2025 - 12:21:40 PM - 2025MR000097 - Transaction 1024799

5.     This Motion is not brought for purposes of delay, but rather to allow Defendant and his counsel time to adequately review the mode of service and the allegations of the Complaint and respond accordingly.

6.     Defendant requests that this Court extend its time to answer or otherwise respond to the Complaint through and including July 7, 2025.

**WHEREFORE**, Defendant Harvey Vechery respectfully requests an Order granting his Motion, and allowing him up to and including July 7, 2025 to answer or otherwise plead to the Complaint in this matter, along with any other and further relief this Court deems just and proper.

CHAPMAN AND CUTLER LLP

By: _____
          One of His Attorneys

David T.B. Audley (Atty No. 6190602)
Michael P. Lee
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois  60640
(312) 845-3000
audley@chapman.com

- 2 -

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 194 of 240 PageID #:438

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** was served upon the following individual by U.S. Mail this 6th day of June, 2025:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, IL 60081

_____
David T.B. Audley

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - EXTEND TIME - 06/10/2025 - 12:21:40 PM - 2025MR000097 - Transaction 1024799

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 195 of 240 PageID #:439

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/6/2025
Document Type:      MOTION - EXTEND TIME
Number of Pages:    4

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

_Katherine M. Keefe_

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - EXTEND TIME - 06/10/2025 - 12:21:42 PM - 2025MR000097 - Transaction 1024803

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 196 of 240 PageID #:440

FILED
McHenry County, Illinois
2025MR000097
Date: 6/6/2025 4:13 PM
Katherine M. Keefe
Clerk of the Circuit Court

*** Env: 33041564 ***

## IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
## COUNTY OF MCHENRY, ILLINOIS

| | |
|---|---|
| Gregory J. Halpern, | |
| Plaintiff, | Case No: 2025-MR-000097 |
| v. | Hon. Joel D. Berg |
| Citadel Securities LLC, et al., | |
| Defendants. | |

### DEFENDANT YAHOO FINANCE LLC'S MOTION FOR
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Yahoo Finance LLC, incorrectly sued as Yahoo ("Yahoo Finance"), through its undersigned counsel, moves for a 30-day extension of time to respond to Plaintiff, Gregory J. Halpern's ("Plaintiff"), amended complaint ("Complaint"), and in support thereof states:

1. Halpern filed this action on May 1, 2025. Halpern filed an amended complaint ("Complaint") on May 2, 2025. Halpern names approximately 25 defendants and asserts eight causes of action, asserting all defendants are liable for securities fraud, racketeering, defamation, intentional infliction of emotional distress, and conspiracy. *See generally* Compl. Halpern also asserts a claim for declaratory relief. *Id.* The Complaint is over 60 pages long and contains over 150 allegations. *Id.*

2. Plaintiff alleges he is the "founder, CEO, and Super Majority Shareholder of Max Sound Corporation (MAXD)," which "was a fully reporting micro-cap audio technology company until November 2022." *Id.* ¶ 14. Halpern alleges a "multi-tiered schemed to defraud MAXD investors, seize control of [his] company, destroy American Small Business, and manipulate public markets using illegal tactics including naked short selling, false online narratives, regulatory abuse, and insider fraud and betrayal." *Id.* ¶ 2.

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - EXTEND TIME - 06/10/2025 - 12:21:42 PM - 2025MR000097 - Transaction 1024803

3.    Yahoo Finance was purportedly served with the Complaint on May 21, 2025.[1] Accordingly, its current responsive pleading deadline is June 20, 2025. Ill. R. S. Ct. 101(d).

4.    Undersigned counsel was recently retained by Yahoo Finance and, especially given the nature and complexity of the allegations and claims, requires additional time to respond.

5.    Yahoo Finance accordingly seeks a 30-day extension of time, through and including July 21, 2025,[2] to respond to Plaintiff's Complaint.

6.    Yahoo Finance's counsel contacted Plaintiff by e-mail on June 6, 2025, to determine whether Plaintiff opposed the requested extension. As of the time of filing, undersigned counsel had not received a response from Plaintiff.

WHEREFORE, defendant Yahoo Finance LLC, incorrectly sued as Yahoo, respectfully requests that this Court (1) grant its motion for extension of time, (2) enter an order extending its deadline to respond to Plaintiff's Complaint to July 21, 2025, and (3) enter such additional relief as it deems just and proper.

---

[1] In moving for an extension of time to respond, Yahoo Finance does not admit that it was properly served with the Complaint and reserves all rights, including the right to challenge the sufficiency of service.

[2] July 20, 2025, is a Sunday.

Received 06-06-2025 04:22 PM / Circuit Clerk Accepted on 06-09-2025 09:13 AM / Transaction #33041564 / Case #2025MR000097
Page 2 of 4

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - EXTEND TIME - 06/10/2025 - 12:21:42 PM - 2025MR000097 - Transaction 1024803

Dated: June 6, 2025

Respectfully submitted,

/s/ Steve Trubac
Steve Trubac (#6319543)
Bryan Cave Leighton Paisner LLP
161 N Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
steve.trubac@bclplaw.com

*Counsel for defendant Yahoo Finance LLC,*
*incorrectly sued as Yahoo*

Received 06-06-2025 04:22 PM / Circuit Clerk Accepted on 06-09-2025 09:13 AM / Transaction #33041564 / Case #2025MR000097
Page 3 of 4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 6, 2025, the foregoing document and any referenced exhibits were filed with the Clerk of the Court using the Odyssey E-Filing System and served via e-mail on the following parties having appeared:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, Illinois 60081
greghalpern1@proton.me

*Plaintiff*

David T.B. Audley
Michael P. Lee
Chapman & Cutler LLP
320 S. Canal Street
Chicago, Illinois 60640
audley@chapman.com

