IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GREGORY J. HALPERN,<br><br>        Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY, INC., *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-50269<br><br>Judge: Hon. Rebecca R. Pallmeyer<br><br>Magistrate: Hon. Margaret J. Schneider |

## **DEFENDANTS' NOTICE OF NON-OPPOSITION TO REMAND**

Defendants Yahoo Finance LLC, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc., Charles Schwab & Co., Inc., JPMorgan Chase & Co., UBS Asset Management Inc., Harvey Vechery, Citadel Securities LLC, Virtu Financial, Inc., E*TRADE Securities LLC, Canaccord Genuity LLC, Cantor Fitzgerald & Co., and The Depository Trust & Clearing Corporation (collectively, "Noticing Defendants"), through their undersigned counsel, respectfully submit this Notice pursuant to this Court's Order to show cause why this case should not be remanded [ECF No. 87].

Noticing Defendants agree that remand is required under *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025) based solely on the filing of the Second Amended Complaint [ECF No. 86], which removes all federal claims and defendants, such that any arguments raised in Plaintiff's Motion to Remand [ECF No. 19] have all been mooted.

Dated: December 10, 2025

/s/ Ryan M. Schachne
Nicholas Siciliano
LATHAM & WATKINS LLP
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: nicholas.siciliano@lw.com

Jason C. Hegt (*pro hac vice*)
Ryan M. Schachne (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jason.hegt@lw.com
       ryan.schachne@lw.com

*Counsel to Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc., JPMorgan Chase & Co., and UBS Asset Management Inc.*


/s/ Paige Lohse
Vincent P. (Trace) Schmeltz III
Paige Lohse
Mary Cate Pachciarz (*pro hac vice*)
Daihana Estrada
BARNES & THORNBURG LLP
One North Wacker Drive Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Email: tschmeltz@btlaw.com
Email: paige.lohse@btlaw.com
Email: marycate.pachciarz@btlaw.com
Email: daihana.estrada@btlaw.com

*Counsel to Charles Schwab & Co., Inc.*

/s/ James K. Goldfarb
James K. Goldfarb
Michael V. Rella (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-4230
jamesgoldfarb@dwt.com
michaelrella@dwt.com

*Counsel to Canaccord Genuity LLC, Cantor Fitzgerald & Co., and Virtu Financial, Inc.*

/s/ Steven Trubac
Steve Trubac
BRYAN CAVE LEIGHTON PAISNER LLP
161 N Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
steve.trubac@bclplaw.com

*Counsel to Yahoo Finance LLC, incorrectly sued as Yahoo*

/s/ David T.B. Audley
David T.B. Audley
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, IL 60606
(312) 845-2971
audley@chapman.com

*Counsel to Harvey Vechery*

/s/ Michael Turner
Michael Turner (*pro se*)
780 Deltona Blvd., Suite 202
Deltona, FL 32725
(386) 785-3326
mikejtiii@aol.com

| | |
|---|---|
| */s/ Robert Tannenbaum* | */s/ Henry B. Lay* |
| Adam Hoeflich | Steven M. Malina |
| Robert Tannenbaum | Henry B. Lay |
| BARTLIT BECK LLP | GREENBERG TRAURIG, LLP |
| Courthouse Place | 360 N. Green Street, Suite 1300 |
| 54 West Hubbard, Suite 300 | Chicago, IL 60607 |
| Chicago, IL 60654 | Tel: 312-456-8400 |
| (312) 494-4400 | Steven.Malina@gtlaw.com |
| adam.hoeflich@bartlitbeck.com | Henry.Lay@gtlaw.com |
| robert.tannenbaum@bartlitbeck.com | |
| | Kurt A. Kappes (*pro hac vice*) |
| *Counsel to Citadel Securities LLC* | GREENBERG TRAURIG, LLP |
| | 400 Capitol Mall, Suite 2400 |
| | Sacramento, CA 95814 |
| */s/ Gregory M. Boyle* | Tel: 916-442-1111 |
| Gregory M. Boyle | kappesk@gtlaw.com |
| JENNER & BLOCK LLP | |
| 353 N. Clark St. | *Counsel to E*TRADE Securities, LLC* |
| Chicago, IL 60654 | |
| (312) 923-2651 | |
| gboyle@jenner.com | |
| | |
| *Counsel to The Depository Trust & Clearing Corporation* | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 10, 2025, the foregoing document and any referenced exhibits (a) were filed with the Clerk of the Court using the CM/ECF Filing system, which will provide notice to all parties having appeared and consented to service through CM/ECF and (b) were served on the following parties in the manner designated:

**Via E-mail and Federal Express**

Gregory J. Halpern
11008 Morning Dove Lane
Spring Grove, Illinois 60081
greghalpern1@proton.me

*Plaintiff, pro se*

Date: December 10, 2025           */s/ Paige Lohse*
                                                      Paige Lohse