

**THOMAS G. BRUTON**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
327 SOUTH CHURCH STREET
ROCKFORD, ILLINOIS 61101

December 17, 2025

**Clerk, Attention: Katherine M. Keefe
Circuit Court of McHenry County
2200 N. Seminary Ave
Woodstock, IL   60098**

Re:   Halpern v. Canaccord Genuity Inc. et al

USDC No:    25 cv 50269

Circuit Court No: 2025 MR 000097

Dear Clerk:

A certified copy of an order entered on December 11, 2025 by the Honorable Rebecca R. Pallmeyer, remanding the above-entitled case back to the Circuit Court of McHenry County, Illinois is herewith transmitted to you for your files.

Sincerely,

Thomas G. Bruton, Clerk

By:   /s/   Jaclyn Pieczkiewicz
            Deputy-in-Charge