*Counsel for defendant Harvey Vechery*

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Date: June 6, 2025

/s/ Steve Trubac
Steve Trubac

4

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET    Case Number   2025MR000097

Document Date:    6/6/2025

Document Type:    MOTION - EXTEND TIME

Number of Pages:    5

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:42 PM - 2025MR000097 - Transaction 1024802
Page 1 of 3

**FILED**   Env: 33041564
**McHenry County, Illinois**
**2025MR000097**
**Date: 6/6/2025 4:13 PM**
**Katherine M. Keefe**
**Clerk of the Circuit Court**

# IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
# COUNTY OF MCHENRY, ILLINOIS

| | |
|---|---|
| Gregory J. Halpern, | |
| Plaintiff, | Case No: 2025-MR-000097 |
| v. | Hon. Joel D. Berg |
| Citadel Securities LLC, et al., | |
| Defendants. | |

## DEFENDANT YAHOO FINANCE LLC'S NOTICE OF MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

**TO: SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on July 2, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear remotely before Judge Joel D. Berg, or any other judge sitting in his stead, in Courtroom 201 of the Michael J. Sullivan Judicial Center, 2200 N. Seminary Avenue, Woodstock, Illinois 60098, and then and there present defendant Yahoo Finance LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint, a copy of which is hereby served upon you.

To appear remotely, please go to https://caseinfo.mchenrycountyil.gov/PublicCaseAccess/ZoomCheckInSearch on the date of the hearing and use the Case information above to check in.

Received 06-06-2025 04:22 PM / Circuit Clerk Accepted on 06-09-2025 09:13 AM / Transaction #33041564 / Case #2025MR000097
Page 1 of 3

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:42 PM -2025MR000097 - Transaction 1024802

Dated: June 6, 2025

Respectfully submitted,

/s/ Steve Trubac

Steve Trubac (#6319543)
Bryan Cave Leighton Paisner LLP
161 N Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
steve.trubac@bclplaw.com

*Counsel for defendant Yahoo Finance LLC,
incorrectly sued as Yahoo*

2

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - MOTION - 06/10/2025 - 12:21:42 PM - 2025MR000097 - Transaction 1024802

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 203 of 240 PageID #:447

Page 3 of 3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 6, 2025, the foregoing document and any referenced exhibits were filed with the Clerk of the Court using the Odyssey E-Filing System and served via e-mail on the following parties having appeared:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, Illinois 60081
greghalpern1@proton.me

*Plaintiff*

David T.B. Audley
Michael P. Lee
Chapman & Cutler LLP
320 S. Canal Street
Chicago, Illinois 60640
audley@chapman.com

*Counsel for defendant Harvey Vechery*

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Date: June 6, 2025

/s/ Steve Trubac
Steve Trubac

3

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 204 of 240 PageID #:448

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/6/2025
Document Type:      NOTICE - MOTION
Number of Pages:    4

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 10, 2025 _____

_Katherine M. Keefe_

_____

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904

**FILED**
Env: 33123572
McHenry County, Illinois
2025MR000097
Date: 6/12/2025 11:41 AM
Katherine M. Keefe
Clerk of the Circuit Court

## IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF: | ) **COMPLAINT FOR: DECLARATORY** |
| GREGORY J. HALPERN | ) **RELIEF, DAMAGES, AND DEMAND** |
| Plaintiff, | ) **FOR A JURY TRIAL** |
| vs. | ) |
| CITADEL SECURITIES LLC; KNIGHT | ) COUNT I – FRAUD |
| SECURITIES; VIRTU FINANCIAL; CANTOR | ) |
| FITZGERALD; CANACCORD GENUITY; | ) COUNT II - SECURITIES FRAUD |
| CHARLES SCHWAB & CO.; E*TRADE | ) |
| SECURITIES LLC; JPMORGAN CHASE & CO; | ) COUNT III – CIVIL CONSPIRACY |
| GOLDMAN SACHS GROUP INC.; MERRILL | ) (Against All Defendants) |
| LYNCH; UBS ASSET MANAGEMENT, INC.; | ) COUNT IV – BREACH OF FIDUCIARY DUTY |
| CREDIT SUISSE INC.; DEUTSCHE BANK | ) |
| SECURITIES; DTCC (DEPOSITORY TRUST | ) COUNT V – DEFAMATION & MARKET |
| & CLEARING CORPORATION); HARVEY | ) MANIPULATION (Against All Defendants) |
| VECHERY; HAROLD BLAISURE; MICHAEL | ) |
| TURNER; CONSTANCE NASH; DEVINE | ) COUNT VI – DECLARATORY RELIEF |
| MAFA; ALFRED HILDEBRAND; INVESTOR | ) |
| HUB (IHUB); YAHOO; MARY SCHAPIRO; | ) COUNT VII –RACKETEERING INFLUENCED |
| MARY JO WHITE; JAY CLAYTON; THE | ) CORRUPT ORGANIZATION (RICO) |
| SECURITIES & EXCHANGE COMMISSION; | ) |
| AND DOES 1-100 | ) COUNT VIII - INTENTIONAL INFLICTION |
| Defendants. | ) OF EMOTIONAL DISTRESS |

## PLAINTIFF'S NOTICE OF NON-OBJECTION
## TO MOTION FOR EXTENSION OF TIME
## AND RESERVATION OF RIGHTS

Plaintiff, **Gregory J. Halpern**, respectfully submits this Notice to the Court regarding

Defendant Yahoo Finance LLC's Motion for Extension of Time to Respond to Plaintiff's

Complaint, and states as follows:

1.    Plaintiff has no objection to Defendant Yahoo Finance LLC's request for an

extension of time to respond to the Complaint, as outlined in its motion filed on June 6,

2025.

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904 Page 2 of 6

2.   Plaintiff acknowledges the scheduled hearing on July 2, 2025, and confirms he will not oppose the requested extension to July 21, 2025.

3.   **Reservation of Rights:** Plaintiff expressly reserves all rights and remedies available under law, including but not limited to the right to challenge any future motion to dismiss, motion to strike, or other dispositive or procedural filings that may be submitted by any defendant.

WHEREFORE, Plaintiff respectfully requests that the Court take notice of his non-objection to the pending motion and enter any order it deems just and proper.

Respectfully submitted,

DATED at Spring Grove, Illinois, this 12th day of June 2025.

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904

**IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
COUNTY OF MCHENRY, ILLINOIS**

| | |
|---|---|
| Gregory J. Halpern, | |
| Plaintiff, | Case No: 2025-MR-000097 |
| v. | Hon. Joel D. Berg |
| Citadel Securities LLC, et al., | |
| Defendants. | |

**DEFENDANT YAHOO FINANCE LLC'S MOTION FOR
<u>EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Defendant Yahoo Finance LLC, incorrectly sued as Yahoo ("Yahoo Finance"), through its undersigned counsel, moves for a 30-day extension of time to respond to Plaintiff, Gregory J. Halpern's ("Plaintiff"), amended complaint ("Complaint"), and in support thereof states:

1.      Halpern filed this action on May 1, 2025. Halpern filed an amended complaint ("Complaint") on May 2, 2025. Halpern names approximately 25 defendants and asserts eight causes of action, asserting all defendants are liable for securities fraud, racketeering, defamation, intentional infliction of emotional distress, and conspiracy. *See generally* Compl. Halpern also asserts a claim for declaratory relief. *Id.* The Complaint is over 60 pages long and contains over 150 allegations. *Id.*

2.      Plaintiff alleges he is the "founder, CEO, and Super Majority Shareholder of Max Sound Corporation (MAXD)," which "was a fully reporting micro-cap audio technology company until November 2022." *Id.* ¶ 14. Halpern alleges a "multi-tiered schemed to defraud MAXD investors, seize control of [his] company, destroy American Small Business, and manipulate public markets using illegal tactics including naked short selling, false online narratives, regulatory abuse, and insider fraud and betrayal." *Id.* ¶ 2.

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904

3.      Yahoo Finance was purportedly served with the Complaint on May 21, 2025.[1] Accordingly, its current responsive pleading deadline is June 20, 2025. Ill. R. S. Ct. 101(d).

4.      Undersigned counsel was recently retained by Yahoo Finance and, especially given the nature and complexity of the allegations and claims, requires additional time to respond.

5.      Yahoo Finance accordingly seeks a 30-day extension of time, through and including July 21, 2025,[2] to respond to Plaintiff's Complaint.

6.      Yahoo Finance's counsel contacted Plaintiff by e-mail on June 6, 2025, to determine whether Plaintiff opposed the requested extension. As of the time of filing, undersigned counsel had not received a response from Plaintiff.

WHEREFORE, defendant Yahoo Finance LLC, incorrectly sued as Yahoo, respectfully requests that this Court (1) grant its motion for extension of time, (2) enter an order extending its deadline to respond to Plaintiff's Complaint to July 21, 2025, and (3) enter such additional relief as it deems just and proper.

---

[1] In moving for an extension of time to respond, Yahoo Finance does not admit that it was properly served with the Complaint and reserves all rights, including the right to challenge the sufficiency of service.

[2] July 20, 2025, is a Sunday.

Received 06-12-2025 01:45 PM / Circuit Clerk Accepted on 06-12-2025 04:09 PM / Transaction #33123572 / Case #2025MR000097
Page 4 of 6

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904

Dated: June 6, 2025                    Respectfully submitted,

                                       */s/ Steve Trubac*
                                       Steve Trubac (#6319543)
                                       Bryan Cave Leighton Paisner LLP
                                       161 N Clark Street, Suite 4300
                                       Chicago, IL 60601
                                       Phone: (312) 602-5000
                                       Fax: (312) 602-5050
                                       steve.trubac@bclplaw.com

                                       *Counsel for defendant Yahoo Finance LLC,*
                                       *incorrectly sued as Yahoo*

Received 06-12-2025 01:45 PM / Circuit Clerk Accepted on 06-12-2025 04:09 PM / Transaction #33123572 / Case #2025MR000097
Page 5 of 6

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 6, 2025, the foregoing document and any referenced exhibits were filed with the Clerk of the Court using the Odyssey E-Filing System and served via e-mail on the following parties having appeared:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, Illinois 60081
greghalpern1@proton.me

*Plaintiff*

David T.B. Audley
Michael P. Lee
Chapman & Cutler LLP
320 S. Canal Street
Chicago, Illinois 60640
audley@chapman.com

*Counsel for defendant Harvey Vechery*

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Date: June 6, 2025

/s/ Steve Trubac
Steve Trubac

4

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:35 PM - 2025MR000097 - Transaction 1024904 - Page 1 of 8

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number    2025MR000097

Document Date:      6/12/2025

Document Type:      NOTICE

Number of Pages:    7

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 16, 2025 _____

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - PRO SE - 06/16/2025 - 12:15:36 PM - 2025MR000097 - Transaction 1024905

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 212 of 240 PageID #:630

**FILED** Env: 33151252
**McHenry County, Illinois**
**2025MR000097**
**Date: 6/13/2025 3:22 PM**
**Katherine M. Keefe**
**Clerk of the Circuit Court**

# APPEARANCE (CIVIL)

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

*This is my official notice that I am participating in this case.*

**COUNTY:** McHenry

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Gregory J Halpern

*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Michael Turner and Citadel Securities LLC

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

2025MR000097

**Case Number**

---

If you want to request a trial with a judge and a jury (jury trial), you will also need to **fill out and file a separate** *Jury Request* form, available at ilcourts.info/jury-request. You do not have a right to a jury trial in every case. If you want a trial with a judge only (bench trial), do **not** file the separate *Jury Request* form.

The **deadline** for filing a *Jury Request* is different depending on the type of case and your situation. If you are the plaintiff, usually you must file a *Jury Request* at the same time that you file the case. If you are the defendant, usually you must file a *Jury Request* at the same time as your *Appearance*.

---

## 1. NAME & INFORMATION

*If you do not have a lawyer, enter your information below to tell the court how to address you. If you are a lawyer entering an appearance for a client, enter your client's information below.*

**Name:** Michael Turner

*First*          *Middle*          *Last Name*

**Pronouns** *(Optional)*:
☒ He/Him   ☐ She/Her   ☐ They/Them   ☐ Other: _____

**Prefix** *(Optional)*:
☒ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Mx.   ☐ Other: _____

## 2. APPEARANCE

*Check only one box.*

☒ **I do not have a lawyer** and I am entering my own appearance in this case. With this *Appearance* form, I am telling the court that I am participating in this case.

- OR -

☐ **I am a lawyer** entering my appearance for a client in this case:

_____
*Attorney or Firm Name*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

Received 06-16-2025 08:16 AM / Circuit Clerk Accepted on 06-16-2025 08:44 AM / Transaction #33151252 / Case #2025MR000097

AP-P 1503.2 Page 1 of 4          (1/25)

Page 1 of 4

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - PRO SE - 06/16/2025 - 12:15:36 PM - 2025MR000097 - Transaction 1024905

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 213 of 240 PageID #:457
Page 2 of 4

*Case Number:* 2025MR000097



## SIGN

Under <u>Illinois Supreme Court Rule 137</u>, your signature means that:

1) I read the document, 2) believe it is true and correct, and 3) am not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ Michael Turner      Print Your Name Michael Turner

Your Phone Number (386) 785-3326      Attorney Number (if any) _____

Your Email (if you have one) mikejtiii@aol.com

Your Address 780 Deltona Boulevard, Suite 202, Deltona, FL 32725

    *Street, Apt. #*      *City*      *State*      *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 3. PROOF OF DELIVERY

*Fill out the information below to show how you are sending the documents, under Rule 11, **to the other people in the case. If a person in the case has a lawyer, you must send the documents to their lawyer.***

**a.** I am sending this document to:

Appearance

    *Name of Documents*

**To:**

Name: Gregory J Halpern

    *First*      *Middle*      *Last Name*

Address: 11008 Morning Dove Lane, Spring Grove, IL 60081

    *Street, Apt. #*      *City*      *State*      *Zip Code*

Email Address: GREGHALPERN1@PROTON.ME

**By:** ☒ Electronically to the email address in **3a:**
    ☒ By email *(not through an EFSP).*
    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the documents by**:**
    ☐ Mail or third-party carrier to the address in **3a**, with postage or delivery charge prepaid.

        Location of mailbox or third-party carrier: _____

        *Address or Intersection*      *City*      *State*

    ☐ Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office.*

        Address _____

        *Street, Apt. #*      *City*      *State*      *Zip Code*

    ☐ Mail to the address in **3a**, from a prison or jail: _____

        *Name of Prison or Jail*

**This document will be sent on:** Date: June 13, 2025      Time: 3:30 PM

    *Month, Day, Year*      *Include AM or PM*

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - PRO SE - 06/16/2025 - 12:15:36 PM - 2025MR000097 - Transaction 1024905

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 214 of 240 PageID #:458

Case Number: 2025MR000097

**b.** ☐ I am not sending these documents to additional people.

   **- OR -**

   ☒ I am sending these documents to an additional person not listed in **3a:**

Name: Robert Tannenbaum, (lawyer for Citadel Securities LLC)
          *First*         *Middle*         *Last Name*

Address: Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654
          *Street, Apt. #*         *City*         *State*         *Zip Code*

Email Address: robert.tannenbaum@bartlitbeck.com

**By:** ☒ Electronically to the email address in **3b:**
    ☒ By email *(not through an EFSP).*
    ☐ Using an approved electronic filing service provider (EFSP).

   ☐ I or the person I am sending the document to do not have an email address. I am sending the documents by:
    ☐ Mail or third-party carrier to the address in **3b**, with postage or delivery charge prepaid.

      Location of mailbox or third-party carrier: _____
                        *Address or Intersection*    *City*    *State*

    ☐ Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office.*

      Address _____
           *Street, Apt. #*      *City*      *State*      *Zip Code*
    ☐ Mail to the address in **3b,** from a prison or jail: _____
                         *Name of Prison or Jail*

**This document will be sent on:** Date: June 13, 2025    Time: 3:29 PM
                      *Month, Day, Year*        *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

## SIGN

Under [735 ILCS 5/1-109](#), your signature means that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

Your Signature /s/ Michael Turner      Print Your Name Michael Turner

Your Phone Number (386) 785-3326      Attorney Number (if any) _____

Your Email (if you have one) mikejtiii@aol.com

Your Address 780 Deltona Boulevard, Suite 202, Deltona, FL 32725
          *Street, Apt. #*         *City*         *State*         *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

CERTIFIED COPY - McHenry County Circuit Clerk - APPEARANCE - PRO SE - 06/16/2025 - 12:15:36 PM - 2025MR000097 - Transaction 1024905

*Case Number:* __2025MR000097__



# NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/clerks.



| Learn more about each step in the process and how to file in our Instructions: ilcourts.info/how-to-appearance. |
| --- |

# NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET

Case Number    2025MR000097

Document Date:     6/13/2025

Document Type:     APPEARANCE - PRO SE

Number of Pages:     5

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE    June 16, 2025

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

**FILED**   Env: 33157239
McHenry County, Illinois
2025MR000097
Date: 6/16/2025 12:00 AM
Katherine M. Keefe
Clerk of the Circuit Court

**No.**   2025MR000097

# IN THE CIRCUIT COURT OF THE 22ⁿᵈ JUDICIAL CIRCUIT
# MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| **IN RE CIVIL MATTER OF:** | **COMPLAINT FOR: DECLARATORY** |
| GREGORY J. HALPERN | **RELIEF, DAMAGES, AND DEMAND** |
| Plaintiff, | **FOR A JURY TRIAL** |
| **vs.** | |
| CITADEL SECURITIES LLC; KNIGHT | **COUNT I – FRAUD** |
| SECURITIES; VIRTU FINANCIAL; CANTOR | **COUNT II - SECURITIES FRAUD** |
| FITZGERALD; CANACCORD GENUITY; | **COUNT III – CIVIL CONSPIRACY** |
| CHARLES SCHWAB & CO.; E*TRADE | (Against All Defendants) |
| SECURITIES LLC; JPMORGAN CHASE & CO; | |
| GOLDMAN SACHS GROUP INC.; MERRILL | **COUNT IV – BREACH OF FIDUCIARY DUTY** |
| LYNCH; UBS ASSET MANAGEMENT, INC.; | **COUNT V – DEFAMATION & MARKET** |
| CREDIT SUISSE INC.; DEUTSCHE BANK | **MANIPULATION** (Against All Defendants) |
| SECURITIES; DTCC (DEPOSITORY TRUST | |
| & CLEARING CORPORATION); HARVEY | **COUNT VI – DECLARATORY RELIEF** |
| VECHERY; HAROLD BLAISURE; MICHAEL | |
| TURNER; CONSTANCE NASH; DEVINE | **COUNT VII –RACKETEERING INFLUENCED** |
| MAFA; ALFRED HILDEBRAND; INVESTOR | **CORRUPT ORGANIZATION (RICO)** |
| HUB (IHUB); YAHOO; MARY SCHAPIRO; | |
| MARY JO WHITE; JAY CLAYTON; THE | **COUNT VIII - INTENTIONAL INFLICTION** |
| SECURITIES & EXCHANGE COMMISSION; | **OF EMOTIONAL DISTRESS** |
| AND DOES 1-100 | |
| Defendants. | |

## NOTICE OF FILING

TO: MICHAEL TURNER @ mt@globextransfer.com

PLEASE TAKE NOTICE that on June 15, 2025, the undersigned will electronically file this **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL TURNER** with the Clerk of the Circuit Court of the 22ⁿᵈ Judicial Circuit, McHenry County, 2200 N. Seminary Ave, Woodstock, IL 60098, copies of which are herewith served upon you.

DATED at Spring Grove, Illinois, this 15ᵗʰ day of June 2025.

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: greghalpern1@proton.me
PHONE: (847)565-9732
FAX: (815)604-8075

- 1 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - FILING - 06/17/2025 - 11:28:29 AM - 2025MR000097 - Transaction 1024929

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 218 of 240 PageID #:462
Page 2 of 2

## PROOF OF SERVICE BY EMAIL TRANSMISSION

The undersigned certifies, under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, that the undersigned served this Notice of Filing, PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL TURNER, by emailing a copy to the addressees indicated above before 8:00 p.m. on June 15, 2025; and further that the statements set forth in this Proof of Service are true and correct.

DATED at Spring Grove, Illinois, this 15th day of June 2025.

GREGORY J HALPERN, PRO SE
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 2 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - FILING - 06/17/2025 - 11:28:29 AM - 2025MR000097 - Transaction 1024929

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 219 of 240 PageID #:463
Page 1 of 3

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET          Case Number   2025MR000097

Document Date:      6/16/2025
Document Type:      NOTICE - FILING
Number of Pages:    3

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE      June 17, 2025

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 220 of 240 PageID #:464

FILED
McHenry County, Illinois
2025MR000097
Date: 6/16/2025 12:00 AM
Katherine M. Keefe
Clerk of the Circuit Court
Env: 33157239

# IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF:<br><br>GREGORY J. HALPERN<br>Plaintiff,<br>vs.<br><br>CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COMPLAINT FOR: DECLARATORY RELIEF, DAMAGES, AND DEMAND FOR A JURY TRIAL<br><br>2025MR000097<br><br>COUNT I – FRAUD<br><br>COUNT II - SECURITIES FRAUD<br><br>COUNT III – CIVIL CONSPIRACY<br>(Against All Defendants)<br><br>COUNT IV – BREACH OF FIDUCIARY DUTY<br><br>COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants)<br><br>COUNT VI – DECLARATORY RELIEF<br><br>COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO)<br><br>COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

# PLAINTIFF'S MOTION
# FOR ENTRY OF DEFAULT JUDGMENT
# AGAINST MICHAEL TURNER

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

Page 1

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097
Page 1 of 11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

# Plaintiff's Motion for Entry of Default Judgment Against Michael Turner

Plaintiff Gregory J. Halpern respectfully moves this Court pursuant to 735 ILCS 5/2-1301(d)

for entry of default judgment against Defendant Michael Turner and states as follows:

Defendant Michael Turner was duly served with summons and complaint on May 12, 2025.

More than 30 days have passed, and no appearance, motion, or answer has been filed by

Turner thus, his time to do so has expired under Illinois Supreme Court Rule 101(d).

Plaintiff requests that default judgment be entered against the Defendant for failure to appear

and answer, and that the case proceed to prove-up on damages and declaratory relief.

## PROPER SERVICE OF SUMMONS AND COMPLAINT

1. Plaintiff filed the above-captioned case on May 1, 2025, and the Court set a Scheduling
   Conference for July 31, 2025, as documented on the face of the court-stamped
   Complaint.

2. On May 12, 2025, Defendant Turner was personally served with a copy of the
   Summons and Complaint at his registered place of business at 780 Deltona Blvd., Suite
   202, Deltona, FL 32725 as reflected in the May 5th **Summons Issued** by this court and
   the May 12th Sworn Affidavit **Proof of Service**. (See Exhibits I & II)

## EXHIBITS

- Plaintiff hereby incorporates the following exhibits in support of its Motion stated
  herein:

- **Exhibit I** – May 5th **Summons Issued** by this court

- **Exhibit II** – May 12th Sworn Affidavit **Proof of Service**

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 222 of 240 PageID #:466

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

a)  enter default judgment against Michael Turner;

b)  set a hearing date for prove-up on damages, declaratory relief, and other requested remedies;  and

c)  grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

DATED at Spring Grove, Illinois, this 15th day of June 2025.

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

Page 3

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097
Page 3 of 11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

# EXHIBIT I – MAY 5TH SUMMONS ISSUED BY THIS COURT

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097
Page 4 of 11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
Forms are free at **ilcourts.info/forms.**

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><u>MCHENRY</u> **COUNTY** | **SUMMONS** | |

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE | |
| | <u>**Plaintiff / Petitioner** (First, middle, last name)</u> | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** (First, middle, last name)<br>MICHAEL TURNER | |
| | | **2025MR000097** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | <u></u><br>**Case Number** |

---

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and an *Answer/Response document*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but you can file an *Application for Waiver of Court Fees if you cannot pay them*.

- It is possible that the court will allow you to attend the first court date, in person or remotely by video or phone, in this case. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

---

SU-S 1503 6        Page 5 of 11        (03/24)

CERTIFIED COPY • McHenry County Circuit Clerk - MOTION - DEFAULT - 06/12/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

**1. Defendant/Respondent's address and service information:**

<table>
<tr><td>In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.</td></tr>
</table>

a.   Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*:   MICHAEL TURNER

Registered Agent's name, if any: Globex Transfer, LLC

Street Address, Unit   780 Deltona Blvd., Suite 202

City, State, ZIP:

Deltona, FL 32725

<table>
<tr><td>In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.</td></tr>
</table>

Telephone:   (813)344-4490        Email: mt@globextransfer.com

<table>
<tr><td>In **1c**, check how you are sending your documents to this Defendant/ Respondent.</td></tr>
</table>

b.   If you have more than one address where Defendant/Respondent might be found, list that here: NOT APPLICABLE:

Method of service on Defendant/Respondent:

☐ Sheriff          ☑ Sheriff outside Illinois:   VOLUSIA COUNTY, FLORIDA
                                                              *County & State*

☐ Special process server          ☐ Licensed private detective

<table>
<tr><td>Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.</td></tr>
</table>

☐   **I am serving more than 1 Defendant/Respondent.**

I have attached       1. *Additional Defendant/Respondent Address and Service Information* forms.

**2.   Information about the lawsuit:**

a.   Amount claimed:   $  greater than $50,000.

☑

<table>
<tr><td>In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.</td></tr>
</table>

b.   I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

**3.   Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Gregory J. Halpern Pro Se

Street Address, Unit #:   11008 Morning Dove Lane

City, State, ZIP:  Spring Grove, Illinois 60081

Telephone:  847-565-9732        Email:   g.halpern@yahoo.com

<table>
<tr><td>In **3**, enter your complete address, telephone number, and email address, if you have one.</td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

<table>
<tr><td>**Important information for the person getting this form**</td></tr>
</table>

You have been sued. Read all of the documents attached to this *Summons.* To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

**4.   Instructions for person receiving this *Summons (Defendant)*:**

<table>
<tr><td>Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.</td></tr>
</table>

☑   a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:   2200 N. Seminary Ave.

City, State, ZIP:   Woodstock, Illinois 60098

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097
Page 6 of 11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 226 of 240 PageID #:470
Page 7 of 11

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. Attend court: |
|---|---|

On: _____   at _____   ☐ a.m. ☐ p.m. in_____
     *Date*                    *Time*                         *Courtroom*

**In-person at:**

_____
*Courthouse Address*       *City*                    *State*     *ZIP*

OR

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                 *Call-in number for telephone remote appearance*

By video conference: _____
                    *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                         *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
    *Website*

| | DATE _____ | Electronically Issued |
|---|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** [seal] *Katherine M Keefe* KATHERINE M. KEEFE, Clerk of Court By_____ Deputy Clerk **MXK** | *Seal of Court* |
| | **Clerk of the Court:** | |

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
   - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
             *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097

SU-S 1503 6         Page 7 of 11         (03/24)

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/12/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>McHenry _____ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | GREGORY J HALPERN PRO SE _____<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v. |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | MICHAEL TURNER<br><br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2025MR000097 _____
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
      ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

      Address, Unit#: _____
      City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
      member or lives there:
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

      Address, Unit#: _____
      City, State, ZIP: _____
      And left it with: _____
            *First, Middle, Last*
      ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____
      and by sending a copy to this defendant in a postage-paid, sealed envelope to the
      above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                   *First, Middle, Last*
      ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____ Race: _____

      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

      Address: _____
      City, State, ZIP: _____

Received 06-16-2025 10:14 AM / Circuit Clerk Accepted on 06-16-2025 01:18 PM / Transaction #33157239 / Case #2025MR000097
Page 8 of 11

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 228 of 240 PageID #:472
Page 56 of 73

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

_____

*Signature by:*  ☐ Sheriff
              ☐ Sheriff outside Illinois:

_____
*County and State*
              ☐ Special process server
              ☐ Licensed private detective

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**FEES**

Service and Return: _$_____
Miles _____ _$_____
Total _$_____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

# **EXHIBIT II** – MAY 12TH SWORN AFFIDAVIT PROOF OF SERVICE

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 11:20:36 AM - 2025MR000097 - Transaction 1834938

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Gregory Halpern
Gregory Halpern
11008 Morning Dove Lane,  Spring Grove, IL 60081

TELEPHONE NO.: (847) 565-9732 | FAX NO. | E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): :

**STATE OF ILLINOIS CIRCUIT COURT**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE: , IL

BRANCH NAME:

PLAINTIFF:  GREGORY J HALPERN PRO SE

DEFENDANT:  MICHAEL TURNER

CASE NUMBER:

2025MR000097

**PROOF OF SERVICE**

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons & Complaint**

PARTY SERVED:  **MICHAEL TURNER**

DATE & TIME OF DELIVERY:  **5/12/2025**
**9:31 AM**

ADDRESS, CITY, AND STATE:  **780 Deltona Blvd., Suite 202**
**Deltona, FL 32725**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**Were offered or demanded and paid:  $ .00.**

Fee for Service: **$  150.00**
County:
Registration No.:
**Process Server One - EFile**
**Expert LLC**
**13395 Voyager Parkway Suite 130**
**PMB 311**
**Colorado Springs, CO 80921**
**(855) 545-1303**

I declare under penalty of perjury under the laws of the
United States that the foregoing information contained
in the return of service and statement of service fees is
true and correct and that this declaration was executed
on **May 13, 2025**

Signature: _Timothy O Willis_
**Timothy O Willis**

**PROOF OF SERVICE**

DefaultProof/34121

CERTIFIED COPY - McHenry County Circuit Clerk - MOTION - DEFAULT - 06/17/2025 - 11:28:30 AM - 2025MR000097 - Transaction 1024930

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 231 of 240 PageID #:475
Page 1 of 12

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET    Case Number   2025MR000097

Document Date:      6/16/2025
Document Type:      MOTION - DEFAULT
Number of Pages:    12

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____June 17, 2025_____

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois

**FILED**
**Env: 33157189**
**McHenry County, Illinois**
**2025MR000097**
**Date: 6/16/2025 12:00 AM**
**Katherine M. Keefe**
**Clerk of the Circuit Court**

## IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
## MCHENRY COUNTY ILLINOIS

| | |
|---|---|
| IN RE CIVIL MATTER OF:<br><br>GREGORY J. HALPERN<br>Plaintiff,<br>**vs.**<br><br>CITADEL SECURITIES LLC; KNIGHT SECURITIES; VIRTU FINANCIAL; CANTOR FITZGERALD; CANACCORD GENUITY; CHARLES SCHWAB & CO.; E*TRADE SECURITIES LLC; JPMORGAN CHASE & CO; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH; UBS ASSET MANAGEMENT, INC.; CREDIT SUISSE INC.; DEUTSCHE BANK SECURITIES; DTCC (DEPOSITORY TRUST & CLEARING CORPORATION); HARVEY VECHERY; HAROLD BLAISURE; MICHAEL TURNER; CONSTANCE NASH; DEVINE MAFA; ALFRED HILDEBRAND; INVESTOR HUB (IHUB); YAHOO; MARY SCHAPIRO; MARY JO WHITE; JAY CLAYTON; THE SECURITIES & EXCHANGE COMMISSION; AND DOES 1-100<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COMPLAINT FOR: DECLARATORY RELIEF, DAMAGES, AND DEMAND FOR A JURY TRIAL**<br><br>COUNT I – FRAUD<br><br>COUNT II - SECURITIES FRAUD<br><br>COUNT III – CIVIL CONSPIRACY (Against All Defendants)<br><br>COUNT IV – BREACH OF FIDUCIARY DUTY<br><br>COUNT V – DEFAMATION & MARKET MANIPULATION (Against All Defendants)<br><br>COUNT VI – DECLARATORY RELIEF<br><br>COUNT VII –RACKETEERING INFLUENCED CORRUPT ORGANIZATION (RICO)<br><br>COUNT VIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

## PLAINTIFF'S NOTICE OF NON-OBJECTION
## TO MOTION FOR EXTENSION OF TIME
## AND RESERVATION OF RIGHTS

Plaintiff, **Gregory J. Halpern**, respectfully submits this Notice to the Court regarding Defendant Harvey Vechery's Motion for Extension of Time to Respond to Plaintiff's Complaint, and states as follows:

1.    Plaintiff has no objection to Defendant Harvey Vechery's request for an extension of time to respond to the Complaint, as outlined in its motion filed on June 6, 2025.

2.    Plaintiff acknowledges the scheduled hearing on July 2, 2025, and confirms he will
not oppose the requested extension to July 7, 2025.

3.    **Reservation of Rights:** Plaintiff expressly reserves all rights and remedies available
under law, including but not limited to the right to challenge any future motion to
dismiss, motion to strike, or other dispositive or procedural filings that may be submitted
by any defendant.

4. Plaintiff does not waive the validity of service and reserves the right to challenge any
effort to relitigate jurisdiction or timeliness issues.

WHEREFORE, Plaintiff respectfully requests that the Court take notice of his non-
objection to the pending motion and enter any order it deems just and proper.

        Respectfully submitted,

        DATED at Spring Grove, Illinois, this 15th day of June 2025.


_____

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

GREGORY J. HALPERN,                )
                                   )
                                   )
                    Plaintiff,     )
                                   )         No.  2025MR000097
            V.                     )
                                   )
CITADEL SECURITIES LLC, ET AL.,    )
                                   )
                    Defendants.    )

### NOTICE OF MOTION

TO:    **SEE ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on July 2, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Joel D. Berg, or any Judge sitting in his stead via Zoom in Courtroom 201 of the Circuit Court of McHenry County, 2200 N. Seminary Ave., Woodstock, Illinois and shall then and there present **Motion of Defendant Harvey Vechery for Extension of Time to Answer or Otherwise Plead to the Complaint**, a copy of which is hereby served upon you.

Zoom Instructions:
Open this website: https://mchenrycourt.date/zoom and follow instructions
Call Clerks office at: (815) 334-4190

CHAPMAN AND CUTLER LLP

By _____
One of His Attorneys

David T.B. Audley (Atty No. 6190602)
Michael P. Lee
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois  60640
(312) 845-3000
audley@chapman.com

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 235 of 240 PageID #:479

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** was served upon the following individual by U.S. Mail this 6th day of June, 2025:

> Gregory J. Halpern
> 11008 Morning Dove Lane
> Spring Grove, IL 60081

_____
David T.B. Audley

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:37 PM - 2025MR000097 - Transaction 1024906

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

GREGORY J. HALPERN,                    )
                                       )
                                       )
                    Plaintiff,         )
                                       )          No. 2025MR000097
          V.                           )
                                       )
CITADEL SECURITIES LLC, ET AL.,        )
                                       )
                    Defendants.        )

**MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD**

**NOW COMES** Defendant, Harvey Vechery ("*Defendant*"), by and through his attorneys,

and moves this Court for an extension of time to answer or otherwise plead to the Complaint. In

support of its Motion, Defendant respectfully states as follows:

1.     Plaintiff, Gregory J. Halpern ("*Plaintiff*"), filed the above-titled lawsuit in the

Circuit Court of McHenry County, Illinois on May 1, 2025 (the Complaint").

2.     Defendant was purportedly served with the Complaint on May 8, 2025 and, if

appropriately served, would be required to Answer or otherwise plead by June 7, 2025.[1]

3.     Defendant has recently retained Chapman and Cutler LLP as counsel in relation to

this matter and seeks an extension of time to file his response to the Complaint.

4.     Defendant requests additional time of thirty (30) days to answer or otherwise

plead to the Complaint. As the matter is newly before this Court, there will be no prejudice to

any party is allowing this additional time.

---

[1]By seeking additional time to respond to the Complaint, Defendant reserves all rights in regard to the manner by
which he was served

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:37 PM - 2025MR000097 - Transaction 1024906
Page 6 of 8

Case: 3:25-cv-50269 Document #: 1-3 Filed: 06/20/25 Page 237 of 240 PageID #:481

5.     This Motion is not brought for purposes of delay, but rather to allow Defendant and his counsel time to adequately review the mode of service and the allegations of the Complaint and respond accordingly.

6.     Defendant requests that this Court extend its time to answer or otherwise respond to the Complaint through and including July 7, 2025.

WHEREFORE, Defendant Harvey Vechery respectfully requests an Order granting his Motion, and allowing him up to and including July 7, 2025 to answer or otherwise plead to the Complaint in this matter, along with any other and further relief this Court deems just and proper.

CHAPMAN AND CUTLER LLP

By: _____
One of His Attorneys

David T.B. Audley (Atty No. 6190602)
Michael P. Lee
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois 60640
(312) 845-3000
audley@chapman.com

- 2 -

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:37 PM - 2025MR000097 - Transaction 1024906 Page 7 of 8

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANT HARVEY VECHERY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** was served upon the following individual by U.S. Mail this 6th day of June, 2025:

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, IL 60081

David T.B. Audley

CERTIFIED COPY - McHenry County Circuit Clerk - NOTICE - 06/16/2025 - 12:15:37 PM - 2025MR000097 - Transaction 1024906

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE 22ⁿᵈ JUDICIAL CIRCUIT**
**McHENRY COUNTY**

Gregory J. Halpern

vs.                                    Case Number 2025MR000097

Citadel Securities LLC, et al.

# APPEARANCE

**I HEREBY ENTER THE APPEARANCE OF**

Harvey Vechery

(Insert the name of the party for whom you are entering your appearance)

**AND MY OWN AS**

| | | | |
|---|---|---|---|
| ☑ | REGULAR COUNSEL | ☐ | TRIAL COUNSEL |
| ☐ | SPECIAL & LIMITED APPEARANCE | ☐ | SUBSTITUTE COUNSEL |
| ☐ | PRO-SE | ☐ | COUNSEL IN FORCIBLE ENTRY |
| ☐ | ADDITIONAL COUNSEL | ☐ | APPELLATE COUNSEL |
| ☐ | GUARDIAN AD LITEM | ☐ | COURT APPOINTED COUNSEL |

**AND AS (HIS) (H̶E̶R̶) (T̶H̶E̶I̶R̶) COUNSEL IN THE ABOVE ENTITLED CASE.**

SIGNED _____

(Signature of Attorney filing appearance)

Name David T.B. Audley

David T. B. Audley

ARDC Number 6190602

Printed Name

Attorney for Harvey Vechery

Address Chapman and Cutler LLP, 320 S. Canal St.

City, State Zip Chicago, IL 60606

Phone 312-845-3000

Email audley@chapman.com

CC-APP1 (Revised 07-01-2018)

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT

McHENRY COUNTY

HALPERN, GREGORY J

vs.

CITADEL SECURITIES LLC, ET    Case Number    2025MR000097

Document Date:    6/16/2025
Document Type:    NOTICE
Number of Pages:    9

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE _____ June 16, 2025 _____

_Katherine M. Keefe_

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois